IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY,                          )
                                          )
                Plaintiff,                )
                                          )
        v.                                )        Civil Action No. 06-263-KAJ
                                          )
STATE OF DELAWARE DEPARTMENT              )
OF CORRECTIONS, et al.,                   )
                                          )
                Defendants.               )

**ORDER**

At Wilmington this 3rd day of October, 2006, the complaint in the above-

captioned case having been filed on April 24, 2006;

IT IS ORDERED that, on or before **November 3, 2006,**  plaintiff Jack E. Sminkey

shall show cause why this case should not be dismissed for failure to serve process

upon defendants State of Delaware Department of Correction, Commissioner Stanley

Taylor, Alan Machtinger, Kathleen Mickle-Askin, Administrator Louise Layton,

Supervisor Alison Stevens, Primary Instructor Donna Watson, Primary Instructor

Annette Franze, Assistant Instructor Nichole Shuler, and Governor Ruth Ann Minner,

within 120 days of filing the complaint, pursuant to Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE