Honorable Kent Jordan
United States District Court
District of Delaware/U.S. Courthouse
844 King Street, Lockbox 18
Wilmington, DE 19801

RE: Order to show cause
    Civil action 06-CV-263
    Sminkey v Ronald Sauls, et al

October 30, 2006
by certified mail

7005 0390 0005 4552 6373

Dear Judge Jordan;

I herby respond to your order dated October 3, 2006 requiring plaintiff to show cause why the case before you should not be dismissed against the entity and all defendants listed on your order.

On April 24, 2006 plaintiff personally filed this complaint in United States District Court, District of Delaware.

Plaintiff then personally made copies of the complaint and placed one copy of the complaint in an envelope for each named defendant and addressed it to: Department of Correction located at 245 McKee Road, Dover, DE.

Plaintiff took the package to Parcels Inc. of Wilmington, DE and asked them serve the package on the Department of Correction the following day.

On April 25th at approximately 3:00pm Ms. Teresa Graham accepted service (the package) on behalf of all defendants.

On May15th Mr. Marc Niedzielski entered his appearance and answered the complaint on behalf of all defendants.

Based upon what is explained above, and enclosed herein, all defendants were served within forty eight hours after the complaint was filed. This is well within the time limitation pursuant to Fed. R. Civ. P. 4(m).

The complaint was served in this fashion due to defendants Machtinger and Mickle-Askin (both high ranking department heads) assurance to plaintiff that the Department of Correction would accept service for any employee plaintiff attempted communication with.

Paragraph #64 of the complaint verifies this, in part. "On June 6th plaintiff met with Defendants Machtinger, Mickle-Askin, and Mr. Grinstead for about an hour. Nobody asked about plaintiff's previous correspondence or questioned the propriety of the instructors, etc. The trio appeared more concerned about plaintiff being a private investigator".

Both defendants appeared aggrieved that plaintiff sent previous correspondence to two employees houses instead of thru the Department of Correction. Upon becoming aware of defendants concern, plaintiff agreed to send any future correspondence via the Department of Correction. Both defendants assured plaintiff the mail would not be intercepted, as evidenced by Mr. Niedzielski responding to the complaint.

For all of the reasons stated above, plaintiff believes he has shown good cause why the court should not dismiss the complaint against all defendants listed on the October 3rd order.

If, on the other hand, plaintiff's position does not meet court muster, plaintiff respectfully requests the court allow plaintiff (who is presently pro se) a reasonable amount of time to re-serve all applicable defendants.

Respectfully submitted,

*Jack Sminkey*

Jack Sminkey, Ph.D.
Plaintiff, pro se
3402 Edgmont Avenue # 333
Brookhaven, PA 19015
(610) 620-3670

cc: Mr. Marc Niedzielski

Enclosures

Mr. Marc Niedzielski
Department of Justice
820 North French Street
Wilmington, DE 19801

RE: Order to show cause
    Civil action 06-CV-263
    Sminkey v Ronald Sauls, et al

October 30, 2006
by certified mail

7005 0390 0005 4552 4607

Dear Mr. Niedzielski;

Enclosed please find my response to the court in the above-captioned matter.

Please feel free to contact me if you think there may be an amicable resolution to this matter.

I am,

*Jack Sminkey*

Jack Sminkey, Ph.D.
Plaintiff, pro se
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670

Enclosures

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK E. SMINKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-263-KAJ |
| ) | |
| STATE OF DELAWARE DEPARTMENT ) | |
| OF CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

**FILED** OCT 3 U.S. DISTRICT COURT DISTRICT OF DELAWARE

### ORDER

At Wilmington this 3rd day of October, 2006, the complaint in the above-captioned case having been filed on April 24, 2006;

IT IS ORDERED that, on or before **November 3, 2006**, plaintiff Jack E. Sminkey shall show cause why this case should not be dismissed for failure to serve process upon defendants State of Delaware Department of Correction, Commissioner Stanley Taylor, Alan Machtinger, Kathleen Mickle-Askin, Administrator Louise Layton, Supervisor Alison Stevens, Primary Instructor Donna Watson, Primary Instructor Annette Franze, Assistant Instructor Nichole Shuler, and Governor Ruth Ann Minner, within 120 days of filing the complaint, pursuant to Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT JUDGE

the court. Failure to make proof of service does not affect the validity of the service. The court may allow proof of service to be amended.

(m) **Time Limit for Service.**

If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country pursuant to subdivision (f) or (j)(1).

(n) **Seizure of Property; Service of Summons not Feasible.**

(1) If a statute of the United States so provides, the court may assert jurisdiction over property. Notice to claimants of the property shall than be sent in the manner provided by the statute or by service of a summons under this rule.

