Honorable Kent A. Jordan
United States District Court
844 King Street                             November 11, 2006
Wilmington, DE 19801                        7005 0390 0005 4552 4584

    RE: Sminkey v Ronald Sauls, et al
        U.S. District Court, C.A. 06-263-KAJ

Dear Judge Jordan;

Please allow this to serve as a reply to Mr. Niedzielski's letter dated November 6, 2006.

Paragraph two restates plaintiff's position regarding Rule 4(m). It further provides a good cause explanation for the failure, as outlined in Rule 4(m). Plaintiff clearly believes he had good service to all defendants and entity.

Paragraph three is correct, to the extent, that plaintiff understands the "fundamental requirements" of Rule 4(m). This, by no means, suggests plaintiff has substantial or expert level knowledge of the Federal Rules of Civil Procedure.

What Mr. Niedzielski fails to point out is that plaintiff is not a member of the bar and, as such, is entitled to some leeway in procedural matters. See Tabron v Grace, 6 F.3d 147, 154 n.2 (3d Cir. 1993).

Plaintiff rejects Mr. Niedzielski's position that plaintiff failed to follow Rule 4(m). Plaintiff entrusted a third party company to serve the complaints as plaintiff is prohibited from serving same. Plaintiff had no reason to believe that Parcels Inc. was not competent to serve process for him. Moreover, plaintiff finds it not plausible that an employer the size of the State of Delaware, or SEPTA, would not accept service for their employees acting within their course and scope of employment, and being sued in their official capacity, as is the case here, and the past suit.

Mr. Niedzielski would have the court believe, for example, that every time defendant Taylor was sued (nearly 300 times in the last eleven years), he was personally served every time, and the Department of Correction would not have accepted service on his behalf, or any other of their thousands of employees. Additionally, the Department of Correction is a secure facility

where the person serving process would not have had free access to personally serve each defendant.

Plaintiff believes that process was served properly by Parcels Inc. to all parties and the court should not dismiss the matter, or allow Plaintiff to re-serve all defendants pursuant to Rule 4(m).

Respectfully submitted,

Jack Sminkey, Ph.D.
3402 Edgmont Ave. #333
Brookhaven, PA 19015
(610) 620-3670

Cc. Mr. Marc Niedzielski, Esquire (7005 0390 0005 4552 4591)

U.S. POSTAGE
PAID
BROOKHAVEN, PA
19015
NOV 13, 06
AMOUNT
$4.64
00051353-57





CERTIFIED MAIL™

7005 0390 0005 4552 4584

U.S.M.S.

Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Jack Sminkey
3402 Edgmont Ave. #333
Brookhaven, PA 19015-2804

RETURN RECEIPT REQUESTED