IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
JAN 1 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JACK E. SMINKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-263-*** |
| ) | |
| STATE OF DELAWARE DEPARTMENT ) | |
| OF CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On October 3, 2006, this court ordered plaintiff to show cause why the majority of defendants should not be dismissed for failure to effect service. (D.I. 4.) Plaintiff filed his response and defendant Ronald Sauls, the only defendant to be served, replied that cause had not been shown and asked that the case be dismissed. Plaintiff proceeds *pro se*, and although he has been engaged in prior litigation, the court accepts his explanation of his attempt at service.

Accordingly, the court finds that plaintiff has shown cause why defendants State of Delaware Department of Correction, Commissioner Stanley Taylor, Alan Machtinger, Kathleen Mickle-Askin, Administrator Louise Layton, Supervisor Alison Stevens, Primary Instructor Donna Watson, Primary Instructor Annette Franze, Assistant Instructor Nichole Shuler, and Governor Ruth Ann Minner should not be dismissed as defendants for failure to serve process within the time provided pursuant to Fed. R. Civ. P. 4(m). (D.I. 5.)

THEREFORE, at Wilmington this 12 day of January, 2007, IT IS ORDERED that within **30 days** from the date of this order, plaintiff shall effect service

upon defendants State of Delaware Department of Correction, Commissioner Stanley Taylor, Alan Machtinger, Kathleen Mickle-Askin, Administrator Louise Layton, Supervisor Alison Stevens, Primary Instructor Donna Watson, Primary Instructor Annette Franze, Assistant Instructor Nichole Shuler, and Governor Ruth Ann Minner, as required by Fed. R. Civ. P. 4.

   Plaintiff is placed on notice that failure to effect service within 30 days may result in the dismissal of the aforementioned defendants.

*[signature]*
Honorable Mary Pat Thynge
U.S. Magistrate Judge