AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Jack Sminkey, Plaintiff

V.

State of Delaware Department of Corrections et al
Ruth Ann Minner, Governor
Stanley Taylor, Commissioner
Alan Machtinger, Director of Training
Kathleen Mickle-Askin, Training administator
Louise Layton, Administrator
Ronald Sauls, Administrator
Alison Stevens, Supervisor
Donna Watson, Primary Instructor
Annette Franze, Primary Instructor
Nichole Shuler, Assistant Instructor

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   06-263***



TO: Nichole Shuler
DOC/Central Admin. Bldg.
245 McKee Road
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. Jack Sminkey
3402 Edgmont Ave. #333
Brookhaven, PA 19015
(610) 620-3670

an answer to the complaint which is served on you with this summons, within ___TWENTY___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

1/29/07

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>January 29, 2007 at 1606 hours |
| NAME OF SERVER *(PRINT)*<br>Michael J. Dellose | TITLE<br>Private Investigator |

*Check one box below to indicate appropriate method of service*

[ ]  Served personally upon the defendant. Place where

[ ]  Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ]  Returned unexecuted:

[X]  Other (specify):  Teresa Graham, State of Delaware, Department of Corrections, Office of the Commissioner, Administrative Assistant/Person Designated to Receive Service of Process, 245 McKee Road, Dover, DE 19904, 30 female white 5'3" 150lbs brown hair

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02-02-2007
                       Date

*Michael J. Dellose* (signature)

O'Rourke Investigative Associates, Inc.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, Delaware 19899-0368