IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK SMINKEY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-263-*** |
| : | |
| STATE OF DELAWARE, DEPARTMENT : | |
| OF CORRECTION, et al., : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington, Delaware, this **21st** day of **February, 2007.**

IT IS ORDERED that a Rule 16 scheduling teleconference with Judge Thynge has been scheduled for **Wednesday, March 14, 2007 at 3:30 p.m. Eastern Time. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE