IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, PRO SE

        Plaintiff,

     v.                                  C.A. No. 06-263***

STATE OF DELAWARE, DEPARTMENT   :
OF CORRECTION, RUTH ANN MINNER,  :
STANLEY TAYLOR, ALAN MACHTINGER, :
KATHLEEN MICKLE-ASKIN, RONALD    :
SAULS, ALISON STEVENS, DONNA      :
ANNETTE FRANZE, NICHOLE SHULER,  :
LOUISE LAYTON.

        Defendants



FILED

FEB 27 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanner

MOTION FOR DEFAULT JUDGMENT AGAINST LOUISE LAYTON

Now comes plaintiff who hereby respectfully moves for a Default Judgment for the following reasons:

1. On January 12, 2007 the Honorable Mary Pat Thynge ordered plaintiff to re-serve all of the above named defendants except for Defendant Ronald Sauls.

2. On January 29, 2007 a court clerk approved and signed all relevant Subpoenas.

3. On January 29th at approximately 4:06pm Ms. Teresa Graham accepted service at the Department of Correction, Office of the Commissioner 245 McKee Road, Dover, DE 19904 for Defendants Louise Layton, Stanley Taylor, Alan Machtinger, Kathleen Mickle-Askin, Alison Stevens, Donna Watson, Annette Franze, and Nichole Shuler.

4. On January 30, 2007 at approximately 1:50pm Ms. Lisa Bristany, Gubernatorial Assistant, Office of the Governor of State of Delaware

820 N. French Street, 12th Floor, Wilmington, DE 19801 accepted service for Defendants Ruth Ann Minner and State of Delaware / Department of Correction.

5. The summons advised Defendant Louise Layton the she had twenty days to answer the summons. If she failed to do so, "judgment by default will be taken against you for the relief demanded in the complaint".

6. Pursuant to the summons, Defendant Louise Layton had a duty to provide an answer the complaint at least eight days ago.

7. Defendant Louise Layton's failure to answer the summons represents a flagrant disregard of the order of this court and the Rules of Civil procedure.

8. Defendant Louise Layton is a sworn law enforcement officer in the State of Delaware.

WHEREFORE, your honorable court is respectfully requested to enter a Default Judgment against Defendant Louise Layton.

Respectfully Submitted,

Jack E. Sminkey, Pro Se

With enclosures (seven pages)

Summons/civil cover sheet &
Query (parties/attorneys)

CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by regular U.S. Mail of motion for Default Judgment to:

Defendant Louise Layton
213 S. West Street
Harrington, DE 19952

Jack Sminkey, Ph.D.
Plaintiff, Pro Se
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670

Dated: February 26, 2007

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

COPY

Jack Sminkey, Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

State of Delaware Department of Corrections et al
Ruth Ann Minner, Governor
Stanley Taylor, Commissioner
Alan Machtinger, Director of Training
Kathleen Mickle-Askin, Training administator
Louise Layton, Administrator
Ronald Sauls, Administrator
Alison Stevens, Supervisor
Donna Watson, Primary Instructor
Annette Franze, Primary Instructor
Nichole Shuler, Assistant Instructor

CASE NUMBER:    06-263***

TO:   Louise Layton
DOC/Central Admin. Bldg.
245 McKee Road
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr.Jack Sminkey
3402 Edgmont Ave.#333
Brookhaven, PA 19015
(610) 620-3670

an answer to the complaint which is served on you with this summons, within ___TWENTY___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

1/29/07

CLERK

_Beth Duras_

DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01)   Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>January 29, 2007 at 1606 hours |
| NAME OF SERVER *(PRINT)*<br>Michael J. Dellose | TITLE<br>Private Investigator |

*Check one box below to indicate appropriate method of service*

[ ]  Served personally upon the defendant.  Place where

[ ]  Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ]  Returned unexecuted:

[X ] Other (specify):  Teresa Graham, State of Delaware, Department of Corrections, Office of the Commissioner, Administrative Assistant/Person Designated to Receive Service of Process, 245 McKee Road, Dover, DE 19904, 30 female white 5'3" 150lbs brown hair

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ 02-02-2007 _____          *Michael J. Dellose*
                        Date

O'Rourke Investigative Associates, Inc.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, Delaware 19899-0368

0 6 — 2 6 3

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Jack Sminkey

**(b)** County of Residence of First Listed Plaintiff  Delaware (PA)
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Jack Sminkey  3402 Edgmont Ave #333
Brookhaven, PA 19015    610-620-3670

## DEFENDANTS

Ronald Savls,
Dept. of Correction

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                     and One Box for Defendant)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | PERSONAL PROPERTY | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☒ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. Section 1983, Civil Rights Act of 1964 as amended

