IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK SMINKEY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-263-*** |
| STATE OF DELAWARE, DEPARTMENT OF CORRECTION, et al., | : |
| Defendants. | : |

## **ORDER**

At Wilmington, Delaware, this **23rd** day of **March, 2007.**

IT IS ORDERED that the scheduling conference set for Monday, March 26, 2007 at 10:00 a.m. is canceled.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE