**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JACK E. SMINKEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-263-*** |
| STATE OF DELAWARE, et al., | : |
| | : |
| Defendants. | : |

**1st SET OF INTERROGATORIES DIRECTED TO PLAINTIFF**

Defendants hereby request Plaintiff fully answer, in writing and under oath, each of the following interrogatories within 30 days of receipt pursuant to Fed.R.Civ.P. 33. These interrogatories are continuing and the information requested must be kept current by supplementation.

As used in these interrogatories, "you" or "yours" means and refers to the Plaintiff, his attorney(s) and their agents and employees.

## **INTERROGATORIES**

1. Identify by name, address, and telephone number all persons with knowledge of the facts as to each allegation as set out in your complaint(s) and identify those persons that have been interviewed on your behalf and as to the interview, state: the date, the location, the subject matter and any documents discussed, identified or provided by that person.

Answer:

2.	Identify each and all documents or other items of evidence that you intend to use in this lawsuit, for any purpose, including, but not limited to cross-examination, during any pretrial or trial proceedings.

Answer:

      3.      For each allegation you are presenting in this matter, state with particularity and specificity (please provide the complete details including dates, times, and locations) the complete factual basis for each allegation and identify all persons having knowledge as well as each and all documents or other items of evidence in your possession that relate to each claim.

      <u>Answer</u>:

      4.      Identify in chronological order all health care providers (e.g. doctors, dentists, physicians, surgeons, therapists, etc.) that have treated or examined you in the last 10 years and provide the dates of service or treatment, the nature of any treatment or examination and the result of each treatment or examination.

      <u>Answer</u>:

5.  State and identify by names of parties, court or administrative body and case number all lawsuits or legal proceedings, at law or equity, of any nature in which you were a party and the disposition of that matter.

Answer:

6. Identify by name, address, phone number, location, date and persons present, all individuals that have been interviewed by you in connection with this matter and whether any documents or memorandum were prepared relating to that interview.

<u>Answer</u>:

7. Identify each and all photographs, videotapes, audio tapes or any other form of recording media that relate to this matter, and state the time, date, location and manner that such were made as well as the names of all individuals that have the originals or copies.

<u>Answer:</u>

8. State and describe all acts of discrimination or hostile work environment that you witnessed or that occurred to you while you have been employed by the Department of Correction. Please include the, date, location and name(s), address and telephone number of the persons present or who have knowledge of the acts.

Answer:

9. State and describe by gross amount and source all funds provided to you since 2000 and include the dates you first starting receiving such funds and the reasons the funds are provided to you.(e.g. salary, PIP benefits or disability payments)

<u>Answer:</u>

10. State and describe any efforts you have undertaken to seek or gain other employment since you have been employed with the defendant.

<u>Answer:</u>

11. Describe the defendant's employment policy regarding persons with disabilities and discrimination based on age, gender, race, or disability.

Answer:

12.Regarding your employment history, list in chronological order the names of all your employers, location of the job, position or duties of position and inclusive periods of such employment to the present time.

Answer:

13. List in chronological order all of your formal education. Please include the name and address of each educational institution or school, the dates of your attendance and the degree(s) awarded.

<u>Answer:</u>

14. If you are presently employed, please provide a detailed description of your daily work duties and how they differ (if they differ) from your daily work duties for the period in which you allege there was discrimination or a hostile work environment.

<u>Answer:</u>

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        <u>/s/ Marc P. Niedzielski</u>
        Marc P. Niedzielski (#2616)
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for Defendants

DATED: March 28, 2007

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below I served two copies by regular U.S. Mail of the attached document on the following:

Jack Sminkey
3402 Edgemont Avenue, # 333
Brookhaven, PA  19005

/s/ Marc P. Niedzielski
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801
(302) 577-8324

DATED: March 28, 2007