IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se

    Plaintiff,

v.

STATE OF DELAWARE, DEPARTMENT
OF CORRECTION, RUTH ANN MINNER,
STANLEY TAYLOR, ALAN MACHTINGER,
KATHLEEN MICKLE-ASKIN, RONALD
SAULS, ALISON STEVENS, DONNA
ANNETTE FRANZE, NICHOLE SHULER.

    Defendants

C.A. No. 06-263***

FILED
APR 9 – 2007

## PLAINTIFF'S RULE 26 (a) DISCLOSURES

Plaintiff makes the following disclosures pursuant to Fed.R.Civ.P. 26(a):

(A). Individuals with information (witnesses) and persons with knowledge of the customs, patterns, practices, and "unwritten" policies.

Plaintiff, defendants, eight other cadets in BOTC training class, and numerous guest instructors, and assistant instructors.

Persons who have sued defendants in the past for discrimination or other civil rights violations.

Persons or entities who have investigated the State of Delaware/Department of Correction (SOD/DOC) for alleged civil rights violations.

Former employees who have left the employ of the SOD/DOC in the last few years.

Persons who have investigated and/or authored reports concerning propriety or impropriety of defendants and/or the SOD/DOC as an entity or employer.

Persons who have drafted and/or authored certain SOD or DOC policies regarding appropriate conduct for employees employed at the DOC.

Journalists who have investigated, written, and/or published articles in the Delaware News Journal.

Nurses and doctors who have examined cadets who were injured and subsequently treated at Kent General Hospital.

Persons who researched, developed, and wrote training courses used by the DOC.

(B). Documents (maintained at plaintiff's residence).

SOD/DOC written policies.
EEOC documents.
One BAC document.
Numerous News Journal articles.
Numerous previous lawsuits filed against defendants.

(C). Damages.

Excess of $100,000.00

(D). Insurance agreements.

None

*Jack Sminkey*
Jack Sminkey
3402 Edgmont Ave. #333
Brookhaven, PA 19015
(610) 620-3670
Plaintiff, Pro se

CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by regular U.S. Mail of Rule 26 (a) disclosures to:

Marc P. Niedzielski, Esquire
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801

*[signature]*
Jack Sminkey, Ph.D.
Plaintiff, Pro Se
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670

Dated: April 6, 2007

Jack Smink
3402 Edgmont Ave. #333
Brookhaven, PA 19015-2804

Clerk of the Court
United States District Court
844 King St., LockBox 18
Wilmington, DE 19801

