Court
Copies

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se                :

    Plaintiff,                            :

                               :    C.A. No. 06-263***

STATE OF DELAWARE, et al.,              :

    Defendants,                           :



## ANSWERS TO FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF

ANSWER TO QUESTION #1 – Myself, no formal interviews

ANSWER TO QUESTION #2 – Unknown at this time

ANSWER TO QUESTION #3 – The complaint outlines details, dates, times, locations, conversations, and witnesses with knowledge of the issues as they unfolded in a very articulate and specific manner. Read complaint for further details.

ANSWER TO QUESTION #4 – See "Listening of Doctors" page.

ANSWER TO QUESTION #5 –

1.     93 CV 3183 Sminkey v Septa et al U.S.D.C. 3rd cir T-VII, 1983 claims, withdrawn with prejudice.

2.     97 CV 1347 Sminkey v Septa et al U.S.D.C. 3rd cir, T-VII, 1983 claims, settled.

3.     05 CV 1080B Sminkey v Shaligian-Superior Court Plymouth County, Mass personal injury suit as a result of the 10/11/2002 auto accident. Settled at mediation on 4/3/07.

4.     July 2005 EEOC complaint (Philadelphia District Office) Inquiry #170-2005-03060N. Received Right to Sue letter.

5.     April 2006 Sminkey v Dept. Of Correction 06-263*** - Pending

ANSWER TO QUESTION #6 –

See the following paragraphs of the complaint: 119, 131 thru 136, 138 thru 145, 147 thru 150.

Persons present for all, or portions of the antics I describe in the complaint. Eight fellow cadets and defendants Watson, Franze, Schuler and Stevens.

See paragraph 134 of the complaint for further information on interviews and documentation. Also see attachment titled "Noteworthy Entries", which I authorized as events occurred.

ANSWER TO QUESTION #7 – None

ANSWER TO QUESTION #8 –

See paragraphs 38-42, 44-48, 51-55, 89, 109-119, 123-126, 129-131, 138-144, 147-149, 152, 153, 164-168, 184-188, 211-217

ANSWER TO QUESTION #9 – Employment

2000   #52,743
2001   $21,621
2002   $25,520
2003   $27,904
2004   $29,655 + 7,500 PIP Benefits
2005   $8,819
2006   $5,618

No disability payments received

ANSWER TO QUESTION #10 – Started my own handyman and lawn care business.

ANSWER TO QUESTION #11

## WRITTEN POLICY

See complaint paragraphs 70,72 – 74, 77, 78

## UNWRITTEN POLICY, CUSTOM OR PRACTICE

See answer to interrogatory question #8.

ANSWER TO QUESTION #12 – See "All Employment" attachment.

ANSWER TO QUESTION #13

1.  Delaware Technical Community College-RT 7, Stanton, DE (1982 – 1987) Police Science.

2.  American State University – University Center, 100 Bear River Drive, Evanston, WY 82930. Attended 1997 BS, MS, PhD in Criminal Justice.

3.    Delaware County Community College-Route 252, Media, PA 19063. Police Academy 9/1983 – 12/1983 Graduated.

4.    Delaware Department of Correction, 245 McKee Road, Dover, DE 19904. Probation and Parole Training 2/25/05 – 4/28/05. Correctional Officers Basic Course 8/20/1980 – 10/5/1980

5.    Numerous other law enforcement related training courses.

### ANSWER TO QUESTION #14

I own a handyman and lawn care business. I keep my PI license valid, and do occasional work.

My daily duties including running a business, customer relations, estimates, and doing the work.

Since I no longer work for the Department of Correction, my present work environment is not discriminatory or hostile. It's my position that the treatment I received at the DOC ruined by Law Enforcement Career.

## ALL EMPLOYMENT (2000-2007)

1. 8/2000 to present- Self employed. Private Investigator, handyman
   & lawn care business. 3402 Edgmont Ave. #333, Brookhaven, PA
   19015.

2. Tiffany & Co. 727 Fifth Avenue, NYC, NY 10022 (11/00-7/01)
   Security Supervisor

3. The Wackenhut Corporation, 4200 Wackenhut Drive, Suite #100
   Palm Beach Gardens, FL 33410 (02/02-01/04) Security Supervisor.

4. Newark Toyota World, P.O.BOX 8114, Newark, DE 19714-8114.
   (04/03-07/03) Car sales.

5. Rafferty Subaru 4700 West Chester Pike, Newtown square, PA
   (02/04-06/04) Car sales.

6. Carousel Toyota, 1050 Baltimore Pike, Glen Mills, PA 19317
   (07/04-11/04) Car sales.

7. State of Delaware/Department of Correction, 245 McKee Road,
   Dover, De 19904 (02/25/05-04/28/05) P&P cadet.

## LISTING OF DOCTORS (updated 04/16/2007)

1. Dr. Roger Farber, M.D.
   Pennsylvania Headache and Pain Center
   One Bala avenue, Suite 130
   Bala Cynwyd, PA 19004
   Ph. 610-664-9897 Fax 610-667- 8704
   ** Saw Dr. Farber after the 1999 accident and again after the October
   2002 accident (for a second opinion). Dr. Farber advises I fully
   recovered from the 1999 accident. The injuries from the 2002 accident
   are new.

