## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se          :
                                 :
        Plaintiff,               :
                                 :    C.A. No. 06-263***
STATE OF DELAWARE, et al.,       :
                                 :
        Defendants,              :

## PLAINTIFF RESPONDS TO 1ST REQUEST FOR PRODUCTION OF DOCUMENTS

### ANSWER TO QUESTION #1 –

Objection:  This question is over broad, vague, and is not likely to produce discoverable information or documents.

### ANSWER TO QUESTION #2 –

Same answer as question #1.

### ANSWER TO QUESTION #3 –

Expert not yet retained.

### ANSWER TO QUESTION #4 –

Will Provide.



FILED

MAY 0 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### ANSWER TO QUESTION #5 –

None.  Upon concluding my investigation of the Department of Correction, I concluded there was a legitimate basis for the lawsuit I filed.

With regard to any other parts of the question, I respectfully claim work product privilege as to my mental impressions, conclusions, opinions, or legal theories.

### ANSWER TO QUESTION #6 –

"Unduly burdensome" for Plaintiff to provide all documents.  Plaintiff agrees to supply sufficient medical reports to document the fact that Plaintiff has a disability and suffers from side effects from medication, and the employer knew this prior to Plaintiff being hired.

ANSWER TO QUESTION #7 –

Same answer as question #1.

ANSWER TO QUESTION #8 –

Plaintiff does not have these documents.

ANSWER TO QUESTION #9 –

This question invades the privacy of my family. It is not reasonably calculated to lead to discovery of admissible evidence. Additionally, I claim spousal privilege since our tax returns are filed jointly and my wife is not party to this litigation.

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by regular U.S. of Plaintiff's response for production of documents from defendant State of Delaware/Department of Correction to:

Marc P. Niedzielski, Esquire
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801

Jack Sminkey, Ph.D.
Plaintiff, Pro Se
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670

Dated: April 28, 2007

# The State *of* Delaware
# Employment Application



| | Personnel Use Only |
|---|---|
| | MQ's:        Yes ☐     No ☐ |
| | Comments: |

Social Security #     Last Name                    First Name                    M.I.

~~[redacted]~~  Smithkey,        Jack            E.

Mailing Address, City, State & Zip              County

204 W. Forestview Rd
Brookhaven, PA 19015

Please **note**: Provide all information requested. If you attach resume, include all information requested but omitted from resume.

V.P. ☐
Rater                    Date

Home Phone     (610) ~~[redacted]~~

Work Phone     (484) ~~[redacted]~~ (CELL)  May we call you at work?     ☒Yes     ☐No

Driver's License (State) ~~[redacted]~~ Type/#  Class B-CDL        Expiration Date   mm/dd/yy
11  9  06

Job Applied for (Title)   Probation and Parole Officer 1

Agency   Department of Correction              Posting #  03-CC4

Job location(s) applied for    ☒New Castle    ☒Kent    ☐Sussex    ☒City of Wilmington
Will you accept    ☒Permanent    ☐Temporary    ☐Full Time    ☐Part Time

Education/training   ☒High School Graduate/GED    ☒Vocational/Business School

| Name & Location of College/University | Dates Attended | Major/Minor | Type of Degree Received |
|---|---|---|---|
| DEL. TECH. Comm. College Stanton, DE | 1982-1987 | Police Science | |
| American State University EVANSTON, WY | 1997 | Criminal Justice | BS, MS, Ph.D. |

| Occupational Licenses | Issued by/ # | Expiration Date |
|---|---|---|
| Please see resume | | |

Certificates (Types)
    Please see resume

Computer Skills
    Basic

Language(s) other than English    NONE      ☐Speak    ☐Read    ☐Write

# Employment History

Name on Employment/Educational Records if different from present name:

Start with most recent employment. Are you employed now? [X] Yes    [ ] No

---

**Employer:** The Wackenhut Corporation    **Supervisor:** Stan Kolmetzky
**Address:** Line 1    **Phone:** (215) 572-8580
4200 Wackenhut Drive, Suite 100    **Annual Salary:** **Start:** 29.00 Ph
Palm Beach Gardens, FL 33410    (or $ hourly)    ~~End:~~ 18.74 Ph
    Pres
**Employed (month & year): From:** June 2002    **To:** Present
[X] Full time [ ] Part time    **Reason for leaving:** Still Employed
**Job title(s) & duties: Title** Custom Protection Officer
Duties

Please see resume

---

**Employer:** Tiffany & Co.    **Supervisor:** Anna Sicalides
**Address:** Line 1    **Phone:** (212) 230-6602
727 Fifth Ave, NYC, NY 10022    **Annual Salary: Start:** 40,000 Yr
    (or $ hourly)    **End:** 41,600 Yr
**Employed (month & year): From:** 11/2000    **To:** 7/2001
[X] Full time [ ] Part time    **Reason for leaving:** Resigned
**Job title(s) & duties: Title** Security Supervisor
Duties

Please see resume

---

**Employer:** Nationwide Security & Investigation    **Supervisor:** myself/owner
**Address:** Line 1    **Phone:** (484) 410-7876
3402 Edgmont Ave #333    **Annual Salary: Start:** $50.00 Ph
Brookhaven, PA 19015    (or $ hourly)    **End:** and higher
**Employed (month & year): From:** 8/2000    **To:** present
[ ] Full time [X] Part time    **Reason for leaving:** still here
**Job title(s) & duties: Title** Private Investigator/Consultant
Duties    Conduct investigations for private persons and
Firms.

Use Additional Pages if Needed

# Employment History

Name on Employment/Educational Records if different from present name:

Start with most recent employment. Are you employed now? ☒Yes    ☐No

Employer: Septa Transit Police                      Supervisor: LT. Richard Hoff
Address: Line 1                                              Phone: (215) 497-8818
        1234 Market St 4thFL                        Annual Salary:   Start: 28 K
        Phila, PA 19107                             (or $ hourly)    End: 39 K
Employed (month & year): From: 4/1990              To: 7/2000
☒Full time ☐Part time  Reason for leaving: resigned
Job title(s) & duties:  Title  Police officer
Duties
        Please see resume

( 13 years)

Employer:                                            Supervisor:
Address: Line 1                                      Phone: (   )
                                                     Annual Salary:    Start:
                                                     (or $ hourly)     End:
Employed (month & year): From:                       To:
☐Full time ☐Part time  Reason for leaving:
Job title(s) & duties:  Title
Duties

Employer:                                            Supervisor:
Address: Line 1                                      Phone: (   )
                                                     Annual Salary:   Start:
                                                     (or $ hourly)    End:
Employed (month & year): From:                       To:
☐Full time ☐Part time  Reason for leaving:
Job title(s) & duties:  Title
Duties

Use Additional Pages if Needed

# Minimum Qualifications

Please describe how your education, training and experience meet *each* Minimum Qualification and Additional Requirement described in the Job Announcement. Please *do not* submit copies of letters or training certificates, unless stated as a requirement.

