IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se          :
                                 :
    Plaintiff,                   :
                                 :    C.A. No. 06-263***
STATE OF DELAWARE, et al.,       :
                                 :
    Defendants                   :

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT STATE OF DELAWARE/DEPARTMENT OF CORRECTION**

1) Provide a complete copy of all written documents listed below that were in effect on 2/25/2005.

    a) Department of Correction Code Of Conduct.
    b) Department of Correction Employee Handbook.
    c) Beliefs and Principles (dated 9/10/2002).
    d) Management Principles for the workplace (dated 12/18/2002).
    e) Policy on sexual harassment prevention (dated 12/18/2002).
    f) Career development mentoring program.
    g) Guidelines on Equal Employment opportunity and affirmative action.
    h) Workplace violence policy.
    i) Reasonable accommodation guidelines and recommended procedure.
    j) Drug Free work place.
    k) Employee file guidelines.
    l) Human Resources procedure manual.
    m) Workforce planning guide.
    n) Job descriptions for all defendants.
    o) Workplace bullying policy.

[FILED MAY 0 1 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

2) Provide a complete copy of all written documents listed above in effect on 4/30/2007.

3) Provide a complete copy of all consent decrees signed with the United States government involving the Delaware State Police and the Department of Correction over the last 7 years.

4) Provide a complete copy of Executive Orders #10, 19 and 81.

5) Provide a complete copy of "Review of the Delaware State Police" dated December 1, 2001 authorized by Lisa Blunt-Bradley.

6)  Provide a complete copy of "Final Report of the task force on security issues at the Delaware Correctional Center" dated 2/14/2005.

7)  Provide a complete copy of the "Hostage Incident at the Delaware Correctional Center" dated 2/7/2005.

8)  Provide a complete copy of the BOTC training program curriculum, syllabus and lesson plan for BOTC class #1 from 2/25/2005 – 4/29/2005.

9)  Provide a complete copy of the BOTC training program curriculum, lesson plan, and syllabus for the last class completed of probation and parole officer cadets.

10) Provide a complete copy of all handwritten notes (by any source) during BOTC training class #1 (from 2/25/2005 – 4/29/2005).

11) Provide a complete copy of all bac's issued to any cadet who participated in probation and parole training or correctional officer training from 1/1/2000 thru 4/30/2007.

12) Provide a complete copy of all medical, hospital, workers compensation, or injury reports authorized as a result of a cadet seeking medical attention while in probation and parole or correctional officer training from 1/1/2000 thru 4/30/2007.

13) Provide a complete copy of all dismissal letters issued to DOC cadets who were terminated prior to the completion of training from 1/1/2000 thru 4/30/2007.

14) Provide a complete listing of the race, age, and sex of every department of correction cadet that was involuntarily terminated while attending training.

15) Provide a curriculum vitae for every person named as defendant in this suit.

16) Provide a complete copy of licenses, certifications, training certificates, seminars attended, or degrees relevant to law enforcement or teaching.

17) Provide a complete copy of all course evaluations (authorized by cadets) requested by the department for all cadets who completed probation and parole training from 1/1/2000 thru 4/30/2007.

18) Provide a complete copy of all class/cadet sign in sheets for every day of cadet training from 1/1/2000 thru 4/30/2007.

19) Provide a complete copy of any document written about Plaintiff by any source.

20) Provide a complete copy of all written disciplinary or progressive disciplinary policies in affect from 1/1/2007 thru 4/30/2007 specific to the employee development center.

21) Provide a complete copy of all rules and regulations in affect at the employee development center from 1/1/2000 thru 4/30/2007.

22) Provide a complete copy of both bac's issued to Plaintiff while attending training as well as Plaintiff's responses.

23) A complete copy of state law with regard to access to personnel files and a complete copy of written policy regarding access to personnel files.

24) A complete copy of state law regarding maintaining a safe work environment and written policy regarding same.

25) A complete copy of everything in my personnel file, medical file, including, but not limited to, background investigation, psychological evaluation, etc.

Dated: April 28, 2007

Jack E. Sminkey, Ph.D.
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670
Plaintiff, pro se

CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by regular U.S. of Plaintiff's first request for production of documents to defendant State of Delaware/Department of Correction to:

Marc P. Niedzielski, Esquire
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801

*[signature]*
Jack Sminkey, Ph.D.
Plaintiff, Pro Se
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670

Dated: April 28, 2007