## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se     :
                                  :

    Plaintiff,

                                  :     C.A. No. 06-263***

STATE OF DELAWARE, et al.,   :
                                  :

    Defendants,          :

### 1ST SET OF INTERROGATORIES DIRECTED TO
### DEFENDANT DONNA WATSON

Plaintiff hereby request Defendant fully answer, in writing and under oath, each of the following interrogatories within 30 days of receipt pursuant to Fed.R.Civ.P. 33. These interrogatories are continuing and the information requested must be kept current by supplementation.

As used in these interrogatories, "you" or "yours" means and refers to the defendant, his attorney(s) and their agents and employees.

Generally, all questions are asked using a time frame of 7 years back from today unless the word "ever" is used. "Ever" means from the first day in time thru today.

If necessary, use additional sheets to provide complete answers or explanations.



FILED

MAY 0 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## **INTERROGATORIES**

1.  What is your full name, address, telephone number, date of birth, and first five digits of your social security number?

    Answer:

2. What is your date of hire with the State of Delaware, and the Department of Correction? What is your present position, and what was your title or position between February 25, 2005 and April 29, 2005, during BOTC class #1.

Answer:

3.    Including the State of Delaware, list all other employers including name, address, telephone number, immediate supervisor, and your title or position during the last 7 years. Provide an updated copy of your curriculum vitae.

Answer:

4.    List all psychologists or psychiatrists you have seen over the last 7 years.
      Include name, address, and telephone number, dates of visits, and reasons for
      visits.

      Answer:

5.    List all medications, narcotics, or other drugs you have taken or been
      prescribed over the last 7 years.  Provide name, address, telephone number of
      person(s) who gave you or prescribed the medication, narcotic, or drug and
      the reason why you take them.

      Answer:

6.    List all residences (real property) you own in part, or whole, or possess a
      deed, or hold a mortgage note.

      Answer:

7.    List all disciplinary actions you have received over the last 7 years and attach
      a copy of same with your answer.

      Answer:

8.    List all lawsuits you have been a party to over the last 7 years. Indicate whether you were a Plaintiff, Defendant, case number, date filed, court where filed, the nature of the suit, and disposition of the case.

   Answer:

9.    List all judgments filed against you over the last 7 years. Indicate whether the judgment was in your personal or official capacity, how much the judgment was for, the case number, who paid the judgment, and what the judgment was for.

Answer:

10. List all criminal convictions on your criminal record from any jurisdiction. Explain the circumstances of your arrest. Exclude pardons and expungments.

   Answer:

11.    Provide the chronological order, the names, addresses, and telephone numbers
       of every educational institution and/or training you attended starting with high
       school, to present.  Provide a copy of your high school diploma or GED, all
       college degrees, all certifications, all certificates of training, all licenses, etc.

       Answer:

12.    List in chronological order all documented training you ever received in the
       following areas and provide documentation for same.

       A.  Labor Law
       B.  Title VII
       C.  Constitutional Law/Rights
       D.  Sexual Harassment
       E.  Discrimination
       F.  Unsafe work environment
       G.  Wrongful Discharge
       H.  Covenant of good faith and fair dealing
       I.  Contracts (employment related)
       J.  Americans With Disabilities Act
       K.  Department of Correction Code of Conduct
       L.  Executive order #10 and #19
       M.  Principles and Beliefs
       N.  Management principles for the workplace
       O.  Sexual Harassment Prevention
       P.  Affirmative Action
       Q.  Workplace bullying

       Answer:

13.    List in chronological order, all documented training you ever received in
       supervising and/or counseling employees under your authority and control.
       Please attach documentation of same.

       Answer:

14.     List, in chronological order, all documented training you have ever received in how to embarrass, humiliate, intimidate, belittle, demoralize, threaten, or be hostile towards a fellow employee or cadets you supervise.

        Answer:

15. Based on what you know about this lawsuit right now, do you think the Plaintiff was treated with the same respect, dignity, and equality as his fellow cadets? If yes, explain how.

Answer:

16.    Based upon what you know about this lawsuit right now, do you think written policies were violated by instructors or fellow cadets during BOTC class number one training. If yes, please explain all violations based upon your observations, experience, and knowledge of company written policies.

Answer:

17.    Based upon your knowledge and experience with state employment and/or the Department of Correction, does the Department of Correction have a custom, pattern, practice, or "unwritten policy" of discrimination, harassment, sexual harassment, retaliation, or violating an employee, citizens, or prisoner's civil rights?

       Answer:

18.    If you could "redo" the events of BOTC Class #1, what would you do, not do, or change.

Answer:

19.    Do you believe your employer has made a concerted effort to increase the hiring, training, and retention of women and minorities since January 1, 2001. If so, what class of people do these policies and practices adversely effect?

       Answer:

20.    As a result of the events of BOTC Class #1, were there any changes made to the curriculum, syllabus, lesson plans, instructors, etc. If yes, what has changed?

        Answer:

21.    List all Department of Correction cadets you know of over the last 7 years
       who were disciplined for 1) attacking an instructor during boxing training 2)
       sexual harassment 3) harassment 4) telling lewd jokes or, 5) bullying.

       Answer:

22.     List all Department of Correction cadets who were disciplined over the last 7
        years for 1) failing to follow directions 2) inappropriate attitude or, 3) giving
        disrespectful responses to an instructor.

        Answer:

23.    What is your understanding of the Department of Corrections written policy or practice regarding accessing an employee personnel file? If you requested access to your personnel file, explain how you gained access.

Answer:

24.    What documented training have you had specific to instruct, supervise, or administer Department of Correction academy training.  Please attach documentation.

      Answer:

25.    Name all people who assisted you in answering these interrogatories.

Answer:

Jack Sminkey, Ph.D.
3402 Edgmont Ave., #333
Brookhaven, PA  19015-2804
Plaintiff, Prose
(610) 620-3670

Dated: April 28, 2007

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by regular U.S. of first set of interrogatories directed to defendant Donna Watson to:

Marc P. Niedzielski, Esquire
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801

Jack Sminkey, Ph.D.
Plaintiff, Pro Se
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670

Dated: April 28, 2007