# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se              :
                                     :
    Plaintiff,                   :
                                     :
                                     :          C.A. No. 06-263***
STATE OF DELAWARE, et al.,           :
                                     :
    Defendants,                  :

### *DEFENDANTS' RESPONSES TO PLAINTIFF'S 1ST SET*
### *OF INTERROGATORIES DIRECTED TO DEFENDANTS*

## INTERROGATORIES

**General objections.**  Defendants hereby object to these interrogatories in that they seek information that is beyond the scope of discovery under Rule 26 and are not reasonably calculated to lead the discovery of admissible evidence. Defendants further object to discovery requests that seek information that is intended to harass and annoy defendants and are not crafted to any matters at issue Without waiving these objections, the individual defendant may provide information responsive to the request.

1.    *What is your full name, address, telephone number, date of birth, and first five digits of your social security number?*
    **RESPONSE:**

    Ruth Ann Minner:
    Please refer to above general objections, and the fact that the Governor is not alleged to have participated in any individual conduct regarding the plaintiff.

    Stanley Taylor:
    Stanley W. Taylor, Jr., XXXXX, Dagsboro, DE 19939, (302)539-XXXX; XX/XX/51; SSN XXX-XX-__,

    Alan Machtinger:
    Alan Machtinger, Delaware Dept. of Correction, Human Resources, 245 McKee Rd., Dover, DE 19904; (302)739-5601; DOB X/XX/47; SSN XXX-XX-4047

    Kathleen Mickle-Askin:
    Kathleen Alexis Mickle-Askin, 245 McKee Rd., Dover, DE 19904; (302)739-5601; X/X/52; SSN XXX-XX-4069

    Louise Layton:
    Louise A. Layton, 245 McKee Rd., Dover, DE 19904, (302)739-5601; DOB X/XX/62, SSN XXX-XX-1137

<u>Ronald Sauls:</u>
Ronald D. Sauls, 245 McKee Road, Dover, DE 19904, (302)739-5601; DOB XX/XX/55; SSN XXX-XX-___.

<u>Alison Stevens:</u>
Alison L. Stevens, Sussex Day Reporting Center, 317 S. Dupont Highway, Georgetown DE 19947, (302) 854-6994, DOB XX/XX/65, SSN XXX-XX-1523

<u>Donna Watson:</u>
Donna Watson, 245 McKee Road, Dover, DE 19904; (302) 739-5601; DOB X/XX/55; XXX-XX-2351

<u>Annette Franze:</u>
Annette Franze, (302)739-5601; DOB XX/XX/___; SSN XXX-XX-6078

<u>Nicole Shuler:</u>
Nicole Joan Shuler, 1601 Pine Street, Wilmington Delaware 19802, (302)577-3443; XX/XX/71; SSN XXX-XX-3559


2.    *What is your date of hire with the State of Delaware, and the Department of Correction?  What is your present position, and what was your title or position between February 25, 2005 and April 29, 2005, during BOTC class #1.*
      **RESPONSE:**

<u>Ruth Ann Minner:</u>
Please refer to response to Number 1.

<u>Stanley Taylor:</u>
October 6, 1976; Retired; Commissioner

<u>Alan Machtinger:</u>
August 3, 1981 with State of Delaware
January 1, 2004 with Dept. of Correction
Title: Director, Human Resources and Development

<u>Kathleen Mickle-Askin:</u>
October 1, 1981 (State of Delaware)
May 1, 1981 (Department of Correction)
Position: Training Academy Administrator/Director of Training

<u>Louise Layton:</u>
June 1987  -- DOH
Training Educator Administrator II – today and during BOTC 1

Ronald Sauls:
3/21/83
Training Education Administrator II

Alison Stevens:
01-16-1984 – hire date with the State of Delaware and Dept. of Correction
Probation/Parole Supervisor

Donna Watson:
Date of hire with State: 5/7/85
Corrections: 4/95
Quality Improvement Program Administrator
Trainer Educator: 2/25 thru 4/1

Annette Franze:
05/00/83 Trainer/Educator

Nicole Shuler:
8/1998, Senior Probation Officer, Trainer Educator

3.   *Including the State of Delaware, list all other employers including name, address,
     telephone number, immediate supervisor, and your title or position during the last
     7 years. Provide an updated copy of your curriculum vitae.*
     **RESPONSE:**

Ruth Ann Minner:
Please refer to response to No. 1.

