**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELA WARE**

| | | |
|---|---|---|
| JACK E. SMINKEY, Pro se | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-263*** |
| | : | |
| STATE OF DELAWARE, et al., | : | |
| | : | |
| Defendants | : | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

General Objection: Defendants object to these requests are they seek information that is beyond the scope of Rule 26 and are not calculated to lead to admissible evidence.

Without waiving this objection, defendants respond as follows:

1) Provide a complete copy of all written documents listed below that were in effect on 2/25/2005.

    *a) Department of Correction Code Of Conduct.*
    *b) Department of Correction Employee Handbook.*
    *c) Beliefs and Principles (dated 9/10/2002).*
    *d) Management Principles for the workplace (dated 12/18/2002).*
    *e) Policy on sexual harassment prevention (dated 12/1812002).*
    *f) Career development mentoring program.*
    *g) Guidelines on Equal Employment opportunity and affirmative action.*
    *h) Workplace violence policy.*
    *i) Reasonable accommodation guidelines and recommended procedure.*
    *j) Drug Free work place.*
    *k) Employee file guidelines.*
    *1) Human Resources procedure manual.*
    *m) Workforce planning guide.*
    *n) Job descriptions for all defendants.*
    *0) Workplace bullying policy.*

**Response:**

**a)**     Attached as D0000001-16

**b) Department of Correction Employee Handbook:**
    http://www.doc.delaware.gov/edc/DOCmanual_new.pdf

**c) Beliefs and Principles (dated 9/10/2002)**
http://www.delawarepersonnel.com/policies/beliefs_princ.shtml

**d) Management Principles for the workplace (dated 12/18/2002).**
http://www.delawarepersonnel.com/policies/manage_princ.shtml

**e) Policy on sexual harassment prevention (dated 12/1812002).**
http://www.delawarepersonnel.com/policies/sex_harassment.shtml

**f) Career development mentoring program.**
http://delawarepersonnel.com/diversity/documents/mentor.shtml

**g) Guidelines on Equal Employment opportunity and affirmative action.**
http://delawarepersonnel.com/diversity/documents/guide.pdf

**h) Workplace violence policy.**
http://www.delawarepersonnel.com/policies/docs/workplace_violence.pdf

**i) Reasonable accommodation guidelines and recommended procedure.**
http://www.delawarepersonnel.com/policies/docs/ada_guidelines_092006.pdf

**j) Drug Free work place.**
http://www.delawarepersonnel.com/policies/docs/drugfreeworkplace.pdf

**k) Employee file guidelines.**
http://delawarepersonnel.com/policies/docs/personnelfiles_06.pdf

**1) Human Resources procedure manual.**
http://www.delawarepersonnel.com/policies/docs/hr_procedures_manual_032807.pdf

**m) Workforce planning guide:**
http://www.delawarepersonnel.com/workforce/docs/WorkPlanGuide.pdf

**n) Job descriptions for all defendants.**
See attached as D0000017-39

**0) Workplace bullying policy.**
No responsive documents to this request.

2)    *Provide a complete copy of all written documents listed above in effect on 4/30/2007.*

**Response:**    Please refer to same web sites for the above subjects.

3) *Provide a complete copy of all consent decrees signed with the United States government involving the Delaware State Police and the Department of Correction over the last 7 years.*

**Response:**   Defendants are not in possession of documents that are responsive to this request.

4) *Provide a complete copy of Executive Orders # 1 0, 19 and 81.*

**Response:**   refer to http://governor.delaware.gov/orders/eo-10shtml#TopOfPage ; http://governor.delaware.gov/orders/eo-19html#TopOfPage ; and, http://governor.delaware.gov/orders/executiveorderno81.shtml#TopOfPage .

5) *Provide a complete copy of "Review of the Delaware State Police" dated December 1, 2001 authorized by Lisa Blunt-Bradley.*

**Response:**   refer to   http://www,delawarepersonnel.com/diversity/documents/dsp-report.pdf

6) *Provide a complete copy of "Final Report of the task force on security issues at the Delaware Correctional Center" dated 2/14/2005.*

**Response:** refer to http://governor.delaware.gov/dccreport.shtml

7) *Provide a complete copy of the "Hostage Incident at the Delaware Correctional Center" dated 2/7/2005.*

