**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JACK E. SMINKEY, Pro se | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-263*** |
| | : | |
| STATE OF DELAWARE, et al., | : | |
| | : | |
| Defendants | : | |

**DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST
REQUEST FOR PRODUCTION OF DOCUMENTS**

25)  *A complete copy of everything in my personnel file, medical file, including, but not limited to, background investigation, psychological evaluation, etc.*

**Response:**   Please see attached D000239-501.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

DATED: July 12, 2007

## **CERTIFICATE OF SERVICE**

I certify that on the date indicated below I served two copies by regular U.S. Mail of the attached document on the following:

Jack Sminkey
3402 Edgemont Avenue, # 333
Brookhaven, PA  19005

/s/ Marc P. Niedzielski
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801
(302) 577-8324

DATED: July 12, 2007