IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se :
:
Plaintiff, :
: C.A. No. 06-263***
STATE OF DELAWARE, et al., :
:
Defendants, :

## 2nd SET OF INTERROGATORIES DIRECTED TO DEFENDANT LOUISE LAYTON

Plaintiff hereby request Defendant fully answer, in writing and under oath, each of the following interrogatories within 30 days of receipt pursuant to Fed.R.Civ.P. 33. These interrogatories are continuing and the information requested must be kept current by supplementation.

As used in these interrogatories, "you" or "yours" means and refers to the defendant, his attorney(s) and their agents and employees.

Generally, all questions are asked using a time frame of 7 years back from today unless the word "ever" is used. "Ever" means from the first day in time thru today.

If necessary, use additional sheets to provide complete answers or explanations.



FILED

AUG 13 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## INTERROGATORIES

1. What is your full name, home address, home telephone number, date of birth, and last digits of your social security number?

   Answer:

2.     List all residences (real property) you own, in part, or whole.

    <u>Answer</u>:

3. List all psychologists or psychiatrists you have seen over the last 7 years. Include name, address, and telephone number, dates of visits, and reasons for visits.

   <u>Answer</u>:

4. List all medications, narcotics, or other drugs you have taken or been prescribed over the last 7 years. Provide name, address, telephone number of person(s) who gave you or prescribed the medication, narcotic, or drug and the reason why you take them.

   <u>Answer</u>:

5. What documented training have you had specific to instruct, supervise, or administer department of correction academy training. Please attach documentation.

   <u>Answer</u>:

6. List all licenses and/or certifications you possess to teach law enforcement officers.

   Answer:

7. When you become aware of a "problem" cadet, what do you do?

<u>Answer</u>:

8. Explain why you did not talk to me about the alleged "problems" I was having during BOTC training.

    <u>Answer:</u>

9. Name all persons who assisted you with answering this interrogatory.

Answer:

_____                                    _____
Signature of Defendant                                                    Date

                                                        Jack Sminkey, Ph.D.
                                                        3402 Edgmont Ave., #333
                                                        Brookhaven, PA  19015-2804
                                                        Plaintiff, Pro se
                                                        (610) 620-3670

Dated: August 11, 2007

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by regular U.S. of Plaintiff's second set of interrogatories to Defendant Louise Layton:

Marc P. Niedzielski, Esquire
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801

Jack Sminkey, Ph.D.
Plaintiff, Pro Se
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670

Dated: August 11, 2007