## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se          :
                                 :
    Plaintiff,                 :
                                 :          C.A. No. 06-263***
STATE OF DELAWARE, et al.,       :
                                 :
    Defendants,                :

### 2nd SET OF INTERROGATORIES DIRECTED TO DEFENDANT STANLEY TAYLOR

Plaintiff hereby request Defendant fully answer, in writing and under oath, each of the following interrogatories within 30 days of receipt pursuant to Fed.R.Civ.P. 33. These interrogatories are continuing and the information requested must be kept current by supplementation.

As used in these interrogatories, "you" or "yours" means and refers to the defendant, his attorney(s) and their agents and employees.

Generally, all questions are asked using a time frame of 7 years back from today unless the word "ever" is used. "Ever" means from the first day in time thru today.

If necessary, use additional sheets to provide complete answers or explanations.



FILED

AUG 1 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## INTERROGATORIES

1.    What is your full name, home address, home telephone number, date of birth, and last digits of your social security number?

      Answer:

2.    List all residences (real property) you own, in part, or whole.

Answer:

3.  List all psychologists or psychiatrists you have seen over the last 7 years. Include name, address, and telephone number, dates of visits, and reasons for visits.

   Answer:

4.  List all medications, narcotics, or other drugs you have taken or been prescribed over the last 7 years. Provide name, address, telephone number of person(s) who gave you or prescribed the medication, narcotic, or drug and the reason why you take them.

   Answer:

5. List all lawsuits you have been party to over the last 7 years filed by current or former employees of the State of Delaware. Indicate case number, date filed, court, nature and disposition of the suit.

   <u>Answer:</u>

6. List all court cases where a court entered a judgment against you in your personal or official capacity. Include how much the judgment was for and who paid the judgment.

Answer:

7.  Did you graduate from Indian River High School and university of Delaware?

Answer:

8.  List all law enforcement related training you received during your tenure as
    Corrections commissioner.

    Answer:

9. During your tenure as Commissioner, did you ever (offer to the Governor) to leave, resign, quit, or retire as Correction Commissioner? If yes, why?

Answer:

10. Was there anything in my May 16, 2005 letter to you that made you think I should not have been terminated, or should have been re-hired?

Answer:

11. When you made the decision to terminate my employment, did you just blindly take the recommendation of Defendant Mickle-Askin?

     Answer:

12. Did you consult with any other persons prior to making the decision to terminate my employment? If yes, what were you told.

     Answer:

13. Why did you choose to retire when you did?

Answer:

14. Did you sign a consent decree with the Federal Government regarding Civil Rights violations that occurred within the Department of Correction.

    <u>Answer</u>:

15. What training did you give, require, or recommend to subordinates to help them be more proficient with their job or ready them for promotion?

    Answer:

16. What training did you recommend or require for department heads to ensure that discrimination, retaliation, or other civil rights violations were minimized?

   Answer:

17. As a result of investigations conducted of the Department of Correction throughout the last several years, list all employees who were disciplined as a result of the investigative reports.

Answer:

18. Do you believe you are responsible for what has happened within the Department over the last several years?

    Answer:

19. How did you train employees in your department in departmental policies, executive orders, state policies, etc?

Answer

20. List all persons who assisted you in answering this interrogatory.

Answer

_____                                    _____
Signature of Defendant                                              Date

Jack Sminkey, Ph.D.
3402 Edgmont Ave., #333
Brookhaven, PA  19015-2804
Plaintiff, Prose
(610) 620-3670

Dated: August11, 2007

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by regular U.S. of Plaintiff's second set of interrogatories to Defendant Stanley Taylor:

Marc P. Niedzielski, Esquire
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801

Jack Sminkey, Ph.D.
Plaintiff, Pro Se
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670

Dated: August 11, 2007