IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se      :
                             :
   Plaintiff,                :
                             :   C.A. No. 06-263***
STATE OF DELAWARE, et al.,   :
                             :
   Defendants,               :

## 2nd SET OF INTERROGATORIES DIRECTED TO DEFENDANT ALAN MACHTINGER

Plaintiff hereby request Defendant fully answer, in writing and under oath, each of the following interrogatories within 30 days of receipt pursuant to Fed.R.Civ.P. 33. These interrogatories are continuing and the information requested must be kept current by supplementation.

As used in these interrogatories, "you" or "yours" means and refers to the defendant, his attorney(s) and their agents and employees.

Generally, all questions are asked using a time frame of 7 years back from today unless the word "ever" is used. "Ever" means from the first day in time thru today.

If necessary, use additional sheets to provide complete answers or explanations.



FILED
AUG 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## INTERROGATORIES

1. What is your full name, home address, home telephone number, date of birth, and last digits of your social security number?

    Answer:

2. List all residences (real property) you own, in part, or whole.

<u>Answer</u>:

3. List all psychologists or psychiatrists you have seen over the last 7 years. Include name, address, and telephone number, dates of visits, and reasons for visits.

   Answer:

4. List all medications, narcotics, or other drugs you have taken or been prescribed over the last 7 years. Provide name, address, telephone number of person(s) who gave you or prescribed the medication, narcotic, or drug and the reason why you take them.

   <u>Answer</u>:

5. List all lawsuits you have been party to over the last 7 years filed by current or former employees of the State of Delaware. Indicate case number, date filed, court, nature and disposition of the suit.

    <u>Answer</u>:

6. List all court cases where a court entered a judgment against you in your personal or official capacity. Include how much the judgment was for and who paid the judgment.

    <u>Answer</u>:

7. What percentage of persons terminated by the Department of Correction were Terminated for:

        A. Work rule violation(s)
        B. Tardiness
        C. Absenteeism
        D. Drugs/alcohol problem
        E. Other (percentage)

<u>Answer</u>:

8. Of all Department of Correction cadets separated from training over the last 7 years, how many persons who requested a post termination meeting with you, were put into another class or otherwise re-hired?

   Answer:

9. List the persons re-hired and indicate their sex, race, and age.

    <u>Answer</u>:

Case 1:06-cv-00263-GMS-MPT    Document 62    Filed 08/13/2007    Page 10 of 20

10. Was there anything in my May 16, 2005 letter to you that made you think I had some valid concerns and should not have been terminated?

    <u>Answer</u>:

11. Did you inquire about any of the concerns I expressed in my letter dated May 16, 2005 or while at the post-termination meeting?

<u>Answer</u>:

12. Are you concerned at all with the attrition rate at the Department of Correction?

Answer:

13. If a cadet was treated unfairly, and/or the dismissal was improper, do you have the authority to correct the wrong and re-hire the employee? If you don't, who does?

<u>Answer</u>:

14. In the last 7 years were you ever consulted by instructor(s) about a "problem" cadet and recommended the person continue training? If so, how many? What were some of the issues?

   <u>Answer</u>:

15. As a result of the judgments against you, did you receive any disciplinary actions?

<u>Answer</u>:

16. What do you do to ensure the workplace is free of discrimination, retaliation, or other civil rights type violations?

<u>Answer</u>:

17. Name all persons who assisted you with answering this interrogatory.

Answer

_____                                    _____
Signature of Defendant                                                   Date




                                                         Jack Sminkey, Ph.D.
                                                         3402 Edgmont Ave., #333
                                                         Brookhaven, PA  19015-2804
                                                         Plaintiff, Pro se
                                                         (610) 620-3670

Dated: August 11, 2007

# CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by regular U.S. of Plaintiff's second set of interrogatories to Defendant Alan Machtinger:

Marc P. Niedzielski, Esquire
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801

*Jack Sminkey*
Jack Sminkey, Ph.D.
Plaintiff, Pro Se
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670

Dated: August 11, 2007