# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se      :
                                     :

       Plaintiff,
                                   :       C.A. No. 06-263***

STATE OF DELAWARE, et al.,     :
                                     :

       Defendants,              :

## 2nd SET OF INTERROGATORIES DIRECTED TO DEFENDANT ALISON STEVENS

Plaintiff hereby request Defendant fully answer, in writing and under oath, each of the following interrogatories within 30 days of receipt pursuant to Fed.R.Civ.P. 33. These interrogatories are continuing and the information requested must be kept current by supplementation.

As used in these interrogatories, "you" or "yours" means and refers to the defendant, his attorney(s) and their agents and employees.

Generally, all questions are asked using a time frame of 7 years back from today unless the word "ever" is used. "Ever" means from the first day in time thru today.

If necessary, use additional sheets to provide complete answers or explanations.



FILED

AUG 1 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## **INTERROGATORIES**

1.    What is your full name, home address, home telephone number, date of birth, and last digits of your social security number?

Answer:

2.      List all residences (real property) you own, in part, or whole.

      Answer:

3.  List all psychologists or psychiatrists you have seen over the last 7 years.  Include name, address, and telephone number, dates of visits, and reasons for visits.

    Answer:

4. List all medications, narcotics, or other drugs you have taken or been prescribed over the last 7 years. Provide name, address, telephone number of person(s) who gave you or prescribed the medication, narcotic, or drug and the reason why you take them.

   Answer:

5. Provide in chronological order, the names, addresses, and telephone numbers of every educational institution and/or training you attended starting with high school, to present. Provide a copy of your high school diploma or GED, all college degrees, all certifications, all certificates, all licenses, etc.

Answer:

6. List in chorological order all documented training you ever received in the following areas and provide documentation for same.

A. Labor law
B. Title Vll
C. Constitutional law/rights
D. Sexual harassment
E. Discrimination
F. Unsafe work environment
G. Wrongful discharge
H. Covenant of good faith and fair dealing
I. Contracts (employment related)
J. Americans with disabilities act
K. Department of Correction code of conduct
L. Executive orders #10 and #19
M. Principles and beliefs
N. Management principles for the workplace
O. Sexual harassment prevention
P. Affirmative action
Q. Workplace bullying

Answer:

7. List in chronological order, all documented training you ever received in supervising and/or counseling employees under your authority and control. Please attach documentation of same.

   Answer:

8. Do you believe your employer has made a concerted effort to increase the hiring training, and retention of women and minorities since January 1, 2001? If so, what class of people does this adversely affect?

    <u>Answer</u>:

9. List all training on your training record and attach copy of same.

     Answer:

10. List all licenses and certifications you possess to teach law enforcement officers.

Answer:

11. When you encountered a "problem" with a cadet, what did you do?


Answer:

12. Is it fair to say that an instructor at BOTC training supervises cadets?

Answer:

13. Are you considered a supervisor with the Department of Correction?

Answer:

14. What is your relationship to Governor Minner?

     Answer:

15. List all persons who assisted you with answering this interrogatory.

Answer:

_____                    _____

Signature of Defendant                                      Date




Jack Sminkey, Ph.D.
3402 Edgmont Ave., #333
Brookhaven, PA 19015-2804
Plaintiff, Prose
(610) 620-3670

Dated: August 11, 2007

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by regular U.S. of Plaintiff's second set of interrogatories to Defendant Alison Stevens:

Marc P. Niedzielski, Esquire
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801

Jack Sminkey, Ph.D.
Plaintiff, Pro Se
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670

Dated: August 11, 2007