## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se    :

                      :

    Plaintiff,

                      :        C.A. No. 06-263***

STATE OF DELAWARE, et al.,    :

                      :

    Defendants,              :

### 2nd SET OF INTERROGATORIES DIRECTED TO DEFENDANT RUTH ANN MINNER

Plaintiff hereby request Defendant fully answer, in writing and under oath, each of the following interrogatories within 30 days of receipt pursuant to Fed.R.Civ.P. 33. These interrogatories are continuing and the information requested must be kept current by supplementation.

As used in these interrogatories, "you" or "yours" means and refers to the defendant, his attorney(s) and their agents and employees.

Generally, all questions are asked using a time frame of 7 years back from today unless the word "ever" is used. "Ever" means from the first day in time thru today.

If necessary, use additional sheets to provide complete answers or explanations.



FILED

AUG 1 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## **INTERROGATORIES**

1.      What is your full name, home address, home telephone number, date of birth, and last digits of your social security number?

        Answer:

2.    List all residences (real property) you own, in part, or whole.

      Answer:

3.  List all psychologists or psychiatrists you have seen over the last 7 years. Include name, address, and telephone number, dates of visits, and reasons for visits.

Answer:

4. List all medications, narcotics, or other drugs you have taken or been prescribed over the last 7 years. Provide name, address, telephone number of person(s) who gave you or prescribed the medication, narcotic, or drug and the reason why you take them.

   Answer:

5. List all lawsuits you have been party to over the last 7 years filed by current or former employees of the State of Delaware. Indicate case number, date filed, court, nature and disposition of the suit.

   Answer:

6.  List all court cases where a court entered a judgment against you in your personal or official capacity. Include how much the judgment was for and who paid the judgment.

    Answer:

7.  List all criminal convictions on your criminal record from any jurisdiction. Explain the circumstances of the arrest (exclude pardons and expungments).

    Answer:

8. What is the highest year of education completed?

Answer:

9. During your tenure as Governor, did you ever ask Correction Commissioner Taylor to leave, resign, retire, or step down? If not, why not?

Answer:

10. Are you aware of the wide spread media coverage regarding the Department of Correction over the last several years?

Answer:

11. How often do you read the Delaware News Journal and/or Delaware State News?

Answer:

12. Have you ever filed a defamation or slander suit against any media outlet? If yes,
Please explain.

Answer:

13. Do you have advisors, personal assistants, or media relations personnel that help you with media or public relations issues?

     Answer:

14. In January 2001, did you provide a "road map" to be used to hire more women and minorities?

Answer:

15. In your quest to rid the state of discrimination, what did you do to ensure that? white employees were not discriminated against (in reverse)?

Answer:

16. What training did you recommend or require for department heads to ensure that discrimination, retaliation, or other civil rights violations be minimized?

   Answer:

17. When you called then DSP Superintendent Gerald R. Pepper in from vacation
(summer of 2001) and met with him, what was the gist of the conversation?

   Answer:

18. Did you ever ask DSP Col. Aaron Chaffinch to retire, quit, or resign as a result of the (reverse) discrimination lawsuits (and judgments) or, the sexual harassment allegations lodged against him? If not, why not?

Answer:

19. Has the State of Delaware signed consent decrees with the Federal Government? for allegations of discrimination, retaliation, prisoner rights violations, or other civil rights violations.

Answer

20. As a result of the consent decrees, has anyone serving at your pleasure been disciplined? If yes, who?

    Answer:

21. As a result or your executive orders, or investigations you have authorized over the last 7 years (regarding the Delaware State police or the Department of Correction), has anyone ever been disciplined? If yes, who?

     Answer:

22. As Governor, do you feel you are responsible to residents of Delaware for the negative publicity, expense, and harm that has been caused under your leadership?

    <u>Answer</u>:

23. Do you feel you were a good Governor for the citizens of Delaware?

Answer:

24. In hindsight, what do you think you could have done better regarding issues of discrimination, retaliation, lawsuits, civil rights violations, and alike?

     Answer:

25. Name all persons who assisted you in answering this interrogatory?

Answer:

_____                                    _____
Signature of Defendant                                    Date

                                        Jack Sminkey, Ph.D.
                                        3402 Edgmont Ave., #333
                                        Brookhaven, PA  19015-2804
                                        Plaintiff, Prose
                                        (610) 620-3670
Dated: August11, 2007

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by regular U.S. of Plaintiff's second set of interrogatories to Defendant Ruth Ann minner:

Marc P. Niedzielski, Esquire
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801

Jack Sminkey, Ph.D.
Plaintiff, Pro Se
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670

Dated: August 11, 2007