# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se      :
                                  :

     Plaintiff,                                
                                  :          C.A. No. 06-263***

STATE OF DELAWARE, et al.,      :
                                    :

     Defendants,                               :

## 2nd SET OF INTERROGATORIES DIRECTED TO DEFENDANT DONNA WATSON

Plaintiff hereby request Defendant fully answer, in writing and under oath, each of the following interrogatories within 30 days of receipt pursuant to Fed.R.Civ.P. 33. These interrogatories are continuing and the information requested must be kept current by supplementation.

As used in these interrogatories, "you" or "yours" means and refers to the defendant, his attorney(s) and their agents and employees.

Generally, all questions are asked using a time frame of 7 years back from today unless the word "ever" is used. "Ever" means from the first day in time thru today.

If necessary, use additional sheets to provide complete answers or explanations.



BD scanned

## **INTERROGATORIES**

1.    What is your full name, home address, home telephone number, date of birth, and last digits of your social security number?

Answer:

2.    List all residences (real property) you own, in part, or whole.

      Answer:

3.  List all psychologists or psychiatrists you have seen over the last 7 years. Include name, address, and telephone number, dates of visits, and reasons for visits.

    Answer:

4.  List all medications, narcotics, or other drugs you have taken or been prescribed over the last 7 years.  Provide name, address, telephone number of person(s) who gave you or prescribed the medication, narcotic, or drug and the reason why you take them.

    Answer:

5.  Provide in chronological order, the names, addresses, and telephone numbers of every educational institution and/or training you attended starting with high school, to present. Provide a copy of your high school diploma or GED, all college degrees, all certifications, all certificates, all licenses, etc.

    Answer:

6. List years of completion/graduation from the following institutions:

A. Raritan High School
B. DTCC
C. U of D
D. Wilmington college

     <u>Answer</u>:

7. List in chronological order, all documented training you ever received in supervising and/or counseling employees under your authority and control. Please attach documentation of same.

     <u>Answer</u>:

8.  List all documented training you have had specific to instruct, supervise, or administer BOTC training. Please attach documentation.

    <u>Answer</u>:

9.  List all training on your training record and attach copy of same.

Answer:

10. List all licenses and certifications you possess to teach law enforcement officers.

      <u>Answer</u>:

11. When you encountered a "problem" with a cadet, what did you do?

Answer:

12. Is it fair to say that an instructor at BOTC training supervises cadets?

       Answer:

13. List all of your qualifications to teach physical fitness training.

Answer:

14. In the last 7 years how many cadets have you run into exhaustion during fitness training?

Answer:

15. Who developed the physical fitness program and what are the person(s) credentials?

Answer:

16. Who trained you to teach physical fitness training?

Answer:

17. List your qualifications to teach introduction and personnel issues.

    Answer:

18. Are you intimidated teaching retired police officers?

Answer:

19. Are you related in any way to the former commissioner of corrections Robert J. Watson? If yes, indicate relationship.

Answer:

20. Identify all persons who assisted you with this interrogatory.

      Answer:

_____                                    _____
Signature of Defendant                                          Date

Jack Sminkey, Ph.D.
3402 Edgmont Ave., #333
Brookhaven, PA  19015-2804
Plaintiff, Prose
(610) 620-3670

Dated: August 11, 2007

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by regular U.S. of Plaintiff's second set of interrogatories to Defendant Donna Watson:

Marc P. Niedzielski, Esquire
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801

Jack Sminkey, Ph.D.
Plaintiff, Pro Se
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670

Dated: August 11, 2007