# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se         :
                                 :

        Plaintiff,              :

                                  :

                                  :     C.A. No. 06-263***

                                  :

STATE OF DELAWARE, et al.,      :

                                  :

Defendants.                 :

## DEFENDANT LOUISE LAYTON'S RESPONSES TO PLAINTIFF'S 2nd SET OF INTERROGATORIES

**General objections.**  Defendant hereby objects to these interrogatories in that they seek information that is beyond the scope of discovery under Rule 26 and are not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to discovery requests that seek information that is intended to harass, annoy, or invade personal privacy of defendant and are not crafted to any matters at issue.  Defendant also objects to any interrogatory that seeks information that was already requested in plaintiff's 1st set of interrogatories. Without waiving these objections, the defendant responds as follows:

1.    *What is your full name, home address, home telephone number, date of birth, and last digits of your social security number?*

    <u>Answer</u>:  Louise Layton, Harrington, DE 19952, DOB XX/XX/ 1962, SSN XXX-XX-1137

2.    *List all residences (real property) you own, in part, or whole.*

    <u>Answer</u>:  Please refer to general objection.

3.    *List all psychologists or psychiatrists you have seen over the last 7 years. Include name, address, and telephone number, dates of visits, and reasons for visits.*

    <u>Answer</u>:  Please refer to general objection.

4.      *List all medications, narcotics, or other drugs you have taken or been prescribed over the last 7 years. Provide name, address, telephone number of person(s) who gave you or prescribed the medication, narcotic, or drug and the reason why you take them.*

Answer:  Please refer to general objection.

5.      *What documented training have you had specific to instruct, supervise, or administer department of correction academy training. Please attach documentation.*

Answer:  Please refer to response to plaintiff's 1st set of interrogatories and the training records being produced.

6.      *List all licenses and/or certifications you possess to teach law enforcement officers.*

Answer:  Please refer to response to No. 5.

7.      *When you become aware of a "problem" cadet, what do you do?*

*Answer:*  Please refer to general objection.  Additionally, the term "problem" is ambiguous and can not be responded to without clarification.

8.       *Explain why you did not talk to me about the alleged "problems" I was having during BOTC training.*

Answer:  The BAC process was properly followed.

9.      *Name all persons who assisted you with answering this interrogatory.*

Answer: The legal objections and actual responses were authored by my attorney with    my input as to the factual information.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

DATED: September 28, 2007

## <u>VERIFICATION</u>

I, the undersigned, do verify that under the penalty of perjury that the factual information contained in the above responses are true and correct to the best of my information and belief.

_____/s/Louise Layton_____

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the date indicated below I served two copies by regular U.S. Mail

of the attached document on the following:

Jack Sminkey
3402 Edgemont Avenue, # 333
Brookhaven, PA  19005

<u>/s/ Marc P. Niedzielski</u>
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801
(302) 577-8324

DATED: September 28, 2007