**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JACK E. SMINKEY, Pro se : | |
| : | |
| Plaintiff, : | |
| : | |
| : | C.A. No. 06-263*** |
| : | |
| STATE OF DELAWARE, et al., : | |
| : | |
| Defendants. : | |

**DEFENDANT RONALD SAULS' RESPONSES TO
PLAINTIFF'S 2nd SET OF INTERROGATORIES**

    **General objections.** Defendant hereby objects to these interrogatories in that they seek information that is beyond the scope of discovery under Rule 26 and are not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to discovery requests that seek information that is intended to harass, annoy defendant, invade personal privacy and are not crafted to any matters at issue. Defendant also objects to any interrogatory that again seeks information that was requested in plaintiff's 1st set of interrogatories. Without waiving these objections, the defendant responds as follows:

1. *What is your full name, home address, home telephone number, date of birth, and last digits of your social security number?*

    Answer: Ronald D. Sauls, Dover, DE 19904, XX/XX/1955 and XXX-XX-7348.

2. *List all residences (real property) you own, in part, or whole.*

    Answer: Please refer to general objection. Without waiving such objection, none

3. *List all psychologists or psychiatrists you have seen over the last 7 years. Include name, address, and telephone number, dates of visits, and reasons for visits.*

    Answer: Please refer to general objection.

4. *List all medications, narcotics, or other drugs you have taken or been prescribed over the last 7 years. Provide name, address, telephone number of person(s) who gave you or prescribed the medication, narcotic, or drug and the reason why you take them.*

    Answer: Please refer to general objection.

5. *Provide in chronological order, the names, addresses, and telephone numbers of every educational institution and/or training you attended starting with high school, to present. Provide a copy of your high school diploma or GED, all college degrees, all certifications, all certificates, all licenses, etc.*

   Answer:  Please refer to training documents being produced.

6. *List in chorological order all documented training you ever received in the following areas and provide documentation for same.*
   *A. Labor law*
   *B. Title VII*
   *C. Constitutional law/rights*
   *D. Sexual harassment*
   *E. Discrimination*
   *F. Unsafe work environment*
   *G. Wrongful discharge*
   *H. Covenant of good faith and fair dealing I. Contracts (employment related)*
   *J. Americans with disabilities act*
   *K. Department of Correction code of conduct L. Executive orders # 1 0 and # 19*
   *M. Principles and beliefs*
   *N. Management principles for the workplace o. Sexual harassment prevention*
   *P. Affirmative action*
   *Q. Workplace bullying*

   Answer:  Please refer to prior response.

7. *List in chronological order, all documented training you ever received in supervising and/or counseling employees under your authority and control.*
*Please attach documentation of same.*

   Answer:  Please refer to response to No. 6.

8. *Do you believe your employer has made a concerted effort to increase the hiring training, and retention of women and minorities since January 1, 2001 ? If so, what class of people does this adversely affect?*

   Answer:   I do not believe anyone has been adversely affected.


9. *List all training on your training record and attach copy of same.*

   Answer:  Please refer to response to No. 6.

- 3 -

10. *List all licenses and certifications you possess to teach law enforcement officers.*

    <u>Answer</u>:  Please refer to response to No. 6.


11. *List all persons who assisted you with answering this interrogatory.*

    <u>Answer</u>: The legal objections and actual responses were authored by my attorney with my input as to the factual information.

                STATE OF DELAWARE
                DEPARTMENT OF JUSTICE

                <u>/s/ Marc P. Niedzielski</u>
                Marc P. Niedzielski (#2616)
                Deputy Attorney General
                820 North French Street, 6th Floor
                Wilmington, DE 19801
                (302) 577-8400
                Attorney for Defendants

DATED: September 28, 2007

## **VERIFICATION**

I, the undersigned, do verify that under the penalty of perjury that the factual information contained in the above responses are true and correct to the best of my information and belief.

                      ___<u>/s/Ronald Sauls</u>_____

- 4 -

## **CERTIFICATE OF SERVICE**

I certify that on the date indicated below I served two copies by regular U.S. Mail of the attached document on the following:

Jack Sminkey
3402 Edgemont Avenue, # 333
Brookhaven, PA  19005

/s/ Marc P. Niedzielski
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801
(302) 577-8324

DATED: September 28, 2007