**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JACK E. SMINKEY, Pro se | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | C.A. No. 06-263*** |
| | : | |
| STATE OF DELA WARE, et al., | : | |
| | : | |
| Defendants. | : | |

**STANLEY TAYLOR'S RESPONSES TO**
**PLAINTIFF'S 2nd SET OF INTERROGATORIES**

**General objections.** Defendant hereby objects to these interrogatories in that they seek information that is beyond the scope of discovery under Rule 26 and are not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to discovery requests that seek information that is intended to harass, annoy defendant, invade personal privacy and are not crafted to any matters at issue. Defendant also objects to any interrogatory that again seeks information that was requested in plaintiff's 1st set of interrogatories. Without waiving these objections, the defendant responds as follows:

1.  *What is your full name, home address, home telephone number, date of birth, and last digits of your social security number?*

    <u>Answer</u>:  Stanley W. Taylor, Jr.; XXXX, Dagsboro, DE 19939, (302) 539-XXXX; XX/XX/51; SSN XXX-XX-4862

2.  *List all residences (real property) you own, in part, or whole.*

    <u>Answer</u>:  Please refer to general objection.  Without waiving such objection, none

3.  *List all psychologists or psychiatrists you have seen over the last 7 years. Include name, address, and telephone number, dates of visits, and reasons for visits.*

    <u>Answer</u>:  Please refer to general objection.

4.  *List all medications, narcotics, or other drugs you have taken or been prescribed over the last 7 years. Provide name, address, telephone number of person(s) who gave you or prescribed the medication, narcotic, or drug and the reason why you take them.*

Answer:  Please refer to general objection.

5.      *List all lawsuits you have been party to over the last 7 years filed by current or former employees of the State of Delaware. Indicate case number, date filed, court, nature and disposition of the suit.*

Answer:  Please refer to general objection.

6.      *List all court cases where a court entered a judgment against you in your personal or official capacity. Include how much the judgment was for and who paid the judgment.*

Answer:  Please refer to general objection.

7.      *Did you graduate from Indian River High School and university of Delaware?*

Answer:  Yes

8.      *List all law enforcement related training you received during your tenure as Corrections commissioner.*

Answer:  I do not recall.

9.      *During your tenure as Commissioner, did you ever (offer to the Governor) to leave, resign, quit, or retire as Correction Commissioner? If yes, why?*

Answer:  Please refer to general objection.

10.     *Was there anything in my May 16, 2005 letter to you that made you think I should not have been terminated, or should have been re-hired?*

Answer:   I do not recall any of the specifics.

11.     *When you made the decision to terminate my employment, did you just blindly take the recommendation of Defendant Mickle-Askin?*

Answer:  I do not recall any of the specifics.

12.     *Did you consult with any other persons prior to making the decision to terminate my employment? If yes, what were you told.*

Answer:  I do not recall any of the specifics.

13.     *Why did you choose to retire when you did?*

Answer:  Please refer to general objection.  Without waiving such objections, the

decision retire was unrelated to this lawsuit.

14.    *Did you sign a consent decree with the Federal Government regarding Civil Rights violations that occurred within the Department of Correction.*

   Answer:  No.

15.    *What training did you give, require, or recommend to subordinates to help them be more proficient with their job or ready them for promotion?*

   Answer:  While I do not recall specifically giving, requiring or recommending courses, there are many courses offered within DOC and State of DE

16.    *What training did you recommend or require for department heads to ensure that discrimination, retaliation, or other civil rights violations were minimized?*

   Answer:  While I do not recall personally giving, requiring or recommending courses, there are many courses offered within DOC and State of DE

17.    *As a result of investigations conducted of the Department of Correction throughout the last several years, list all employees who were disciplined as a result of the investigative reports.*

   Answer:  Please refer to general objection. In addition, the interrogatory is ambiguous as it does not identify the investigation for which inquiry is being made.

18.    *Do you believe you are responsible for what has happened within the Department over the last several years?*

   Answer:  Please refer to general objection. In addition, the interrogatory is ambiguous as it does not identify the events for which inquiry is being made.

19.    *How did you train employees in your department in departmental policies, executive orders, state policies, etc?*

   Answer:  I did not train employees.

20.    *List all persons who assisted you in answering this interrogatory.*

   Answer: The legal objections and actual responses were authored by my attorney with my input as to the factual information.

- 4 -

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

DATED: September 28, 2007

## **VERIFICATION**

I the undersigned do verify that under the penalty of perjury that the factual information contained in the above responses are true and correct to the best of my information and belief.

_____/s/Stanley Taylor___

- 5 -

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by regular U.S. Mail

of the attached document on the following:


Jack Sminkey
3402 Edgemont Avenue, # 333
Brookhaven, PA  19005


/s/ Marc P. Niedzielski
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801
(302) 577-8324


DATED: September 28, 2007