IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK E. SMINKEY, Pro se : | |
| : | |
| Plaintiff, : | |
| : | |
| : | C.A. No. 06-263*** |
| : | |
| STATE OF DELAWARE, et al., : | |
| : | |
| Defendants. : | |

**DEFENDANT DONNA WATSON'S RESPONSES TO
PLAINTIFF'S 2nd SET OF INTERROGATORIES**

  **General objections.** Defendant hereby objects to these interrogatories in that they seek information that is beyond the scope of discovery under Rule 26 and are not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to discovery requests that seek information that is intended to harass, annoy defendant, invade personal privacy and are not crafted to any matters at issue. Defendant also objects to any interrogatory that again seeks information that was requested in plaintiff's 1st set of interrogatories. Without waiving these objections, the defendant responds as follows:

1. *What is your full name, home address, home telephone number, date of birth, and last digits of your social security number?*

   Answer: Please refer to response to plaintiff's 1st set of interrogatories.

2. *List all residences (real property) you own, in part, or whole.*

   Answer: Please refer to general objection.

3. *List all psychologists or psychiatrists you have seen over the last 7 years. Include name, address, and telephone number, dates of visits, and reasons for visits.*

   Answer: Please refer to general objection.

4. *List all medications, narcotics, or other drugs you have taken or been prescribed over the last 7 years. Provide name, address, telephone number of person(s) who gave you or prescribed the medication, narcotic, or drug and the reason why you take them.*

   Answer: Please refer to general objection.

5. *Provide in chronological order, the names, addresses, and telephone numbers of every educational institution and/or training you attended starting with high school, to present. Provide a copy of your high school diploma or GED, all college degrees, all certifications, all certificates, all licenses, etc.*

    <u>Answer</u>:  Please refer to response to plaintiff's 1st set of interrogatories.

6. *List years of completion/graduation from the following institutions:*

    *A. Raritan High School*
    *B. DTCC*
    *C. U of D*
    *D. Wilmington college*

    <u>Answer</u>:  A. 1973, B. 1992, C. 1993 and D. 1994.

7. *List in chronological order, all documented training you ever received in supervising and/or counseling employees under your authority and control. Please attach documentation of same.*

    <u>Answer</u>:  Please refer to response to plaintiff's 1st set of interrogatories.

8. *List all documented training you have had specific to instruct, supervise, or administer BOTC training. Please attach documentation.*

    <u>Answer</u>:  I have experience in Probation & Parole, 8 years with the DOC, and certifications to teach specific courses within the program.

9. *List all training on your training record and attach copy of same.*

    <u>Answer</u>:  Please refer to response to plaintiff's 1st set of interrogatories.

10. *List all licenses and certifications you possess to teach law enforcement officers.*

    <u>Answer</u>:  Please refer to responses to plaintiff's 1st set of interrogatories and documents being produced.

11. *When you encountered a "problem" with a cadet, what did you do?*

    <u>Answer:</u>  Please refer to general objection.  Additionally, the term "problem" is ambiguous and can not be responded without clarification.

12. *Is it fair to say that an instructor at BOTC training supervises cadets?*

    Answer: In the common use of the word supervise, BOTC instructors do supervise. However, if the interrogatory is seeking the information regarding the requirements for agency liability under Title VII, it is denied that instructors are supervisors for Title VII purposes.

13. *List all of your qualifications to teach physical fitness training.*

    Answer: Please refer to general objection. Without waiving such objections, please refer to documents being produced, response to prior interrogatories and my participation in the physical training.

14. *In the last 7 years how many cadets have you run into exhaustion during fitness training?*

    Answer: None.

15. *Who developed the physical fitness program and what are the person(s) credentials?*

    Answer: I believe it was adopted from the State Police training for physical fitness.

16. *Who trained you to teach physical fitness training?*

    Answer: Amos Callaway, Ron Sauls, and Alex Lapinsky

17. *List your qualifications to teach introduction and personnel issues.*

    Answer: Objection, this interrogatory is ambiguous.

18. *Are you intimidated teaching retired police officers?*

    Answer: No.

19. *Are you related in any way to the former commissioner of corrections Robert J. Watson? If yes, indicate relationship.*

    Answer: Please refer to general objection.

- 4 -

20.  *Identify all persons who assisted you with this interrogatory.*

Answer: The legal objections and actual responses were authored by my attorney with my input as to the factual information.

> STATE OF DELAWARE
> DEPARTMENT OF JUSTICE
>
> /s/ Marc P. Niedzielski
> Marc P. Niedzielski (#2616)
> Deputy Attorney General
> 820 North French Street, 6th Floor
> Wilmington, DE 19801
> (302) 577-8400
> Attorney for Defendants

DATED: September 28, 2007

## VERIFICATION

I the undersigned do verify that under the penalty of perjury that the factual information contained in the above responses are true and correct to the best of my information and belief.

_____/s/Donna Watson_____

- 5 -

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by regular U.S. Mail of the attached document on the following:

Jack Sminkey
3402 Edgemont Avenue, # 333
Brookhaven, PA  19005

/s/ Marc P. Niedzielski
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801
(302) 577-8324

DATED: September 28, 2007