**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JACK E. SMINKEY, Pro se : | |
| : | |
| Plaintiff, : | |
| : | |
| : | C.A. No. 06-263*** |
| : | |
| STATE OF DELAWARE, et al., : | |
| : | |
| Defendants. : | |

**DEFENDANT STATE OF DELAWARE/DEPARTMENT
OF CORRECTION'S RESPONSE TO PLAINTIFF'S
<u>SECOND REQUEST FOR PRODUCTION OF DOCUMENTS</u>**

1) **Provide a complete copy of all written documents listed below that were in effect on 2/25/2005.**
   <u>**RESPONSE:**</u>

   Documents not included in enclosure can be found on the following state web sites -

   **a) Department of Correction Employee Handbook:**
   http://www.doc.delaware.gov/edc/DOCmanual_new.pdf

   **b) Beliefs and Principles (dated 9/10/2002)**
   http://www.delawarepersonnel.com/policies/beliefs_princ.shtml

   **c) Management Principles for the workplace (dated 12/18/2002).**
   http://www.delawarepersonnel.com/policies/manage_princ.shtml

   **d) Policy on sexual harassment prevention (dated 12/1812002).**
   http://www.delawarepersonnel.com/policies/sex_harassment.shtml

   **e) Career development mentoring program.**
   http://delawarepersonnel.com/diversity/documents/mentor.shtml

   **f) Guidelines on Equal Employment opportunity and affirmative action.**
   http://delawarepersonnel.com/diversity/documents/guide.pdf

   **g) Workplace violence policy.**
   http://www.delawarepersonnel.com/policies/docs/workplace_violence.pdf

**h) Reasonable accommodation guidelines and recommended procedure.**
http://www.delawarepersonnel.com/policies/docs/ada_guidelines_092006.pdf

**i) Drug Free work place.**
http://www.delawarepersonnel.com/policies/docs/drugfreeworkplace.pdf

**j) Employee file guidelines.**
http://delawarepersonnel.com/policies/docs/personnelfiles_06.pdf

**k) Human Resources procedure manual.**
http://www.delawarepersonnel.com/policies/docs/hr_procedures_manual_032807.pdf

**l) Workforce planning guide:**
http://www.delawarepersonnel.com/workforce/docs/WorkPlanGuide.pdf

**m) Job descriptions for all defendants.**
Already provided in first request for production. See D000017 – D000039.

**n) Workplace bullying policy.**
See response to #1(n) of Plaintiff's First Request for Production of Documents.

2) **Provide a complete copy of all written documents listed above in effect on 4/30/2007.**
**RESPONSE:**

See same web sites listed for above subjects.

3) **Provide a complete copy of all consent decrees signed with the United States government involving the Delaware State Police and the Department of Correction over the last 7 years.**
**RESPONSE:**

See response to #3 of Plaintiff's First Request for Production of Documents.

4) **Provide a complete copy of Executive Orders # 10, 19 and 81.**
**RESPONSE:**

http://governor.delaware.gov/orders/eo_10.shtml#TopOfPage
http://governor.delaware.gov/orders/eo_19.shtml#TopOfPage
http://governor.delaware.gov/orders/executiveorderno81.shtml#TopOfPage

5)  **Provide a complete copy of "Review of the Delaware State Police" dated December 1, 2001 authorized by Lisa Blunt-Bradley.**
    **RESPONSE:**

    http://www.delawarepersonnel.com/diversity/documents/dsp_report.pdf

6)  **Provide a complete copy of "Final Report of the task force on security issues at the Delaware Correctional Center" dated 2/14/2005.**
    **RESPONSE:**

    http://governor.delaware.gov/dccreport.shtml

7)  **Provide a complete copy of the "Hostage Incident at the Delaware Correctional Center" dated 2/7/2005.**
    **RESPONSE:**

    http://governor.delaware.gov/dccreport.shtml

8)  **Provide a complete copy of all bac's issued to any cadet who participated in probation and parole training or correctional officer training from 1/1/2000 thru 4/30/2007.**
    **RESPONSE:**

    > See response to #11 of Plaintiff's First Request for Production of Documents.

    N/A

9)  **Provide a complete copy of all medical, hospital, workers compensation, or injury reports authorized as a result of a cadet seeking medical attention while in probation and parole or correctional officer training from 1/1/2000 thru 4/30/2007.**
    **RESPONSE:**

    > See response to #12 of Plaintiff's First Request for Production of Documents.

