## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se        :
                                    :
        Plaintiff,           :
                                      :
                                      :     C.A. No. 06-263***
                                      :
STATE OF DELA WARE, et al.,      :
                                      :
Defendants.                    :

## 2nd SET OF INTERROGATORIES DIRECTED TO DEFENDANT RUTH ANN MINNER

**General objections.**  Defendant hereby objects to these interrogatories in that they seek information that is beyond the scope of discovery under Rule 26 and are not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to discovery requests that seek information that is intended to harass, annoy, or invade personal privacy of defendant and are not crafted to any matters at issue. Defendant also objects to any interrogatory that seeks information that was already requested in plaintiff's 1st set of interrogatories. Without waiving these objections, the defendant responds as follows:

1.    *What is your full name, home address, home telephone number, date of birth, and last digits of your social security number?*

      <u>Answer</u>:  Please refer to general objection.  In addition, Governor Minner is not alleged to have participated in any of the allegations of employment discrimination as set out in the complaint.

2.    *List all residences (real property) you own, in part, or whole.*

      <u>Answer</u>:  Please refer to response to No. 1.

3.    *List all psychologists or psychiatrists you have seen over the last 7 years. Include name, address, and telephone number, dates of visits, and reasons for visits.*

      <u>Answer</u>:  Please refer to response to No. 1.

4.    *List all medications, narcotics, or other drugs you have taken or been prescribed over the last 7 years. Provide name, address, telephone number of person(s) who gave you or prescribed the medication, narcotic, or drug and the reason why you take them.*

<u>Answer</u>:  Please refer to response to No. 1.

5.    *List all lawsuits you have been party to over the last 7 years filed by current or former employees of the State of Delaware. Indicate case number, date filed, court, nature and disposition of the suit.*

<u>Answer</u>:   Please refer to response to No. 1.

6.    *List all court cases where a court entered a judgment against you in your personal or official capacity. Include how much the judgment was for and who paid the judgment.*

<u>Answer</u>:   Please refer to response to No. 1.

7.    *List all criminal convictions on your criminal record from any jurisdiction. Explain the circumstances of the arrest (exclude pardons and expungments).*

<u>Answer</u>:  Please refer to response to No. 1.

8.    *What is the highest year of education completed?*

<u>Answer</u>:  Please refer to response to No. 1.

9.    *During your tenure as Governor, did you ever ask Correction Commissioner Taylor to leave, resign, retire, or step down?  If not, why not?*

<u>Answer</u>:  Please refer to response to No. 1.

10.    *Are you aware of the wide spread media coverage regarding the Department of Correction over the last several years?*

<u>Answer</u>:  Please refer to response to No. 1.

11.    *How often do you read the Delaware News Journal and/or Delaware State News?*

<u>Answer</u>:  Please refer to response to No. 1.

12.    *Have you ever filed a defamation or slander suit against any media outlet?  If yes, please explain.*

<u>Answer</u>:  Please refer to response to No. 1.

13.    *Do you have advisors, personal assistants, or media relations personnel that help you with media or public relations issues?*

<u>Answer</u>:  Please refer to response to No. 1.

14. *In January 2001, did you provide a "road map" to be used to hire more women and minorities?*

<u>Answer</u>:  Please refer to response to No. 1.

15. *In your quest to rid the state of discrimination, what did you do to ensure that white employees were not discriminated against (in reverse)?*

<u>Answer</u>:  Please refer to response to No. 1.

16. *What training did you recommend or require for department heads to ensure that discrimination, retaliation, or other civil rights violations be minimized?*

<u>Answer</u>:  Please refer to response to No. 1.

17. *When you called then DSP Superintendent Gerald R. Pepper in from vacation (summer of 2001) and met with him, what was the gist of the conversation?*

<u>Answer</u>:   Please refer to response to No. 1.

18. *Did you ever ask DSP Col. Aaron Chaffinch to retire, quit, or resign as a result of the (reverse) discrimination lawsuits (and judgments) or, the sexual harassment allegations lodged against him?  If not, why not?*

<u>Answer</u>:   Please refer to response to No. 1.

19. *Has the State of Delaware signed consent decrees with the Federal Government for allegations of discrimination, retaliation, prisoner rights violations, or other civil rights violations.*

<u>Answer</u>:   Please refer to response to No. 1.

20. *As a result of the consent decrees, has anyone serving at your pleasure been disciplined?  If yes, who?*

<u>Answer</u>:   Please refer to response to No. 1.

21. *As a result or your executive orders, or investigations you have authorized over the last 7 years (regarding the Delaware State police or the Department of Correction), has anyone ever been disciplined?  If yes, who?*

<u>Answer</u>:  Please refer to response to No. 1.

22.     *As Governor, do you feel you are responsible to residents of Delaware for the negative publicity, expense, and harm that has been caused under your leadership?*

    <u>Answer</u>:  Please refer to response to No. 1.

23.     *Do you feel you were a good Governor for the citizens of Delaware?*

    <u>Answer</u>:  Please refer to response to No. 1.

24.     *In hindsight, what do you think you could have done better regarding issues of discrimination, retaliation, lawsuits, civil rights violations, and alike?*

    <u>Answer</u>:  Please refer to response to No. 1.

25.     *Name all persons who assisted you in answering this interrogatory?*

    <u>Answer</u>: The legal objections were authored by counsel.


                STATE OF DELAWARE
                DEPARTMENT OF JUSTICE

                <u>/s/ Marc P. Niedzielski</u>
                Marc P. Niedzielski (#2616)
                Deputy Attorney General
                820 North French Street, 6th Floor
                Wilmington, DE 19801
                (302) 577-8400
                Attorney for Defendants

DATED: October 2, 2007

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the date indicated he served two copies by regular U.S. mail, postage prepaid, of Defendant Ruth Ann Minner's Answers to Plaintiff's Second Set of Interrogatories to the following:

Jack Sminkey, Ph.D.
3402 Edgmont Avenue #333
Brookhaven, P A 19015
(610) 620-3670

<u>/s/ Marc P. Niedzielski</u>
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801

DATED:   October 2, 2007