## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se    :
            :
 Plaintiff,       :
            :
            :  C.A. No. 06-263***
            :
STATE OF DELAWARE, et al.,  :
            :
 Defendants.     :

### DEFENDANT ANNETTE FRANZE'S RESPONSES TO PLAINTIFF'S 2nd SET OF INTERROGATORIES

**General objections.** Defendant hereby objects to these interrogatories in that they seek information that is beyond the scope of discovery under Rule 26 and are not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to discovery requests that seek information that is intended to harass, annoy defendant, invade personal privacy and are not crafted to any matters at issue. Defendant also objects to any interrogatory that again seeks information that was requested in plaintiff's 1st set of interrogatories. Without waiving these objections, the defendant responds as follows:

1. *What is your full name, home address, home telephone number, date of birth, and last digits of your social security number?*

  <u>Answer</u>:  Annette Franze; Work (302)739-5601; DOB – XX/XX/1958 and SSN# - XXX-XX-6078

2.  *List all residences (real property) you own, in part, or whole.*

  <u>Answer</u>: Please refer to general objection.

3. *List all psychologists or psychiatrists you have seen over the last 7 years. Include name, address, and telephone number, dates of visits, and reasons for visits.*

  <u>Answer</u>:  Please refer to general objection.

4. *List all medications, narcotics, or other drugs you have taken or been prescribed over the last 7 years. Provide name, address, telephone number of person(s) who gave you or prescribed the medication, narcotic, or drug and the reason why you take them.*

Answer:  Please refer to general objection.

5.    *Provide in chronological order, the names, addresses, and telephone numbers of every educational institution and/or training you attended starting with high school, to present. Provide a copy of your high school diploma or GED, all college degrees, all certifications, all certificates, all licenses, etc.*

Answer:  Please refer to training records being produced.

6.    *List in chorological order all documented training you ever received in the following areas and provide documentation for same.*

*A. Labor law*
*B. Title VII*
*C. Constitutional law/rights*
*D. Sexual harassment*
*E. Discrimination*
*F. Unsafe work environment*
*G. Wrongful discharge*
*H. Covenant of good faith and fair dealing I. Contracts (employment related)*
*L. Americans with disabilities act*
*K. Department of Correction code of conduct L. Executive orders # 10 and # 19*
*M. Principles and beliefs*
*N. Management principles for the workplace o. Sexual harassment prevention*
*P. Affirmative action*
*Q. Workplace bullying*

Answer:  Please refer to response to No. 5.

7.    *List in chronological order, all documented training you ever received in supervising and/or counseling employees under your authority and control. Please attach documentation of same.*

Answer:  Please refer to response to No. 5.

8.    *List all documented training you have had specific to instruct, supervise, or administer BOTC training. Please attach documentation.*

Answer:  Please refer to response to No 5 and my experience.

9.    *List all training on your training record and attach copy of same.*

Answer:  Please refer to response to No. 5.

10.    *List all licenses and certifications you possess to teach law enforcement officers.*

Answer:  Please refer to response to No. 5.

11.    *When you encountered a "problem" with a cadet, what did you do?*

Answer: Please refer to general objection.  Additionally, the term "problem" is ambiguous and can not be responded to without clarification.

12.    *Is it fair to say that an instructor at BOTC training supervises cadets?*

Answer: In the common use of the word supervise, BOTC instructors do supervise.  However, if the interrogatory is seeking the information regarding the requirements for agency liability under Title VII, it is denied that instructors are supervisors for Title VII purposes.

13.    *List all of you qualifications to teach physical fitness training.*

Answer:  Please refer to response to No. 5.

14.    *In the last 7 years how many cadets have you run into exhaustion during fitness training?*

Answer:  None.

15.    *Who developed the physical fitness program and what are the person(s) credentials?*

Answer:  I do not know.

16.    *Who trained you to teach physical fitness training?*

Answer:  Please refer to response to No. 13.

17.    *List your qualifications to teach search and weapons law.*

Answer:  Please refer to response to No. 5.

18.    *Are you intimidated teaching retired police officers?*

Answer:  No.

19.    *List all criminal convictions on your record from any jurisdiction. Explain the circumstances of the arrest (exclude pardons and expungments).*

Answer:  Please refer to general objection.

20.    *Identify all persons who assisted you with this interrogatory.*

Answer:  The legal objections and actual responses were authored by my attorney with my input as to the factual information.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

DATED: October 3, 2007

**VERIFICATION**

I the undersigned do verify that under the penalty of perjury that the factual information contained in the above responses are true and correct to the best of my information and belief.

_____/s/ Annette Franze_____

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I served a copy by electronic mail on the

following:

Jack Sminkey
3402 Edgemont Avenue, # 333
Brookhaven, PA  19005
jesminkey@comcast.net

/s/ Marc P. Niedzielski
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801
(302) 577-8324

DATED: October 3, 2007