Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 King Street, Lockbox # 18
Wilmington, DE 19801

October 9, 2007

RE: Sminkey v Delaware Department of Correction 06-CV-263***

Dear Judge Thynge;

Enclosed please find a one original and one copy of a motion to compel discovery.

I have never filed this type of motion before but I made every effort to file it as perfectly as possible, given the fact I am not a member of the bar.

If you have any questions, please feel free to have a court clerk contact me. Or, if you wish, I would be happy to appear in your court to respond.

Please accept my sincere apology for having to bother the court with this matter.

I am,

Jack Sminkey, Ph.D.
Plaintiff, Pro se
3402 Edgmont Avenue # 333
Brookhaven, PA 19015
(610) 620-3670

Cc. Mr. Marc Niedzielski, Esquire


RECEIVED OCT 10 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE