IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY,                          )
                                          )
        Plaintiff,                        )
                                          )
    v.                                    )        Civil Action No. 06-263-***
                                          )
STATE OF DELAWARE DEPARTMENT              )
OF CORRECTIONS, et al.,                   )
                                          )
        Defendants.                       )

**ORDER**

At Wilmington this 16th day of October, 2007,

Plaintiff filed a motion to compel (D.I. 77) on October 10, 2007. Pursuant

to paragraph 3(e) of the scheduling order (D.I. 33), discovery disputes are to be

handled by letter and not by formal motion. Therefore,

IT IS HEREBY ORDERED that plaintiff's submission (D.I. 77) will be

treated as a discovery dispute letter. Defendants shall file a letter response on or

before October 22, 2007. There shall be no further submissions.


_____
UNITED STATES MAGISTRATE JUDGE