

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

October 22, 2007

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100
Lockbox 8
Wilmington, DE 19801

    RE:    **Sminkey v. State, et al.,**
             **C.A. No. 06-263**

Dear Judge Thynge:

    I am out of the office today and I am requesting a one day extension to file defendants' discovery dispute response. I thank you for your patience.

                                         Very truly yours,

                                         /s/ Marc P. Niedzielski

                                         Dictated but not read

cc: jesminkey@comcast.net