IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

ORIGINAL

FILED
2007 NOV 13  PM 4: 04
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se        :
                               :
        Plaintiff,             :
                               :        C.A. No. 06-263***
STATE OF DELAWARE, et al.,     :
                               :
        Defendants             :

## PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT STATE OF DELAWARE/DEPARTMENT OF CORRECTION

1) Provide a listing of the last known home addresses of the below listed present or former employees of the Delaware State Police.

A. Robert F. Tate
B. David L. Baylor
C. Valerie M. Robinson
D. Ralph H. Davis III
E. Herbert Douglas
F. Christopher D. Foraker
G. John A. Dillman III
H. William Bullen
I. Jeffrey Giles
J. Rebecca B. McKnatt
K. Willie E. Smith
L. Gregory A. Warren
M. Barbara L. Conley
N. Diane E. Moss
O. Bradford Powns

2) Provide a listing of the last known home addresses of the below listed present or former employees of the Department of Correction.

A. Thomas G. Baylor
B. Dominque Brown
C. Douglas A. Bounds
D. Cassandra Arnold
E. Karen Brandewie
F. Dion Hawkins
G. Karen Hawkins
H. Donei Winder

I.  Christina Bates
J.  Susie A. Wilson
K.  Corrine Padilla
L.  Wilbur F. Justice

3)  Provide a listing of the last known home addresses of the ten employees
    terminated by DELDOT in August 2005.

4). Provide a listing of the last known home addresses of the below listed present and
former employees of the Delaware Psychiatric Center.

A.  Karen Stoppel
B.  Deborah Hammond
C.  Gloria Harrison
D.  Dr. David T. Springer
E.  Rita Marocco
F.  David Saxton

5). Provide a copy of the "Task Force Report of the Delaware Psychiatric Center".

6). Provide a copy of the law regarding training of Department of Correction Personnel.

** The above listed persons have first-hand knowledge of discrimination, retaliation,
harassment, humiliation, unsafe, or hostile work environment by their employer.

Dated: November 13, 2007

Jack E. Sminkey, Ph.D.
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670
Plaintiff, pro se

CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by hand of a third request for production of documents to Defendant State of Delaware /Department of Corrections.

Marc P. Niedzielski, Esquire
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801

Jack Sminkey, Ph.D.
Plaintiff, Pro Se
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670

Dated: November 13, 2007