(2) Upon a showing that personal jurisdiction over a defendant cannot, in the district where the action is brought, be obtained with reasonable efforts by service of summons in any manner authorized by this rule, the court may assert jurisdiction over any of the defendant's assets found within the district by seizing the assets under the circumstances and in the manner provided by the law of the state in which the district court is located.

*Notes*

## Rule 4.1. Service of Other Process

(a) **Generally.**

Process other than a summons as provided in Rule 4 or subpoena as provided in Rule 45 shall be served by a United States marshal, a deputy United States marshal, or a person specially appointed for that purpose, who shall make proof of service as provided in Rule 4(1). The process may be served anywhere within the territorial limits of the state in which the district court is located, and, when authorized by a statute of the United States, beyond the territorial limits of that state.

(b) **Enforcement of Orders: Commitment for Civil Contempt.**

An order of civil commitment of a person held to be in contempt of a decree or injunction issued to enforce the laws of the United States may be served and enforced in any district. Other orders in civil contempt proceedings shall be served in the state in which the court issuing the order to be enforced is located or elsewhere within the United States if not more than 100 miles from the place at which the order to be enforced was issued.

*Notes*

DATE: 01/24/06
BILL TO: 3D PARCELS INC
CALLER: BOBBY

CNTL#: 697811
SERV TYPE: MD
CSR: SK

PICK UP FROM: JACK STILES/KEY

DEL DEPT of CORRECTIONS

SPECIAL INSTRUCTIONS:
SERVICE/FILL OUT SLIP
MONS

DELIVER TO: RONALD SAULS ET AL
245 MCKEE RD
DOVER, DE

SPECIAL INSTRUCTIONS:
06-263

ADDITIONAL CODES:

SENDER'S SIGNATURE: _____  TIME: _____

RECEIVER'S SIGNATURE: Teresa Graham  TIME: 3:00pm
Teresa Graham

DELIVERED BY: Marion

THIS IS NOT AN INVOICE.

TIME: 12:37

PARCELS is liable for no more than $100.00 per package in the event of physical loss or damage.

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00263-KAJ

Sminkey v. State of Delaware Department of Corrections et al
Assigned to: Honorable Kent A. Jordan
Demand: $100,000
Cause: 42:1983 Civil Rights Act

Date Filed: 04/24/2006
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

Jack E. Sminkey                         represented by Jack E. Sminkey
                                                       3402 Edgmont Avenue #333
                                                       Brookhaven, PA 19015
                                                       US
                                                       PRO SE

V.

**Defendant**

State of Delaware Department of
Corrections

**Defendant**

Commissioner Stanley Taylor

**Defendant**

Alan Machtinger
*Director of Training and Development*

**Defendant**

Kathleen Mickle-Askin
*Training Academy Administrator*

**Defendant**

Administrator (DOC) Louise Layton

**Defendant**

Administrator (DOC) Ronald Sauls      represented by Marc P. Niedzielski
                                                     Department of Justice
                                                     820 N. French St.
                                                     Wilmington, DE 19801
                                                     (302) 577-8400

Email: marc.niedzielski@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Defendant

Supervisor (DOC) Alison Stevens

Defendant

Primary Instructor Donna Watson

Defendant

Primary Instructor Annette Franze

Defendant

Assistant Instructor Nichole Shuler

Defendant

Governor Ruth Ann Minner
*State of Delaware*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/24/2006 | 1 | COMPLAINT filed Pro Se with Jury Demand against all defendants ( Filing fee $ 350, receipt number 143170.) - filed by Jack E. Sminkey. (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Rule 4)(dab, ) (Entered: 04/24/2006) |
| 04/24/2006 | 2 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (Attachments: # 1 Acknowledgement of Consent Form) (dab, ) (Entered: 04/24/2006) |
| 04/24/2006 |  | Summons Issued as to Ronald Sauls on 4/24/2006. (dab, ) (Entered: 04/24/2006) |
| 05/03/2006 |  | Case assigned to Judge Kent A. Jordan. Please include the initials of the Judge (KAJ) after the case number on all documents filed. (rjb, ) (Entered: 05/03/2006) |
| 05/16/2006 | 3 | ANSWER to Complaint by Ronald Sauls.(Niedzielski, Marc) (Entered: 05/16/2006) |
| 10/03/2006 | 4 | ORDER TO SHOW CAUSE - Show Cause Response due by 11/3/2006.. Signed by Judge Kent A. Jordan on 10/3/06. (rwc, ) (Entered: 10/03/2006) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 10/12/2006 10:05:58 |||
| PACER Login: | pa0017 | Client Code: |