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $
Excess of $100,000,

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE
4/24/2006

SIGNATURE OF ATTORNEY OF RECORD
Jack Sminkey

FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

**1:06-cv-00263-\*\*\*** Sminkey v. State of Delaware Department of Corrections et al
Vacant Judgeship, presiding
Mary Pat Thynge, referral
**Date filed:** 04/24/2006 **Date of last filing:** 02/21/2007

# Parties

**Primary Instructor Annette Franze**
*Added: 04/24/2006*
*(Defendant)*

represented
by

**Marc P. Niedzielski**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
marc.niedzielski@state.de.us
*Assigned: 02/20/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Administrator (DOC) Louise Layton**
*Added: 04/24/2006*
*(Defendant)*

**Alan Machtinger**
Director of Training and Development

*Added: 04/24/2006*
*(Defendant)*

represented
by

**Marc P. Niedzielski**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
marc.niedzielski@state.de.us
*Assigned: 02/12/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Mickle-Askin**
Training Academy Administrator

*Added: 04/24/2006*
*(Defendant)*

represented
by

**Marc P. Niedzielski**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
marc.niedzielski@state.de.us
*Assigned: 02/12/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Governor Ruth Ann Minner**
State of Delaware

*Added: 04/24/2006*

represented

**Marc P. Niedzielski**
Department of Justice
820 N. French St.
Wilmington, DE 19801

*(Defendant)*                    by              (302) 577-8400
                                                marc.niedzielski@state.de.us
                                                *Assigned: 02/12/2007*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Administrator (DOC) Ronald Sauls**                         **Marc P. Niedzielski**
*Added: 04/24/2006*                                         Department of Justice
*(Defendant)*                                               820 N. French St.
                                    represented            Wilmington, DE 19801
                                    by                      (302) 577-8400
                                                           marc.niedzielski@state.de.us
                                                           *Assigned: 10/11/2006*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Assistant Instructor Nichole Shuler**                      **Marc P. Niedzielski**
*Added: 04/24/2006*                                         Department of Justice
*(Defendant)*                                               820 N. French St.
                                    represented            Wilmington, DE 19801
                                    by                      (302) 577-8400
                                                           marc.niedzielski@state.de.us
                                                           *Assigned: 02/09/2007*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Jack E. Sminkey**
3402 Edgmont Avenue #333
Brookhaven, PA 19015
*Added: 04/24/2006*
*(Plaintiff)*
PRO SE

**State of Delaware Department of**                          **Marc P. Niedzielski**
**Corrections**                                             Department of Justice
*Added: 04/24/2006*                                         820 N. French St.
*(Defendant)*                                               Wilmington, DE 19801
                                    represented            (302) 577-8400
                                    by                      marc.niedzielski@state.de.us
                                                           *Assigned: 02/12/2007*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Supervisor (DOC) Alison Stevens**                          **Marc P. Niedzielski**
*Added: 04/24/2006*                                         Department of Justice

*(Defendant)*

820 N. French St.
Wilmington, DE 19801
(302) 577-8400
marc.niedzielski@state.de.us
*Assigned: 02/12/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented
by

**Commissioner Stanley Taylor**
*Added: 04/24/2006*
*(Defendant)*

**Marc P. Niedzielski**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
marc.niedzielski@state.de.us
*Assigned: 02/12/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented
by

**Primary Instructor Donna Watson**
*Added: 04/24/2006*
*(Defendant)*

**Marc P. Niedzielski**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
marc.niedzielski@state.de.us
*Assigned: 02/20/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented
by

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/25/2007 18:26:54 | | | |
| **PACER Login:** | ns0323 | **Client Code:** | |
| **Description:** | Party List | **Search Criteria:** | 1:06-cv-00263- |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**1:06-cv-00263-\*\*\*** Sminkey v. State of Delaware Department of Corrections et al
Vacant Judgeship, presiding
Mary Pat Thynge, referral
**Date filed:** 04/24/2006 **Date of last filing:** 02/21/2007

# Attorneys

**Marc P. Niedzielski**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400                    representing    **Administrator (DOC) Ronald Sauls**
marc.niedzielski@state.de.us                    *(Defendant)*
*Assigned: 10/11/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Assistant Instructor Nichole Shuler**
*(Defendant)*


**State of Delaware Department of
Corrections**
*(Defendant)*


**Alan Machtinger**
*(Defendant)*


**Supervisor (DOC) Alison Stevens**
*(Defendant)*


**Kathleen Mickle-Askin**
*(Defendant)*


**Governor Ruth Ann Minner**
*(Defendant)*


**Commissioner Stanley Taylor**
*(Defendant)*


**Primary Instructor Annette Franze**
*(Defendant)*



Jack Sminkey
3402 Edgmont Ave. #333
Brookhaven, PA. 19015-2804

Clerk, U.S. Dist. Court
Lock Box 18 / Rm 4209
844 N. King St
Wilmington, DE 19801