2. Dr. William Nagle, M.D.
   Springfield Diagnostic Imaging Center
   891 Baltimore Pike
   Springfield, PA 19064
   Ph. 610-543-8860 Fax 610-543-6237
   ** Read MRI report from 1999 accident, no herniations noted.

3. Dr. Peter Spitzer, M.D.
   Bryn Mawr Medical Specialists
   933 Haverford Road
   Bryn Mawr, PA 19010
   Ph. 610-527-8118
   ** Primary Doctor for short period of time in 1999.

4. CVS Pharmacy
   3298 Edgmont Avenue
   Brookhaven, PA 19015
   Ph. 610-876-5100
   ** My pharmacy since the late 1990's.

5. Dr. Robert Crowell, D.O.
   Brookhaven Medical Center
   4000 Edgmont Avenue
   Brookhaven, PA 19015
   Ph. 610-876-3500 (Primary doctor since 2000)

6. Dr. Schatzberg and Dr. Ray Wisdo, (Chiropractors)
   Delaware County Pain Management

1308 MacDade Boulevard
Folsom, PA 19033-0407
Ph. 610-532-0657 Fax 610-532-4258
** I went to this pain management center after the October 2002
accident for various therapies (adjustments, massage, tens, etc).

7. Dr. Kamal Russell, M.D. (Department of Radiology)
   Riddle Memorial Hospital
   1098 West Baltimore Pike
   Media, PA 19063
   Ph. 610-891-3005 (Radiology) 610-891-0611(MRI)
   ** Doctor who read MRI report after October 2002 accident.

   9. Dr. Norman Feinsmith, M.D. (Cardiology)
   Pennsylvania Heath Institute, 2nd floor, suite C
   39th & Market Streets
   Philadelphia, PA 19104
   Ph. 1-800-789-7366
   ** On October 25, 2003, shortly after taking vioxx prescription, I had
   symptoms of having a heart attack. My wife drove me to a hospital
   where I was examined and released a few hours later. I was told to
   follow up with a cardiologist, which I did. Dr. Feinsmith advised me I
   was ok but suggested I stop taking phentenermine (for weight
   control). I took his advice. At the time, there were no published
   reports about the problems with vioxx.

10. Dr. William Murphy, M.D.
    Smart Rehabilitation
    60 State Road. Suite C
    Media, PA 19063
    Ph. 610-892-7344 Fax 610-892-7302
    ** Dr. Schatzberg referred me to Dr. Murphy for further neurological
    testing.

11. Dr. Richard Buonocore, M.D.
    Neurosurgical Practice Associates
    Crozer Chester Medical Center, Suite #428
    Chester, PA 19013
    Ph. 610-874-4044

** Dr. Crowell referred me to Dr. Buonocore for a second opinion regarding my neurological well being.

12. Dr. Kenneth DeGroot, Chiropractor
DeGroot Chiropractic Health Center
1401 Silverside Road, Suite#1
Silverside Professional Park
Wilmington, DE 19810
** I went to this health center after about six months without therapy when my condition worsened. Attended from June 2004 to early 2005. Had massage, tens, adjustments, etc.

13. Dr. Ronald Rosenfeld, M.D.
Orthopedic Surgery & Sports Medicine
2000 Sproul Road
Broomall, PA 19008
Ph. 610-356-3700 Fax 610-356-2390
** Referred to Dr. Rosenfeld by Dr. Crowell because condition worsened. Dr. Rosenfeld advises I have pretty much run the gamete and surgery is not an option. I am just stuck with the injuries, condition, and pain that resulted from the October 2002 accident.

14. Dr. Robert Slater, M.D. (Neurologist)
2100 Keystone Road, suite #401
Drexel Hill, PA 19026
Ph. 610-259-9500
**Dr. Crowell referred me to Dr. Slater to address my ongoing memory loss problem. Dr. Slater believes my memory loss was the result of my taking Ultraset and/or stress. He switched my medicine to Hydrocodone.

15. Dr. Pamela Hale ,MD (Pain management)
Crozer Chester Medical Plaza
One Medical Center
Upland, PA 19013
Phone 610-619-7360 Fax 610-619-7366

16. Dr. Alison Britt-Kimmins, MD (Dermatologist)
Chadds Ford Dermatology
300 Evergreen Drive, Suite #160

Chadds ford, PA 19342
Phone 610-558-1200

17. Dr. Robert Chideckle, DMD (Dentist)
    3309 Edgmont Ave. #333
    Brookhaven, PA 19015
    Phone # 610-876-8038

18. Dr. Andrew Pratt, DMD (Dentist)
    Chadds Ford Dental Assoc.
    6 Dickenson Drive, Suite #102
    Chadds Ford, PA 19317
    Phone # 610-558-5699 Fax 610-558-2309

19. Lynn Johnson, LMT (Massage)
    4108 Edgmont Ave.
    Brookhaven, PA 19015
    Phone # 610-874-3210

20. Dr. Jay Hirsh, MD (Urologist)
    30 Medical Center Blvd., Suit #102, POB #1
    Upland, PA 19013
    Phone # 610-874-6580 Fax 610-874-5504

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by regular U.S. Mail.
Answers to first set of interrogatories directed to Plaintiff.

Marc P. Niedzielski, Esquire
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE  19801

Jack Sminkey, Ph.D.
Plaintiff, Pro Se
3402 Edgmont Avenue #333
Brookhaven, PA  19015
(610) 620-3670

Dated:  April 28, 2007