Please see Attached letter

**Please remember to sign the back of this page. (Over)**
Use additional pages if needed

# Certification

*Before signing, please read the following statement carefully.*

Any false or substantive omission of information may be cause for rejection, or dismissal if employed by the State. I authorize the release of any information from previous employers or references.

I understand that if I am hired by the State of Delaware, the State shall require verification of identity and eligibility for employment in the United States.

I certify that if I am male, born after January 1, 1960, I have registered for Selective Service if required to register. I understand that I may be required to document registration.

If you are claiming preferences as a Veteran or the unremarried widow or widower of a deceased Veteran, attach a copy of your DD 214 form. If you are also claiming preference as a disabled veteran or unremarried widow or widower of a deceased disabled veteran, include your VA disability letter and claim number.

| Have you ever been convicted of a felony or Class A Misdemeanor? If yes, identify type of offense, date and location. | ☐ Yes | ☒ No |
| --- | --- | --- |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Present State of Delaware employee? | ☐Yes | ☒No | ☐Merit | ☐Other | ☐Seasonal |
| Past State of Delaware employee? | ☒Yes | ☐No | ☐Merit | ☐Other | ☐Seasonal |

*Any security clearance will be based on agency requirements.*

| Applicant Signature | Date |
| --- | --- |
| *Jack E. Sminkler* | 11/24/03 |

Please Note:    Accommodations are available for applicants with disabilities in all phases of the application and employment process. Please call (302) 739-5458 to request an auxiliary aid or service. TDD users should call the Delaware Relay Service Number 1-800-232-5460 for assistance.

Direct deposit of paychecks is a condition of employment for all new employees hired after December 31, 1995.

**Please return to the agency shown on job announcement/advertisement by the closing date.**



# State Personnel Office

*Leadership and Service for a Quality Workforce*

*Published by*

## The Employee Relations Center

*Employment Services o State Labor Relations Services o Merit System Applications*

**An Equal Opportunity Employer**

Delaware State Personnel Office - Job Posting - Supplemental Questionnaire                Page 1 of 1

# Supplemental Questionnaire

## Probation and Parole Officer I
### (79644)

Please identify or describe your highest level of training and or experience as appropriate. Answers must be verified by information provided in Employment History, Education History, or in Additional Notes.

| | | YES | NO |
|---|---|---|---|
| 1 | Are you willing and able to cope with unmotivated and hostile individuals who have committed all types of crimes? | ☒ | ☐ |
| 2 | Are you willing to do field checks knowing that you will be going into areas where you may be subject to threats or physical danger? | ☒ | ☐ |
| 3 | Are you willing to testify before the court, Parole Board and other judicial hearings to answer questions, present progress reports, and make recommendations? | ☒ | ☐ |
| 4 | Are you willing to be trained in the use of firearms and deadly force? | ☒ | ☐ |
| 5 | Are you willing to be trained in the use of defensive tactics which involve physical contact? | ☒ | ☐ |
| 6 | Are you willing to participate in the arrest of criminal offenders? | ☒ | ☐ |

I hereby certify that this supplemental questionnaire contains no misrepresentation or falsification and is true to the best of my knowledge. All information is subject to verification.

Name _Jack E. Smynkey_

Signature _Jack E. Smynkey_

SSN ▨▨▨▨▨▨▨

Date _11/24/03_

**JACK E. SMINKEY**
204 w. Forestview Road
Brookhaven, PA  19015
Phone: ~~████████~~
~~████████████~~et

## SUMMARY

A Licensed Private Investigator with extensive experience in law enforcement, investigation, training and labor relations. An effective motivator with a proven track record of professional leadership.

## WORK HISTORY

### *The Wackenhut Corporation, Philadelphia, PA*                    *2002-Present*

Manage loss prevention program for a valuable client in the Washington, DC area. Conduct security surveys, developed and updated written policies and procedures, authored an employee handbook, developed an equipment inventory and control system, conducted internal investigations and training classes, and liaised with senior management officials. I am presently assigned as an armed Custom Protection Officer in Philadelphia for a prestigious contract with the United States Government.

### *Tiffany & Co., King of Prussia, PA*                    *2000 – 2001*
### *Security Supervisor*

Managed day-to-day activities of a small security department. Member of the expense committee. Planned, developed, and accessed safety and security concerns. Established and developed internal and external relationships. Approved, maintained, and distributed accurate reports and documentation. Maintained knowledge of all laws regarding safety, health, and labor. Provided coaching, counseling, and mentoring to employees. Schedule adequate coverage of officers and contract guards. Saved company thousands of dollars in excess expenses and prevented loss.

Facilitated training and development of security officers. Presented to staff regarding safety and security issues, policy, and procedures. Conducted investigations of loss, policy violations, employee misconduct, or suspected criminal violations. Conducted security audits and reported results to management. Responded to store emergencies.

Assisted management with store openings and closings. Worked with management to influence company security policies. Provided counsel to store management regarding solutions to security and safety issues. Managed access control of visitors and contractors.

Conducted maintenance and periodic testing of physical security devices including: alarm systems, CCTV, locks and hardware, safes, vaults, radios, and metal detectors. Liaison with outside contractors on installation, maintenance, and repair of security and store equipment.

### *Southeastern Pennsylvania Transportation Authority, Philadelphia, PA*
### *Police Officer*                    *1990 – 2000*

Appointed as Community Affairs Officer to educate public school students on safety issues. Assisted in the development and coordination of "Operation Safe Rail", a program which decreased juvenile crime and truancy of school students. Initiated contacts with high-ranking school board officials, community leaders and parents to implement truancy and safety programs. Served as regularly invited speaker for Community and School Cluster Meetings.

Elected as Union Official with Fraternal Order of Transit Police. Counseled officers at internal affairs interviews on departmental policy, police procedure, and the collective bargaining agreement. Wrote and negotiated a union contract.

Provided police services to persons who utilize public transportation in Philadelphia and the surrounding communities. Arrested violators and provided court testimony for prosecution.

Selected by Chief of Police to participate in research and development committee that addressed department policies and procedures. Precepted police officers and new recruits in classroom instruction and field training.