Stanley Taylor:
Commissioner; Governors Minner and Carper

Alan Machtinger:
Delaware Department of Correction
245 McKee Rd.
Dover, DE 19904
(302)739-5601
Supervisor: Stan Taylor, Commissioner
             Carl Danberg, Commissioner from Feb. 1, 2007
Position: Director of Human Resources and Development

Kathleen Mickle-Askin:
Current:      Training Academy Administrator/Director of Training
              Alan Machtinger (302)739-5601
3/2000-6/2004 Training Administrator II
              Tony Powell (deceased)

<u>Louise Layton:</u>
Department of Correction for last 20 yrs.  Current supervisor Kathy Mickle-Askin

<u>Ronald Sauls:</u>
Tony Powell EDC Administrator
Kathy Mickle- Askin EDC Administrator
Ron Sauls Training Education Administrator I & II

<u>Alison Stevens:</u>
State of Delaware
Department of Correction
Bureau of Community Custody & Supervision
245 McKee Road
Dover, DE 19904
(302) 739-5601
2000-2001 – Senior Probation/Parole Officer
Supervisor – J. Curt Shockley
2001-Present – Probation/Parole Supervisor
Supervisor – J. Curt Shockley

Hartstring's Childrenswear
Tanger Outlet Center – Midway
         Rehoboth DE 19971
(302) 644-0666
2005-Present – PT Key Holder
Supervisor – Marty Bryant

<u>Donna Watson:</u>
All Corrections

<u>Annette Franze:</u>
State of Delaware, Department of Correction
245 McKee Rd., Dover, DE 19904
(302)739-5601
Supervisor: Louise Layton
My Title: Trainer/Educator II

<u>Nicole Shuler:</u>
State of Delaware, Department of Correction
1601 Pine Street, Wilmington DE 19802
577-3443
Supervisor: Patrick Cronin.  Title: Senior Probation and Parole Officer, Operation Safe Streets
Supervisor: James Cobb. Title: Senior Probation and Parole Officer

State of Delaware, Department of Correction
245 McKee Road, Dover DE 19904
739-5601
Supervisor: Louise Layton.  Title: Trainer Educator

Delaware Technical and Community College, Dover Delaware, Adjunct
Instructor.  Supervisor for Delaware Tech part time position is Jeff Peck

4.   *List all psychologists or psychiatrists you have seen over the last 7 years.  Include
     name, address, and telephone number, dates of visits, and reasons for visits.*
     **RESPONSE:**

     For all defendants, please refer to general objection.

5.   *List all medications, narcotics, or other drugs you have taken or been prescribed
     over the last 7 years. Provide name, address, telephone number of person(s) who
     gave you or prescribed the medication, narcotic, or drug and the reason why you
     take them.*
     **RESPONSE:**

     For all defendants, please refer to general objection.

6.   *List all residences (real property) you own in part, or whole, or possess a deed, or
     hold a mortgage note.*
     **RESPONSE:**

     For all defendants, please refer to general objection.

7.   *List all disciplinary actions you have received over the last 7 years and attach a
     copy of same with your answer.*
     **RESPONSE:**

     Ruth Ann Minner:
     Please refer to response to No.1.

     Stanley Taylor:
     None

     Alan Machtinger:
     None

<u>Kathleen Mickle-Askin:</u>
None

<u>Louise Layton:</u>
None

<u>Ronald Sauls:</u>
None

<u>Alison Stevens:</u>
None.

<u>Donna Watson:</u>
None

<u>Annette Franze:</u>
None to Recollection

<u>Nicole Shuler</u>
N/A

8.  *List all lawsuits you have been a party to over the last 7 years. Indicate whether you were a Plaintiff, Defendant, case number, date filed, court where filed, the nature of the suit, and disposition of the case.*
    **<u>RESPONSE:</u>**

<u>Ruth Ann Minner:</u>
Please refer to response to No. 1.

<u>Stanley Taylor:</u>
Taylor has been named as a defendant in a large number of lawsuits many of which he was not served or otherwise provided notice. It is unduly burdensome for defendant to respond and plaintiff is referred to make inquiry of the state and federal courts.