**Response:** refer to http://governor.delaware.gov/dccreport.shtml

8) *Provide a complete copy of the BOTC training program curriculum, syllabus and lesson plan for BOTC class #1 from 2/25/2005 - 4/29/2005.*

**Response:** See attached documents

9) *Provide a complete copy of the BOTC training program curriculum, lesson plan, and syllabus for the last class completed of probation and parole officer cadets.*

**Response:** See attached documents

10)   *Provide a complete copy of all handwritten notes (by any source) during BOTC training class #1 (from 2/25/2005 - 4/29/2005).*

**Response:**  See attached documents

11)   *Provide a complete copy of all bac' s issued to any cadet who participated in probation and parole training or correctional officer training from 1/1/2000 thru 4/30/2007.*

**Response:**   Refer to general objection. In addition, the information requested would require an improper invasion of privacy on individuals that are not parties to this lawsuit.

12)   *Provide a complete copy of all medical, hospital, workers compensation, or injury reports authorized as a result of a cadet seeking medical attention while in probation and parole or correctional officer training from 1/1/2000 thru 4/30/2007.*

**Response:**  Please refer to prior response.  In addition, the information sought is private medical information that is protected under state and federal law.

13)   *Provide a complete copy of all dismissal letters issued to DOC cadets who were terminated prior to the completion of training from 1/1/2000 thru 4/30/2007.*

**Response:**   Please refer to response to No. 11.  Without waiving theses objection, a sample letter of dismissal, and plaintiff's dismissal letter are attached at D000096-98.

14)   *Provide a complete listing of the race, age, and sex of every department of correction cadet that was involuntarily terminated while attending training*.

**Response:**    See attached D000099-102

15)   Provide a curriculum vitae for every person named as defendant in this suit.
**Response:**    These documents, if they exist, may be produced after receipt and review.

16)   *Provide a complete copy of licenses, certifications, training certificates, seminars attended, or degrees relevant to law enforcement or teaching.*

**Response:**     Please refer to general objections.

17)     *Provide a complete copy of all course evaluations (authorized by cadets) requested by the department for all cadets who completed probation and parole training from 1/1/2000 thru 4/30/2007.*

**Response:**     Please refer to response to No. 11.

18)     *Provide a complete copy of all class/cadet sign in sheets for every day of cadet training from 1/1/2000 thru 4/30/2007.*

**Response:**     Refer to general objection. In addition, the information requested would require an improper invasion of privacy on individuals that are not parties to this lawsuit.

19)     *Provide a complete copy of any document written about Plaintiff by any source.*

**Response:**     Refer to general objection. In addition, the request is vague and ambiguous and is not propounded in accord with the Rules. Moreover, this request seeks information that may be protected under attorney-client or work product privilege.

20)     *Provide a complete copy of all written disciplinary or progressive disciplinary policies in affect from 1/1/2007 thru 4/30/2007 specific to the employee development center.*

**Response:**     See attached D000103-122

21)     *Provide a complete copy of all rules and regulations in affect at the employee development center from 1/1/2000 thru 4/30/2007.*

**Response:**     See attached D000123-148.

22)     *Provide a complete copy of both bac's issued to Plaintiff while attending training as well as Plaintiff s responses.*

**Response:**     See attached D000153-170.

23)   *A complete copy of state law with regard to access to personnel files and a complete copy of written policy regarding access to personnel files.*

**Response:**   See attached D000149-152.


24)   *A complete copy of state law regarding maintaining a safe work environment and written policy regarding same.*

**Response:**   Please refer to general objections.


25)   *A complete copy of everything in my personnel file, medical file, including, but not limited to, background investigation, psychological evaluation, etc.*

**Response:**   As to plaintiff background investigation, please see attached D000171-238. As to the balance of these requests, after receipt and review defendants may supplement this response.


                                              STATE OF DELAWARE
                                              DEPARTMENT OF JUSTICE

                                              /s/ Marc P. Niedzielski
                                              Marc P. Niedzielski (#2616)
                                              Deputy Attorney General
                                              820 North French Street, 6th Floor
                                              Wilmington, DE 19801
                                              (302) 577-8400
                                              Attorney for Defendants

DATED: May 31, 2007

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below I served two copies by regular U.S. Mail of the attached document on the following:

Jack Sminkey
3402 Edgemont Avenue, # 333
Brookhaven, PA  19005

/s/ Marc P. Niedzielski
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801
(302) 577-8324

DATED: May 31, 2007