10) **Provide a complete copy of all dismissal letters issued to DOC cadets who were terminated prior to the completion of training from 1/1/2000 thru 4/30/2007.**
    **RESPONSE:**

    > See response to #13 of Plaintiff's First Request for Production of Documents.

11) **Provide a complete listing of the race, age, and sex of every department of correction cadet that was involuntarily terminated while attending training.**
**RESPONSE:**

    See response to #14 of Plaintiff's First Request for Production of Documents.

12) **Provide a curriculum vitae for every person named as defendant in this suit.**
**RESPONSE:**

    Resume of Nicole Shuler attached as D000821 – D000825.

13) **Provide a complete copy of licenses, certifications, training certificates, seminars attended, or degrees relevant to law enforcement or teaching.**
**RESPONSE:**

    See response to #16 of Plaintiff's First Request for Production of Documents.

14) **Provide a complete copy of all course evaluations (authorized by cadets) requested by the department for all cadets who completed probation and parole training from 1/1/2000 thru 4/30/2007.**
**RESPONSE:**

    See response to #17 of Plaintiff's First Request for Production of Documents.

15) **Provide a complete copy of all class/cadet sign in sheets for every day of cadet training from 1/1/2000 thru 4/30/2007.**
**RESPONSE:**

    See response to #18 of Plaintiff's First Request for Production of Documents.

16) **A complete copy of state law with regard to access to personnel files and a complete copy of written policy regarding access to personnel files.**
**RESPONSE:**

    See response to #23 of Plaintiff's First Request for Production of Documents.

17) **A complete copy of state law regarding maintaining a safe work environment and written policy regarding same.**
**RESPONSE:**

        See response to #24 of Plaintiff's First Request for Production of Documents.

18) **A complete copy of the State of Delaware Department of Correction Action Plan (dated April 30, 2007).**
   **RESPONSE:**

   Objection. Ambiguous. It is unknown what action plan Plaintiff is referring to.

19) **Human Resources procedure manual.**
   **RESPONSE:**

http://www.delawarepersonnel.com/policies/docs/hr_procedures_manual_032807.pdf

20. **User Guide for Merit System Hiring in the State of Delaware dated July 2007.**
   **RESPONSE:**

http://www.delawarepersonnel.com/hrmrepdata/documents/del/hiring_user_guide.pdf

21. **A summary of the State of Delaware Workforce for Fiscal Years 2000 through 2006.**
   **RESPONSE:**

   Objection. Ambiguous. It is unknown what information Plaintiff is asking for.

22. **A copy of the law regarding "Handicapped Persons Employment Protections."**
   **RESPONSE:**

   http://delcode.delaware.gov/title19/c007/sc03/index.shtml

23. **A copy of the "Discrimination in Employment" (T-19 Sec. 710)**
   **RESPONSE:**

   http://delcode.delaware.gov/title19/c007/sc02/index.shtml

24. **Provide a list by GENDER of all state employees for each year of the last 7 years beginning July 1, 2000 through July 1, 2007.**
   **RESPONSE:**

    Objection. This request is unduly burdensome. Furthermore it is beyond the scope of discovery under Rule 26 and is not reasonably calculated to lead to the discovery of admissible evidence.

**25.   Provide a list by ETHNICITY of all state employees for each year of the last 7 years beginning July 1, 2000 through Jul 1, 2007.**
   **RESPONSE:**

Objection. This request is unduly burdensome. Furthermore it is beyond the scope of discovery under Rule 26 and is not reasonably calculated to lead to the discovery of admissible evidence.

          STATE OF DELAWARE
          DEPARTMENT OF JUSTICE

          /s/ Marc P. Niedzielski
          Marc P. Niedzielski (#2616)
          Deputy Attorney General
          820 North French Street, 6th Floor
          Wilmington, DE 19801
          (302) 577-8400
          Attorney for Defendants

DATED: September 28, 2007

## **CERTIFICATE OF SERVICE**

I certify that on the date indicated below I served two copies by regular U.S. Mail of the attached document on the following:

Jack Sminkey
3402 Edgemont Avenue, # 333
Brookhaven, PA  19005

/s/ Marc P. Niedzielski
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801
(302) 577-8324

DATED: September 28, 2007