### *Prior Experience*                                          *1980 – 1990*

Directed state Certified Security Officers Training Academy. Managed staff of instructors including hiring/firing, orientation, training, and performance evaluations. Supervised and mentored students. Held rank of Captain.

Instructed approximately 2000 students in 30 different areas of training and development including law enforcement, civil rights, and defensive tactics. Wrote training courses.

Served as retail store detective, armed security guard, correctional officer, volunteer fireman, and executive protection for the Governor of Delaware.

## E D U C A T I O N

**American State University, Evanston, WY**                  **1997**
BS, MS, Ph.D. in Criminal Justice

**Delaware County Community College, media, PA**            **1983**
Police Academy Graduate

**Concord High School, Wilmington, DE**                     **1980**
Graduated

## M E M B E R S H I P S

The Reid Institute
Training Consultants, Inc.
American Society for Industrial Security
Association of Certified Fraud Examiners
American Academy of Certified Consultants and Experts
Pennsylvania Association of Licensed Private Investigators

## L I C E N S E S & C E R T I F I C A T E S

Certified Fraud Examiner
Licensed Private Investigator
Certified in Adult CPR and First-Aid Basics
Licensed as a Security Officer in Maryland (pending)
Certified Agent and Instructor under the PA-L.W.T.A. #235
Certified in Reid Interview and Interrogation Techniques, and Advanced Techniques
Licensed as a Security Guard and Special Police Officer in the District of Columbia



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
ADMINISTRATION BUILDING
245 MCKEE ROAD
DOVER, DELAWARE 19904
Telephone: (302) 739-5601
Fax: (302) 739-6740

HUMAN RESOURCES & DEVELOPMENT                                      Recruitment & Selection Unit

September 27, 2004

Jack Sminkey



Dear Mr. Sminkey:

You have been advised by your Physical Therapist to complete therapy before attending the Basic
Officer Training Class for the position of Probation and Parole Officer I with the Department of
Correction. Therefore, you will not be scheduled to attend training scheduled for October 18, 2004.

You should contact me at 302-739-5601, ext 310, after your therapy is completed. At that time, you
will be required to have another Physical and Mental aspects form completed by the Physical Therapist
indicating that you are cleared to attend training.

Once you are cleared by your Physical Therapist, you will receive information to schedule a
psychological evaluation and complete a sign-up session for selection of health and dental
information. The date for the next training class has not yet been determined.

Should you have any questions, please feel free to contact me.

Sincerely,

*Jill R. Rush*

Jill R. Rush
Sr. Human Resources Technician



# APPLICATION FOR EMPLOYMENT

Wackenhut is an Equal Opportunity/Affirmative Action Employer. Applicants are considered for all positions without regard to race, color, religion, sex, national origin, age, or marital or veteran status, or the presence of a medical condition or disability.

**NAME AND ADDRESS**

1. Social Security Number ████-██-████   2. Application Date 0|6|-|0|3|-|0|7|
3. Last Name S|m|i|n|k|e|y|   First J|a|c|k|   MI E
4. Address 2|0|4| |W| |F|o|r|e|s|t|v|i|e|w| |R|D|A|N|
City B|r|o|o|K|N|a|v|e|N| - P|A| Zip Code 1|9|0|1|5|
5. Home Phone (6|1|0|)-████-████   6. Other Phone (4|8|4|)-4|1|0|-7|8|7|6|

**POSITION DESIRED**

7. Position Applied For  Loss Prevention Manager
8. (X) Full Time  ( ) Part Time - If Part Time, Hours Available  Any
   Salary Expected $55,000-$60,000  Date Available  6-10-07
9. Wackenhut must provide 24 hour-a-day service to its customers. Are you available to work whatever schedule is necessary to help us meet our Corporate objectives and our obligations to our customers? Yes (X) No ( )
   If no, what shifts or days are you available? _____

**PERSONAL INFORMATION**

10. Are you presently employed?  Yes  If yes, may we contact your present employer?  Yes
11. Do you have transportation?  Yes
12. Have you ever been employed by Wackenhut?  NO  If yes, where? _____
    When? _____  Position _____
    Reason for leaving _____
13. Referral Source:  ( ) Newspaper Advertisement  ( ) Job Service
    ( ) Employee Referral  (X) Other  Internet
14. Names and relationships of relatives or acquaintances employed at Wackenhut:  None
15. Have you ever been convicted for the violation of any law in a military or criminal court which has not been sealed, annulled or deleted from the record?  Yes ( ) No (X)
    If yes, where? _____  When? _____
    Type of conviction? _____
16. Are you prevented from lawfully becoming employed in this country because of Visa or Immigration Status? Yes ( ) No (X)

THE FOLLOWING INFORMATION WILL ONLY BE CONSIDERED IF IT IS RELEVANT TO THE

**EDUCATION**

**THE FOLLOWING INFORMATION WILL BE USED ONLY TO THE EXTENT THAT IS RELEVANT TO THE QUALIFICATIONS AND POSITION FOR WHICH YOU APPLY.**

18. Circle highest grade completed:

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16 _____

19. Do you have a high school diploma or GED?   Yes (✓)  No ( )

20. Did you graduate from College?   Yes (✓)  No ( )

If yes, Name of College? American State University   Degree Ph.D

**WORK HISTORY**

21. List all employment, including military, for the past seven (7) years beginning with your present job or last job held. If you need additional space, continue on a plain sheet of paper and attach it to the application.

From 8/00
To present
Employer Jack Smuckey Associates / National Security & Investigation   Supervisor myself
Address 3402 Edgmont Ave #333, Brookhaven, PA
Tel 484-410-7876   Salary $25- per hour
Position/Job Duties Consultant / private Investigator
Reason for leaving Still employed

From 11/00
To 7/01
Employer Tiffany & Co   Supervisor sicalides
Address 727 Fifth Ave, NYC, NY 10022
Tel 212-230-6602 (craig moody)   Salary low 40's + Bonus
Position/Job Duties Security Supervisor
Reason for leaving resigned

From 4/90
To 8/00
Employer Septa Police Department   Supervisor LT. Richard Hoff
Address 1234 Market St. 4th Fl, Philadelphia, PA
Tel 215-580-7112 (Rhonda Walker)   Salary $39K per Yr (9/07)
Position/Job Duties Police Officer
Reason for leaving Resigned

From _____
To _____
Employer _____   Supervisor _____
Address _____
Tel _____   Salary _____ per _____
Position/Job Duties _____
Reason for leaving _____

From _____
To _____
Employer _____   Supervisor _____
Address _____
Tel _____   Salary _____ per _____
Position/Job Duties _____
Reason for leaving _____