<u>Alan Machtinger:</u>
See Attached

<u>Kathleen Mickle-Askin:</u>
None

<u>Louise Layton:</u>
None

<u>Ronald Sauls:</u>
None

<u>Alison Stevens:</u>
None

<u>Donna Watson:</u>
None

<u>Annette Franze:</u>
None

<u>Nicole Shuler:</u>
Plaintiff, Superior Court, Resolved

9.  *List all judgments filed against you over the last 7 years. Indicate whether the judgment was in your personal or official capacity, how much the judgment was for, the case number, who paid the judgment, and what the judgment was for.*
    **<u>RESPONSE:</u>**

    For all defendants, please refer to general objections.

10. *List all criminal convictions on your criminal record from any jurisdiction. Explain the circumstances of your arrest. Exclude pardons and expungments.*
    **<u>RESPONSE:</u>**

    <u>Ruth Ann Minner:</u>
    Please refer to response to No. 1.

    <u>Stanley Taylor:</u>
    None

    <u>Alan Machtinger:</u>
    None

    <u>Kathleen Mickle-Askin:</u>
    N/A

    <u>Louise Layton:</u>
    None

    <u>Ronald Sauls:</u>
    None

Alison Stevens:
None

Donna Watson:
None

Annette Franze:
Please refer to general objections.

Nicole Shuler:
N/A

11.  *Provide the chronological order, the names, addresses, and telephone numbers of every educational institution and/or training you attended starting with high school, to present. Provide a copy of your high school diploma or OED, all college degrees, all certifications, all certificates of training, all licenses, etc.*
    **RESPONSE:**

Ruth Ann Minner:
Please refer to response to No. 1.

Stanley Taylor:
Indian River High School
University of Delaware

Alan Machtinger:
Sandia HS, Albuquerque, NM
University of New Mexico, Albuquerque, NM
George Washington University, Washington, D.C.
University of Maryland, College Park, MD
Copies of Degrees and diplomas not readily available

Kathleen Mickle-Askin:
Newark Senior High School (diploma not available)
University of Delaware (B.A. 1974 – Sociology)
University of Delaware (M.C. 1978 – Masters in Counseling)
Wilmington College: Statistics, School Guidance
Training is extensive:
Modelnetics, Duke Executive Leadership Program, Zenger Miller FrontLine Leadership Certification, Training for Trainers (National Institute of Corrections – NIC), Advanced Training Design and Development (NIC), Training for Training Coordinators/Directors (NIC), Conferences – International Association for Correctional Training Personnel, American Personnel and Guidance, American Correctional Association, Mid Atlantic States Correctional Association, Supervisory Skills for Law Enforcement (University of Delaware), Summer Institute for Alcohol, Drugs, and Mental Health, Post Traumatic Stress, Hostage

Negotiation Training, Seamless Security (NIC), DACCUM Training (NIC), Other training spans a 30+ year career and are too numerous to list.

Louise Layton:
Lake Forest High Felton DE - 1980
Wilmington College, Dover DE - Bachelor of Arts in Behavioral Science 2001
Wilmington College, Certificate in Criminal Justice
Wilmington College, Certificate in Training and Development
Certificates of Training:
See attached.

Ronald Sauls:


Alison Stevens:
1979-1983
Milford Senior High School
N.E. 10th Street
Milford DE 19963
(302) 422-1610
Diploma Received

1985- 1990
Delaware Technical & Community College
Owens Campus
Route 18
Georgetown DE 19947
(302) 856-5400
AA – Human Services

I have attended numerous training seminars during the course of my 23+ years of state employment.

Donna Watson:
Raritan High School, Hazlet, NJ
Delaware Technical and Community College
University of Delaware
Wilmington College

Annette Franze:
Please refer to general objections.