**WORK HISTORY**

22. Have you been dismissed, or asked to resign from employment? _NO_ Date _____

    Employer_____ Reason_____

23. Have you ever been granted a military or government security clearance? Yes ( ) No (✓)

    If yes, level of clearance _____

24. Do you have any special job skills or qualifications that may be relevant to the position for which you are applying? If so, describe _please see resume_

**REFERENCES**

25. Names of five persons who are not related to you and who are not former employers:

| Name and Occupation | Address | Phone Number |
|---|---|---|
| Richard Hoff | 424 Cambridge LA, Newtown, PA | |
| Mike Heywood | 312 Jefferson Dr. Sellersville, PA | |
| Sal Perpetua | 454 New Road SouthHampton, PA | |
| Mike Rubin | 495 Yale Ave, South Hampton, PA | |
| Jim Perlingi | 154 E. Wolfert St. Rd, Medelton, NJ | CELL |

## UNDERSTANDINGS AND AGREEMENTS

I understand that any misrepresentation, falsification or omission of this application shall be sufficient reason for refusal or dismissal of my employment. I hereby authorize investigation of all matters contained in this application and agree that if the results of such investigation are not satisfactory, any offer of employment made by The Wackenhut Corporation or any subsidiary hereinafter referred to as Wackenhut may be withdrawn, or my employment with Wackenhut may be terminated immediately. I agree to conform and adhere to the rules and regulations of Wackenhut. Further, I understand and agree that this application and any other materials I may receive are not intended to be, nor shall be construed to be a contract of employment, and that my employment and compensation may terminate, with or without cause, and with or without notice, at any time, at the option of either Wackenhut or myself.

In consideration of any offer of employment by Wackenhut, I hereby acknowledge, understand and agree that the following will constitute terms and conditions of any such employment:

  (1) any losses or expenses incurred by Wackenhut, its clientele, or other third parties as a result of my unauthorized actions shall be immediately reimbursed to Wackenhut on terms that are satisfactory and acceptable to Wackenhut. To the extent permitted by law, I agree and hereby authorize Wackenhut to reduce my wages for any sums owing by me hereunder; and

  (2) in recognition of the fact that any work related injuries which might be sustained by me are covered by state Workers' Compensation statutes, and to avoid the circumvention of such state statutes which may result from suits against the customers or clients of Wackenhut based on the same injury or injuries, and to the extent permitted by law, I HEREBY WAIVE AND FOREVER RELEASE ANY RIGHTS I MIGHT HAVE to make claims or bring suit against any client or customer of Wackenhut for damages based upon injuries which

**WORK HISTORY**

22. Have you been dismissed, or asked to resign from employment? _NO_ Date _____

Employer _____ Reason _____

23. Have you ever been granted a military or government security clearance? Yes ( ) No (✓)

If yes, level of clearance _____

24. Do you have any special job skills or qualifications that may be relevant to the position for which you are

applying? If so, describe _Please See resume_ _____

_____

**REFERENCES**

25. Names of five persons who are not related to you and who are not former employers:

| Name and Occupation | Address | Phone Number |
|---|---|---|
| _Previously listed – I don't have info with me NOW_ | | |
| | | |
| | | |
| | | |
| | | |

## UNDERSTANDINGS AND AGREEMENTS

I understand that any misrepresentation, falsification or omission of this application shall be sufficient reason for refusal or dismissal of my employment. I hereby authorize investigation of all matters contained in this application and agree that if the results of such investigation are not satisfactory, any offer of employment made by The Wackenhut Corporation or any subsidiary hereinafter referred to as Wackenhut may be withdrawn, or my employment with Wackenhut may be terminated immediately. I agree to conform and adhere to the rules and regulations of Wackenhut. Further, I understand and agree that this application and any other materials I may receive are not intended to be, nor shall be construed to be a contract of employment, and that my employment and compensation may terminate, with or without cause, and with or without notice, at any time, at the option of either Wackenhut or myself.

In consideration of any offer of employment by Wackenhut, I hereby acknowledge, understand and agree that the following will constitute terms and conditions of any such employment:

(1)    any losses or expenses incurred by Wackenhut, its clientele, or other third parties as a result of my unauthorized actions shall be immediately reimbursed to Wackenhut on terms that are satisfactory and acceptable to Wackenhut. To the extent permitted by law, I agree and hereby authorize Wackenhut to reduce my wages for any sums owing by me hereunder; and

(2)    in recognition of the fact that any work related injuries which might be sustained by me are covered by state Workers' Compensation statutes, and to avoid the circumvention of such state statutes which may result from suits against the customers or clients of Wackenhut based on the same injury or injuries, and to the extent permitted by law, I HEREBY WAIVE AND FOREVER RELEASE ANY RIGHTS I MIGHT HAVE to make claims or bring suit against any client or customer of Wackenhut for damages based upon injuries which are covered under such Workers' Compensation statutes.

Signature of Applicant _____    7/2/03

Mr. Bill O'Neil,
Manager, Physical Security
The Wackenhut Corporation
101 Old York Road, Suite 204
Jenkintown, PA 19046-3909

January 12, 2004

Dear Bill;

I am returning all the equipment the company issued to me.

It's my understanding I am being laid off due to lack of work effective
January 09, 2004. Please report this to corporate so as to avoid future
discrepancies in my dates of employment.

Thank you,

*Jack Sminkey*

Jack could not work in the cold
due to medical reasons. Not laid off
for lack of work.



## TELEPHONE REFERENCE VERIFICATION
### EMPLOYMENT / PERSONAL

Name of Applicant: __JACK E. SMINKEY__     SS #: ▆▆▆▆▆▆

Applying for: __Security Officer__

**PAST EMPLOYMENT**

Employer: __Tiffany & Co.__ Tel No: __212-230-6607__ Worked from: __11/00__ To __09/01__    "11/15/00    6/2/01

Reason for leaving: __Resigned__     Position: __Security Supervisor__

Would you re-employ? Yes____ No____ If not, why? _____

Comment on Applicant's dependability: _____

Is the Applicant trustworthy? Yes____ No____ Punctual? Yes____ No____

Do you know prior or subsequent employment? _____

Comment on the Applicant's job performance: _____

To your knowledge, did the applicant engage in any illegal activities? _____

Did Employee get along well with supervisors and co-workers? Yes____ No____

Did Employee follow Company policies? Yes____ No____

Do you know any reason why we should not employ? _____

Additional Comments: _____

*COMPANY POLICY ALLOWS Verification of Dates of Employment and Position Held Only*

Information received from: __Craig Moody__     Inquiry made by: __Carol Knox__

Title/Occupation: __Corporate Director__     Title: __HR Clerk__

Date of Phone Inquiry: __6-3-02__     TWC Location: __WAS-01__

**PERSONAL**

Name of Personal Reference: _____     Telephone No.: _____

1. How are you acquainted with the Applicant? _____
2. How long have you known Applicant? _____
3. Would you recommend for the applied position? Yes____ No____
4. Is the Applicant trustworthy? Yes____ No____ Dependable? Yes____ No____
5. What other companies has the Applicant worked for? _____
6. Do you know of any reason why we should not employ? _____

Additional Comments: _____

Information received from: _____     Inquiry made by: _____

Title/Occupation: _____     Title: _____

Date of Phone Inquiry: _____     TWC location: _____

W-56 (03/10/94)
74148                          Use reverse side for additional comments.