Nicole Shuler:
Middletown High School, Middletown DE 19709, Diploma

Delaware Technical and Community College, Dover DE, Associates Degree

Bachelors in Behavioral Science, Wilmington College, New Castle, DE
Wilmington College, Masters Degree, Administration in Justice, New Castle DE

12. *List in chronological order all documented training you ever received in the following areas and provide documentation for same.*

    *A. Labor Law*
    *B. Title VII*
    *C. Constitutional Law/Rights*
    *D. Sexual Harassment*
    *E. Discrimination*
    *F. Unsafe work environment*
    *G. Wrongful Discharge*
    *H. Covenant of good faith and fair dealing*
    *I. Contracts (employment related)*
    *J. Americans With Disabilities Act*
    *K. Department of Correction Code of Conduct*
    *L. Executive order #10 and #19*
    *M. Principles and Beliefs*
    *N. Management principles for the workplace*
    *O. Sexual Harassment Prevention*
    *P. Affirmative Action*
    *Q. Workplace bullying*
**RESPONSE:**

Ruth Ann Minner:
Please refer to response to No. 1.

Stanley Taylor:
I do not recall.

Alan Machtinger:
See attached training record

Kathleen Mickle-Askin:
A. Labor Law
B. Title VII
C. Constitutional Law/Rights
D. Sexual Harassment – **Refresher Training – January 2007**
E. Discrimination
F. Unsafe work environment
G. Wrongful Discharge
H. Covenant of good faith and fair dealing
I. Contracts (employment related)–**Briefings on new contracts within the Dept.**
J. Americans With Disabilities Act

K. Department of Correction Code of Conduct
L. Executive order #10 and #19**- signed at time of employment**
M. Principles and Beliefs
N. Management principles for the workplace
O. Sexual Harassment Prevention**- Refresher training in January of 2007**
P. Affirmative Action
Q. Workplace bullying- **Workplace Violence Workshop**

Louise Layton:
Upon promotion with the department I attended a supervisor symposium that included Sexual Harassment.  Constitutional Law was one of my courses in college.  As a new hire with DOC I received Sexual Harassment training in Basic training as well as refresher training on this topic several times during my career with the department, the most recent I believe was attended last year.  Code of conduct was also taught during my basic training with DOC.

Ronald Sauls:


Alison Stevens:
Refer to answer in Question #11.

Donna Watson:
n, a, i, f, b, d, j, p, k

Annette Franze:
Please refer to general objections.

Nicole Shuler:
I cannot recall exact trainings. Some training may have also been obtained from college courses.


13.    *List in chronological order, all documented training you ever received in supervising and/or counseling employees under your authority and control. Please attach documentation of same.*
       **RESPONSE:**

Ruth Ann Minner:
Please refer to response to No. 1.

Stanley Taylor:
Refer to response to No. 12.

Alan Machtinger:
See attached training record

Kathleen Mickle-Askin:
Principles of Supervision (graduate level course while in graduate school, Masters in Counseling – University of Delaware)
Supervisory Skill for Law Enforcement (University of Delaware)
Front Line Leadership – Instructor level

Documentation no longer available without contracting sources

Louise Layton:
Coaching and Counseling
Frontline Leadership
Writing State Employee Performance plans and reviews training.

Ronald Sauls:


Alison Stevens:
Refer to response to No. 11.

Donna Watson:
Management Supervision, Principles of Management, Supervision Studies, Supervisory Management (Instructor)

Annette Franze:
Please refer to general objections.

Nicole Shuler:
I cannot recall specific training. Some training may have also been obtained from college courses.


14.   *List, in chronological order, all documented training you have ever received in how to embarrass, humiliate, intimidate, belittle, demoralize, threaten, or be hostile towards a fellow employee or cadets you supervise.*
      **RESPONSE:**

Ruth Ann Minner:
Please refer to response to No. 1.

Stanley Taylor:
None

Alan Machtinger:
N/A

<u>Kathleen Mickle-Askin:</u>
None

<u>Louise Layton:</u>
N/A

<u>Ronald Sauls:</u>
None

<u>Alison Stevens:</u>
None.

<u>Donna Watson:</u>
None

<u>Annette Franze:</u>
None

<u>Nicole Shuler:</u>
N/A

15.     *Based on what you know about this lawsuit right now, do you think the Plaintiff was treated with the same respect, dignity, and equality as his fellow cadets? If yes, explain how.*
        **RESPONSE:**

        Objection for all defendants, this question assumes facts that are not correct and asks for a legal opinion.