TIFFANY & CO.

THE PLAZA AT KING OF PRUSSIA
160 NORTH GULPH ROAD
KING OF PRUSSIA, PENNSYLVANIA 19406
610-768-9200

TO: Anna Sicalides, Operations Manager
FROM: Jack Sminkey, Security Supervisor
DATE: June 15, 2001
Ref: Resignation

I am writing to give you two weeks notice of my resignation effective the end of my
workday on June 29, 2001.

I have decided to pursue other goals and interests which I believe to be more suitable for
my family and I.

Upon my return from vacation on June 26th I would like to discuss with you how we can
make my departure as smooth as possible in light of the pending store renovation.

Lastly, I respectfully request to be paid for any unused vacation time or any other benefits
I am entitled to.

I wish you and the company the best in future endeavors.

*good* 1/21/03

# APPLICATION FOR EMPLOYMENT
(PRE-EMPLOYMENT QUESTIONNAIRE)  (AN EQUAL OPPORTUNITY EMPLOYER)

**PERSONAL INFORMATION**  Carousel Toyota    DATE 01-21-04

NAME  Sminkey, Jack Edward    SOCIAL SECURITY NUMBER ▓▓▓▓
LAST    FIRST    MIDDLE

PRESENT ADDRESS 204 W. Forestview Rd Brookhaven, PA 19015
STREET    CITY    STATE    ZIP

PERMANENT ADDRESS
STREET    CITY    STATE    ZIP

PHONE NO. 610-▓▓▓▓    ARE YOU 18 YEARS OR OLDER?  Yes ☒  No ☐

ARE YOU PREVENTED FROM LAWFULLY BECOMING EMPLOYED IN THIS COUNTRY BECAUSE OF VISA OR IMMIGRATION STATUS?  Yes ☒ ___  No ☐ ___

**EMPLOYMENT DESIRED**

POSITION Sales Consultant    DATE YOU CAN START 02/02/04    SALARY DESIRED OPEN

ARE YOU EMPLOYED NOW?  NO    IF SO MAY WE INQUIRE OF YOUR PRESENT EMPLOYER?

EVER APPLIED TO THIS COMPANY BEFORE?  NO    WHERE?    WHEN?

REFERRED BY  Newspaper

| EDUCATION | NAME AND LOCATION OF SCHOOL | *NO OF YEARS ATTENDED | *DID YOU GRADUATE? | SUBJECTS STUDIED |
|---|---|---|---|---|
| GRAMMAR SCHOOL | Talley Jr. High Wilm, DE | 8 | Yes | Basic |
| HIGH SCHOOL | Concord High Wilm, DE | 4 | Yes | Basic |
| COLLEGE | American State University Evanston, WY | 1 | Yes | Criminal Justice |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL | Del-Co Comm College Media, PA | 1 | Yes | Police Academy |

**GENERAL**
SUBJECTS OF SPECIAL STUDY OR RESEARCH WORK

SPECIAL SKILLS

ACTIVITIES: (CIVIC, ATHLETIC, ETC.)
EXCLUDE ORGANIZATIONS, THE NAME OF WHICH INDICATES THE RACE, CREED, SEX, AGE, MARITAL STATUS, COLOR OR NATION OF ORIGIN OF ITS MEMBERS.

U.S. MILITARY OR NAVAL SERVICE    RANK    PRESENT MEMBERSHIP IN NATIONAL GUARD OR RESERVES

*This form has been revised to comply with the provisions of the Americans with Disabilities Act and the final regulations and interpretive guidance promulgated by the EEOC on July 26, 1991.

TOPS FORM 3285 (92-8)    (CONTINUED ON OTHER SIDE)

**FORMER EMPLOYERS** (LIST BELOW LAST THREE EMPLOYERS, STARTING WITH LAST ONE FIRST).

| DATE MONTH AND YEAR | NAME AND ADDRESS OF EMPLOYER | SALARY | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| FROM 6 2002 TO 1 2004 | The Wackenhut Corp 4200 Wackenhut Dr, Palm Beach Gdns FL | 40K-60K | Loss prevention manager CPO | medical reasons |
| FROM 3 2003 TO 7 2003 | Newark Toyota World 400 Ogletown RD, Newark, DE | 23K yr | Sales Consultant | Pay plan |
| FROM 11 2001 TO 6 2001 | Tiffanys 727 Fifth Ave NYC, NY | 41,600 yr | Security Supervisor | Resigned |
| FROM 4 1990 TO 8 1990 | SEPTA - Transit Police 1234 Market St, Phila, PA | 39,000 yr | Police officer | resigned to obtain PI liz. |

WHICH OF THESE JOBS DID YOU LIKE BEST?  None

WHAT DID YOU LIKE MOST ABOUT THIS JOB?  All had positive and negative points

**REFERENCES:** GIVE THE NAMES OF THREE PERSONS NOT RELATED TO YOU, WHOM YOU HAVE KNOWN AT LEAST ONE YEAR.

| NAME | ADDRESS | BUSINESS | YEARS ACQUAINTED |
|---|---|---|---|
| 1 Richard Hoff | 424 Cambridge LA Newtown, PA 18940 | Police | 12 |
| 2 Mike Heywood | 312 Jefferson Dr Sellersville, PA 18960 | Police | 12 |
| 3 Sal Perpetva | 454 New Road Southhampton PA | Police | 12 |

THE FOLLOWING STATEMENT APPLIES IN: MARYLAND & MASSACHUSETTS. (Fill in name of state)
IT IS UNLAWFUL IN THE STATE OF _____N/A_____ TO REQUIRE OR ADMINISTER A LIE DETECTOR TEST AS A
CONDITION OF EMPLOYMENT OR CONTINUED EMPLOYMENT. AN EMPLOYER WHO VIOLATES THIS LAW SHALL BE
SUBJECT TO CRIMINAL PENALTIES AND CIVIL LIABILITY.