16.     *Based upon what you know about this lawsuit right now, do you think written policies were violated by instructors or fellow cadets during BOTC class number one training. If yes, please explain all violations based upon your observations, experience, and knowledge of company written policies.*
        **RESPONSE:**

        Objection for all defendants, this question assumes facts that are not correct and asks for a legal opinion.

17.     *Based upon your knowledge and experience with state employment and/or the Department of Correction, does the Department of Correction have a custom, pattern, practice, or "unwritten policy" of discrimination, harassment, sexual harassment, retaliation, or violating an employee, citizens, or prisoner's civil rights?*

**RESPONSE:**

<u>Ruth Ann Minner:</u>
Please refer to response to No. 1.

<u>Stanley Taylor:</u>
No

<u>Alan Machtinger:</u>
No

<u>Kathleen Mickle-Askin:</u>
No

<u>Louise Layton:</u>
No

<u>Ronald Sauls:</u>
No

<u>Alison Stevens:</u>
No

<u>Donna Watson:</u>
No

<u>Annette Franze:</u>
No

<u>Nicole Shuler:</u>
No.

18.  *If you could "redo" the events of BOTC Class #1, what would you do, not do, or change.*
     **RESPONSE:**

     Objection for all defendants, this question that request the defendant speculate on facts and the future.

19.  *Do you believe your employer has made a concerted effort to increase the hiring, training, and retention of women and minorities since January 1, 2001?  If so, what class of people do these policies and practices adversely effect?*
     **RESPONSE:**

Ruth Ann Minner:
Please refer to response to No. 1.

Stanley Taylor:
DOC is an equal opportunity employer and to my knowledge our employment practices have not adversely affected anyone.

Alan Machtinger:
The Delaware DOC does not discriminate in hiring, training or retention of any application or employee

Kathleen Mickle-Askin:
I am not aware of the concerted effort and any adverse impact

Louise Layton:
I believe that DOC hiring practices are fair and equal.

Ronald Sauls:
N/A

Alison Stevens:
To the best of my knowledge, the Department of Correction is an equal opportunity employer.

Donna Watson:
I am not aware of who is targeted for recruitment. I know that we hire men, women, and minorities.

Annette Franze:
Yes. None of the policies adversely affect anyone.

Nicole Shuler:
I believe my employer has made an effort to hire and retain a diverse population.


20.    As a result of the events of BOTC Class #1, were there any changes made to the curriculum, syllabus, lesson plans, instructors, etc. If yes, what has changed?
       **RESPONSE:**

Ruth Ann Minner:
Please refer to response to No. 1/

Stanley Taylor:
Not that I am aware of

<u>Alan Machtinger:</u>
No changes required as a result of BOTC Class #1.  No changes made as a result of BOTC Class #1.

<u>Kathleen Mickle-Askin:</u>
No changes were made as result of BOTC Class #1

<u>Louise Layton:</u>
There has been no changes as a result of the BOTC 1.

<u>Ronald Sauls:</u>
Correctional officers training is now part of the BOTC

<u>Alison Stevens:</u>
I have no knowledge of this.

<u>Donna Watson:</u>
I have no knowledge of this.

<u>Annette Franze:</u>
I have no knowledge of this.

<u>Nicole Shuler:</u>
Changes to all of the above are ongoing and continuous, and to my knowledge no changes to the above were made "as a result" of BOTC Class #1

21.    *List all Department of Correction cadets you know of over the last 7 years who were disciplined for 1) attacking an instructor during boxing training 2) sexual harassment 3) harassment 4) telling lewd jokes or, 5) bullying.*
       **RESPONSE:**

<u>Ruth Ann Minner:</u>
Please refer to response to No. 1.

<u>Stanley Taylor:</u>
I do not know.

<u>Alan Machtinger:</u>
Information is not retained in manner that would allow a response to the question as poised.

<u>Kathleen Mickle-Askin:</u>
EDC has a process to address individual performance and behaviors that occur during training.  This has been used since the early 80's with slight modification. We deal with issues as they arise, provide corrective feedback, and use progress

approaches to discipline up to recommending separation from training.  We do not keep statistics or data by performance or behavioral categories.

Louise Layton:
This list was submitted by HR and would be the same list for me.

Ronald Sauls:
HR has prepared a list

Alison Stevens:
I have no knowledge of this.