Signature of Applicant _Jack Smink_

IN CASE OF EMERGENCY NOTIFY  Patrice Sminkey    204 W. Forestview Rd
                              NAME                 ADDRESS                        PHONE NO.

"I CERTIFY THAT ALL THE INFORMATION SUBMITTED BY ME ON THIS APPLICATION IS TRUE AND COMPLETE, AND I UNDERSTAND THAT IF ANY FALSE INFORMATION, OMISSIONS, OR MISREPRESENTATIONS ARE DISCOVERED, MY APPLICATION MAY BE REJECTED AND, IF I AM EMPLOYED, MY EMPLOYMENT MAY BE TERMINATED AT ANY TIME.
IN CONSIDERATION OF MY EMPLOYMENT, I AGREE TO CONFORM TO THE COMPANY'S RULES AND REGULATIONS, AND I AGREE THAT MY EMPLOYMENT AND COMPENSATION CAN BE TERMINATED, WITH OR WITHOUT CAUSE, AND WITH OR WITHOUT NOTICE, AT ANY TIME, AT EITHER MY OR THE COMPANY'S OPTION. I ALSO UNDERSTAND AND AGREE THAT THE TERMS AND CONDITIONS OF MY EMPLOYMENT MAY BE CHANGED, WITH OR WITHOUT CAUSE, AND WITH OR WITHOUT NOTICE, AT ANY TIME BY THE COMPANY. I UNDERSTAND THAT NO COMPANY REPRESENTATIVE, OTHER THAN IT'S PRESIDENT, AND THEN ONLY WHEN IN WRITING AND SIGNED BY THE PRESIDENT, HAS ANY AUTHORITY TO ENTER INTO ANY AGREEMENT FOR EMPLOYMENT FOR ANY SPECIFIC PERIOD OF TIME, OR TO MAKE ANY AGREEMENT CONTRARY TO THE FOREGOING."

DATE  01/21/04    SIGNATURE _Jack Smink_

DO NOT WRITE BELOW THIS LINE

INTERVIEWED BY _____    DATE _____

REMARKS: _____

NEATNESS _____    ABILITY _____

HIRED: ☐ Yes  ☐ No    POSITION _____    DEPT. _____

SALARY/WAGE _____    DATE REPORTING TO WORK _____

APPROVED:  1. _____    2. _____    3. _____
          EMPLOYMENT MANAGER        DEPT. HEAD              GENERAL MANAGER

This form has been designed to strictly comply with State and Federal fair employment practice laws prohibiting employment discrimination. This Application for Employment Form is sold for general use throughout the United States. TOPS assumes no responsibility for the inclusion in said form of any questions which, when asked by the Employer of the Job Applicant, may violate State and/or Federal Law.

# TO: PAYROLL DEPARTMENT

| PLEASE ENTER THE FOLLOWING CHANGE(S) TO YOUR RECORDS TAKING EFFECT ON: | | DATE & TIME | |
|---|---|---|---|
| EMPLOYEE NAME  Jack Minley | | 11-15-04 | |
| SOCIAL SECURITY NO. | DEPARTMENT Sales | | CLOCK NO. |

## THE CHANGE(S):

| ☐ ALL APPLICABLE BOXES | FROM | TO |
|---|---|---|
| ☐ DEPARTMENT | | |
| ☐ JOB | | |
| ☐ SHIFT | | |
| ☐ RATE | | |
| ☐ OTHER | | |
| ☐ OTHER | | |

## THE REASON FOR THE CHANGE(S):

| | | |
|---|---|---|
| ☐ HIRED | ☐ PROBATIONARY PERIOD COMPLETED | |
| ☐ RE-HIRED | ☐ LENGTH OF SERVICE INCREASE | |
| ☐ PROMOTION | ☐ RE-EVALUATION OF EXISTING JOB | |
| ☐ DEMOTION | ☑ RESIGNATION | |
| ☐ TRANSFER | ☐ RETIREMENT | |
| ☐ MERIT INCREASE | ☐ LAYOFF | |
| ☐ UNION SCALE | ☐ DISCHARGE | |
| ☐ LEAVE OF ABSENCE FROM _____ (DATE) | UNTIL _____ (DATE) | |
| ☐ OTHER (Explain) | | |

_____

_____

## AUTHORIZATION:

RECOMMENDED BY _____  (DATE)

# CONFIDENTIAL
# EMPLOYEE HISTORY

*Maybe Dentist* *TERM 6-14*
*Sales License ✓*

MV- 19074

| Employee Name | Employee # | Employment Status | | Security Clearance | |
|---|---|---|---|---|---|
| Jack E. Sminkey | | ☒ Full Time  ☐ Part Time<br>☐ Temporary (Seasonal)  ☐ On Call | | Level | Date Granted |

| Social Security No. | Date of Birth | Marital Status | Sex | Employment Date | Prior Employment | I-9 Documentation Complete |
|---|---|---|---|---|---|---|
| ▓▓▓▓ | ▓▓▓▓ | Married | m | 02/23/04 | ☐ Yes  ☒ No | ☒ Yes  ☐ No |

| Address | | City | State | Zip | Telephone |
|---|---|---|---|---|---|
| 204 W. Forestview Rd, Brookhaven, PA | | | | 19015 | ▓▓▓▓ |
| Change Date | Address Change | City | State | Zip | Telephone |
| | | | | | |
| Change Date | Address Change | City | State | Zip | Telephone |
| | | | | | |
| Change Date | Address Change | City | State | Zip | Telephone |
| | | | | | |

| Years of Service | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## IN CASE OF EMERGENCY — CONTACT:

| Name | Relationship | Telephone No. | Address |
|---|---|---|---|
| Patrice Sminkey | Wife | 610-▓▓▓▓ | Same as above |
| Name | Relationship | Telephone No. | Address |
| | | | |
| Doctor | Telephone No. | | Address |
| DR. Robert Crowell | 410-▓▓▓▓ | | 4000 Edgmont Ave<br>Brookhaven, PA 1901 |

Emergency Medical Information: Refer to employee's Confidential Medical Information File for emergency care information.