Donna Watson:
I have no knowledge of this.

Annette Franze:
I have no knowledge of this.

Nicole Shuler:
I am aware of individuals that were disciplined for the above, but cannot recall the names, dates, specifics, or outcome.


22.      *List all Department of Correction cadets who were disciplined over the last 7 years for 1) failing to follow directions 2) inappropriate attitude or, 3) giving disrespectful responses to an instructor.*
         **RESPONSE:**

Ruth Ann Minner:
Please refer to response to No. 1.

Stanley Taylor:
I do not know

Alan Machtinger:
Please refer to prior response.

Kathleen Mickle-Askin:
Please refer to prior response.

Louise Layton:
Please refer to prior response.

Ronald Sauls:
Please refer to prior response.

<u>Alison Stevens:</u>
Please refer to prior response.

<u>Donna Watson:</u>
Please refer to prior response.

<u>Annette Franze:</u>
Please refer to prior response.

<u>Nicole Shuler:</u>
Please refer to prior response.


23.    *What is your understanding of the Department of Corrections written policy or practice regarding accessing an employee personnel file? **If** you requested access to your personnel file, explain how you gained access.*
**RESPONSE:**

<u>Ruth Ann Minner:</u>
Please refer to response to No.1.

<u>Stanley Taylor:</u>
Refer to Alan Machtinger

<u>Alan Machtinger:</u>
Any active employee is authorized to access their personnel file simply by walking into Human Resources and asking or by making an appointment. Terminated employees are not authorized access.

<u>Kathleen Mickle-Askin:</u>
I make a request to HR to see my personnel file, I may look at my file in the HR unit.

<u>Louise Layton:</u>
If I want access to my file…I would contact HR make arrangements to come to HR Dept..  They would provide me with my file and a place to review it.

<u>Ronald Sauls:</u>
I would contact HR

<u>Alison Stevens:</u>
I would refer to the Department of Correction Policy Manual.

<u>Donna Watson:</u>
I would go to the Human Resources Office

<u>Annette Franze:</u>
I would go to the Human Resources Office

<u>Nicole Shuler:</u>
Contact Human Resources and request to review it.


24.    *What documented training have you had specific to instruct, supervise, or administer Department of Correction academy training. Please attach documentation.*
**RESPONSE:**

<u>Ruth Ann Minner:</u>
Please refer to response to No. 1.

<u>Stanley Taylor:</u>
None

<u>Alan Machtinger:</u>
N/A

<u>Kathleen Mickle-Askin:</u>
See response to No. 14; include the State Budgeting and Accounting Course.

<u>Louise Layton:</u>
National Institute of Corrections:  Training for Trainers, Conducting Needs Assessment, Leadership for Women, Foundation Skills for trainers, Wilmington College Training and Development Certificate.

<u>Ronald Sauls:</u>
My training record

<u>Alison Stevens:</u>
Refer to response to No. 11.

<u>Donna Watson:</u>
Completed CEIT course and BOTC course.  Received training at instructor level for Fire Safety, CPR/First Aid, Munitions, Inter-Personal Communications, Firearms Safety, Front Line Leadership, Institutional Field Training Office Program Development

<u>Annette Franze:</u>
Please refer to responses to No. 11

<u>Nicole Shuler:</u>
Please refer to responses to Nos. 11 and 12.

25.    *Name all people who assisted you in answering these interrogatories.*
       **RESPONSE:**

Objections were stated by counsel in accordance with the Federal Rules of Civil Procedure.

Ruth Ann Minner:
Counsel stated the objections.

Stanley Taylor:
None

Alan Machtinger:
None

Kathleen Mickle-Askin:
I received advice from my attorney, Marc Niedzielski

Louise Layton:
N/A

Ronald Sauls:
None

Alison Stevens:
None.

Donna Watson:
None

Annette Franze:
None

Nicole Shuler:
I received assistance from Jennifer Mitchell, who is my attorney's paralegal.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

DATED: May 31, 2007

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by regular U.S. Mail

of the attached document on the following:


Jack Sminkey
3402 Edgemont Avenue, # 333
Brookhaven, PA  19005


/s/ Marc P. Niedzielski
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801
(302) 577-8324

DATED: May 31, 2007