## TAX INFORMATION

| | Federal (W-4) Exemptions | | | | State/City Exemptions | | | |
|---|---|---|---|---|---|---|---|---|
| No. | | | | | | | | |
| Date | | | | | | | | |

## OTHER DEDUCTIONS

| Type | Credit Union | Christmas Club | Additional Ins. | Other Medical | Emp. Fu. |
|---|---|---|---|---|---|
| Amt. | | | | | |
| Date | | | | | |

## HOURS WORKED PER PAY PERIOD

| Daily: | Weekly: |
|---|---|
| | |

## BENEFITS INFORMATION

RAFFerty Suburu

| Insurance | Premium | Employee Contribution | Employer Contribution | Date Eligible | Date Enrolled | Date Withdrawn | Retirement | Employee Contribution | Employer Contribution | Date Eligible | Date Enrolled | Da Withd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medical - self | | | | | | | Co. Pension | | | | | |
| Medical - family | | | | | | | Union Pension | | | | | |
| Dental | | | | | | | 401(K) | | | | | |
| Eyecare | | | | | | | Other | | | | | |
| Disability | | | | | | | Options | Employee Contribution | Employer Contribution | Date Eligible | Date Enrolled | Da Withd |
| Life | | | | | | | Profit Sharing | | | | | |
| | | | | | | | Stock Plan | | | | | |
| | | | | | | | Union | | | | | |
| | | | | | | | Credit Union | | | | | |
| | | | | | | | Other | | | | | |

## HMO INFORMATION

| Plan Name | Doctor | Co-Pay | Prescriptions | Co-Pay | Note |
|---|---|---|---|---|---|
| | | | | | |

## PRIOR HEALTH INSURANCE COVERAGE

| ☐ Certificate Requested<br>☐ Certificate Presented | Comments: |
|---|---|
| | Such Certificates Should Be Kept in this File. |

This file should be used in conjunction with the Medical Information File to maintain such information separately as required by the FMLA and

# *Employee Exit Report*

Employee Name: JACK SWINKEY _____ Employee # _____

Department: SALES _____ Last day worked: 6/14/04

- ☑ Layoff
- ☐ Resignation (__Verbal __Written)
- ☐ Discharge
- ☐ Retirement
- ☐ Seasonal
- ☐ Other _____

**REASON FOR LEAVING:** LACK OF PERFORMANCE
_____
_____
_____

**EMPLOYEE'S SUGGESTIONS AND COMMENTS FOR DEALERSHIP IMPROVEMENT:**
_____ NONE _____
_____
_____
_____

**PERFORMANCE EVALUATION:**
- ☐ Outstanding
- ☐ Satisfactory
- ☐ Marginal
- ☑ Unsatisfactory

**ATTENDANCE RECORD:**
- ☐ Outstanding
- ☑ Satisfactory
- ☐ Unsatisfactory

Employee Signature _____

Supervisor's Signature _____

*PAT - Please Sign*

# NEWARK TOYOTAWORLD
## NEW EMPLOYEE DATA REPORT



EMPLOYEE _Jack Sminkey_ DATE _03/17/03_

ADDRESS _204 W. Forestview Rd_ DEPT _____

_Brookhaven, PA 19015_ TEL#(410) ▓▓▓▓

SOCIAL SECURITY ▓▓ - ▓ - ▓▓ DATE OF BIRTH ▓ / ▓ / ▓

NOTIFY IN EMERGENCY _Patrice Sminkey_ TEL#(410) ▓▓▓

FAMILY DOCTOR _Dr Crowell_ TEL#(410) ▓▓▓

BLOOD TYPE _A- Pos_ ALLERGIES _None_

## PAYROLL INFORMATION

START DATE _3-17-03_ RATE OF PAY _Level 1 - New_

JOB TITLE _Sales Assoc._ FULL-TIME _X_ PART-TIME ____ TEMP ____

REHIRE _____

COMMENTS _____

EMPLOYEE SIGNATURE _Jack Sminkey_ DATE _03/17/03_

SUPERVISOR _Steve Phillips_ DATE _____

GENERAL MGR SIGNATURE _____ DATE _03/17/03_

## PLEASE ATTACH COPY OF DRIVER'S LICENSE & SOCIAL SECURITY CARD

OFFICE USE ONLY:

DEPT: _____ COMP CODE: _____

ACCT: _____ EMP#: _9 99054_

COMMENTS:

# APPLICATION FOR EMPLOYMENT

STEVE

**AN EQUAL OPPORTUNITY EMPLOYER.**

☐ PRICE ORGANIZATION        ☐ PRICE BUICK PONTIAC
☐ DIAMOND MOTOR SPORTS      ☐ PRICE HONDA

**AN EQUAL OPPORTUNITY EMPLOYER**

STRONG

Applications are received and employees are hired without regard to race, creed, color, sex, religion, age, national origin, or physical or mental handicap. In addition, we encourage the employment of veterans. The receipt of this application does not mean that job openings exist and does not obligate us in any way. We appreciate your interest in our organization.

Date: 3/5/03

## PERSONAL INFORMATION

Name  Sminkey,  Jack  E.
    Last    First Name    Middle Initial     Social Security No. ~~━━━~~

Present address  204 W. Forestview Rd  Brookhaven, PA  Home or nearest phone ~~━━━~~
    No.    Street    City    State    Zip

How long have you lived at above address?  3½ years

Previous address  328 W. Chelton Rd  Upland, PA 19015  How long did you live there?  1 years
    No.    Street    City    State    Zip

Are you over the age of 18? ☑ Yes ☐ No If no, employment is subject to verification that you are of minimum legal age.

What languages can you read, speak and write fluently?  English

Are you a citizen of the United States? ☑ Yes ☐ No
If not a citizen of the U.S., can you provide proof that you can legally be employed in the U.S.? ☐ Yes ☐ No

## EMPLOYMENT INFORMATION

Position applying for  Sales Consultant  Date available for work  3/17/03

Shift Preference  1st  2nd  3rd  What salary do you expect?  Open

Type of employment ☐ Full Time ☐ Part Time ☐ Temporary

What days and hours if part time?  Days _____ Hours _____
    From( )AM ( )PM    To( )AM ( )PM

Have you ever applied for a job with us before?  ☐ Yes ☑ No

Have you ever worked for us before?  ☐ Yes ☑ No

Have you ever been bonded?  ☑ Yes ☐ No  Have you ever been refused bond?  ☐ Yes ☑ No If so state

reason and date _____

Have you ever been convicted of any crime other than a minor traffic violation?  ☐ Yes ☑ No If so, state

date, court and place where offense occurred _____

Have you ever been discharged or requested to resign from a position?  ☐ Yes ☑ No If so, explain _____

Does your present employer know of your plans to change employment? ☐ Yes ☑ No  Why do you desire to

make a change? _____

Have you ever held a position of trust (handling money or confidential material)? ☑ Yes ☐ No

How much time have you lost from work during this past year?  None

Would you have steady transportation to work? ☑ Yes ☐ No

Are there any other experiences, skills, or qualifications which you feel would especially fit you for work with this

organization?  Experience in dealing with people

## EDUCATION INFORMATION

| SCHOOLING | YEARS COMPLETED | DEGREE REC. AND MAJOR SUB. | NAME OF SCHOOL | LOCATION | DID YOU GRADUATE? |
|---|---|---|---|---|---|
| GRAMMAR OR HIGH SCHOOL | 12 | Basic | Concord high | 2501 Ebright Rd wilm, DE 19810 | yes |
| TRADE, BUS., OR CORRESPONDENCE | 3 mos | Police Academy | Del. Co. Comm. College | media, PA | yes |
| COLLEGE | 4 | Police Science | Del. Tech. Comm College | Stanton, DE | No |
| GRADUATE SCHOOL | 1 | Criminal Justice | American State university | Evansville, WY | yes |

Describe any other specialized or professional training (such as business, technical or nursing school). Include study courses given through public or private employment. State whether degree or certificate received.

# MILITARY SERVICE RECORD

Were you in U.S. Armed Forces? ☐ Yes  ☑No  If yes, what Branch? _____

Date of duty: From ____ Month Day Year    To ____ Month Day Year    Rank at discharge _____

List duties in the Service including special training _____

## PRIOR WORK RECORD (Start with most recent or present employer)

**1. Name, Address & Phone of Most Recent Employer:** The Wackenhut Corporation (Fax to Verify Employment 561-691-6569)
4200 Wackenhut Dr Suite 100, Palm Beach Gardens, FL 33410
**Immediate Supervisor (Name & Position):** Stewart Branam, Area Manager  **Date Hired:** 4/02  **Starting Rate:** 60 K Yr
**Your Job Title & Duties:** Loss Prevention Manager  **Date Left:**  **Last Rate:**
**Reason for Leaving:** Still Employed

**2. Name, Address & Phone of Employer:** Tiffany & Co. 727 Fifth Ave (To Verify Employment 212-230-6602)
NewYork, NY 10022 (Ask For Mr. Craig Moody)
**Immediate Supervisor (Name & Position):** Ana Sicalides, Operations Manager  **Date Hired:** 11/00  **Starting Rate:** 40,000 yr
**Your Job Title & Duties:** Security Supervisor  **Date Left:** 7/01  **Last Rate:** 41,600 yr
**Reason for Leaving:** Resigned

**3. Name, Address & Phone of Employer:** Septa (Police Dept) 1234 Market St (To Verify Employment
Philadelphia, PA 19107 (Call Rhonda Walker at 215-580-7112)
**Immediate Supervisor (Name & Position):** LT. Richard Hoff  **Date Hired:** 4/90  **Starting Rate:** 28 K Yr
**Your Job Title & Duties:** Police Officer  **Date Left:** 8/00  **Last Rate:** 39 K Yr
**Reason for Leaving:** To obtain Private Investigator License (Resigned)

May we contact the employers listed above? _____  If not, indicate by No. which one(s) you do not wish us to contact _____

See Attached

## REFERENCES
### (Do not list relatives or former employers)

Name  Richard Hoff    Address _____    Occupation _____
Name  Sal Perpetua    Address _____    Occupation _____
Name  Mike Heywood    Address _____    Occupation _____

The facts set forth above in my application for employment are true and complete. I understand that if employed, false statements on this application shall be considered sufficient cause for dismissal. You are hereby authorized to make any investigation of my personal history and financial and credit record through any investigative or credit agencies or bureaus of your choice.

In making this application for employment I also understand that an investigative consumer report may be made whereby information is obtained through personal interviews with my neighbors, friends, or others with whom I am acquainted. This inquiry includes information as to my character, general reputation, personal characteristics and mode of living. I understand that I have the right to make a written request within a reasonable period of time to receive additional, detailed information about the nature and scope of this investigative consumer report.

"I agree to be employed on a  ninety  calendar days' probationary period and that I may be dismissed at any time during this period at the discretion of the employer."

"I also understand that employment at any Price Organization affiliated company is not offered, contracted or promised for any specific length of time, and that I have the right to leave the Company at any time and the Company has the right to terminate the employment relationship at any time."

I authorize the use of any information in this application to verify my statements, and I authorize the past employers, doctors, all references, and any other persons to answer all questions asked concerning my ability, character, reputation, and previous employment record. I release all such persons from any liability or damages on account of having furnished such information.

Signature of Applicant    3/5/03  DATE

# PERSONNEL STATUS CHANGE REPORT

EMPLOYEE: _Jack Sunkey_ DATE: _7/16/03_

DEPARTMENT: _NTW-SALES_ STORE: _1514_

## TITLE CHANGE

EFFECTIVE DATE: _____ COMMENTS: _____

FROM: _____

TO: _____

## TRANSFER

EFFECTIVE DATE: _____ NEW SUPERVISOR: _____

FROM: _____ (DEPT.) NEW RATE: _____

TO: _____ (DEPT.) COMMENTS: _____

## EMPLOYEE STATUS

EFFECTIVE DATE: _____ COMMENTS: _____

CHECK ONE:

☐ FROM PART-TIME TO FULL-TIME

☐ FROM FULL-TIME TO PART-TIME

## RATE CHANGE

EFFECTIVE DATE: _____ DATE OF LAST INCREASE: _____

NEW RATE: _____ MERIT: ☐ YES ☐ NO

OLD RATE: _____

COMMENTS: _____

## SEPARATION

EFFECTIVE DATE: _7/16/03_ REASON: _Returning to his previous job, security (prefer working hours @ old job)_

☐ VOLUNTARY ☐ INVOLUNTARY _____

RE-HIRE ☐ YES ☐ NO _____

## ADDRESS/ NAME PHONE # CHANGE

STREET _____ NEW NAME _____

CITY _____ STATE _____ ZIP CODE _____ EFFECTIVE DATE _____

NEW PHONE NUMBER _____

## INSURANCE BENEFICIARY CHANGE

☐ ADD ☐ DROP CHANGE BENEFICIARY TO: _____

FAMILY INSURANCE COVERAGE:

EFFECTIVE: _____ EFFECTIVE: _____

EMPLOYEE SIGNATURE _____ DATE _____

SUPERVISOR SIGNATURE _____ DATE _____

GENERAL MANAGER SIGNATURE _____ DATE _7/16/03_

COPY 1 - PERSONNEL — COPY 2 - EMPLOYEE