IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se  :
         :

 Plaintiff,      :
         :    C.A. No. 06-263***

STATE OF DELAWARE, et al., :
         :

 Defendants,    :



## 3rd SET OF INTERROGATORIES DIRECTED TO DEFENDANT NICHOLE SHULER

Plaintiff hereby request Defendant fully answer, in writing and under oath, each of the following interrogatories within 30 days of receipt pursuant to Fed.R.Civ.P. 33. These interrogatories are continuing and the information requested must be kept current by supplementation.

As used in these interrogatories, "you" or "yours" means and refers to the defendant, his attorney(s) and their agents and employees.

Generally, all questions are asked using a time frame of seven years back from today unless the word "ever" is used. "Ever" means from the first day in time thru today.

If necessary, use additional sheets to provide complete answers or explanations.

Definitions, for the purpose of this interrogatory, means your definition, example, (behavior(s), harassment, stalking, appropriate, inappropriate, obsessive,).

Cadet - means a new-hire employee who has not graduated from probation and parole training.

Supervisor-means a person having supervisory control over a lower ranking employee (during the work day).

3.  Who is better to qualified to access appropriate behavior, a licensed psychologist or Alan Machtinger?

    Answer:

4. List all behaviors you believe are "appropriate" while participating in P&P training.

Answer:

5. List all behaviors you believe are "inappropriate" while participating in P&P training.

     <u>Answer</u>:

6. List all appropriate behaviors considered "appropriate" while teaching P&P training.

Answer:

7. List all behaviors you believe are "inappropriate" while teaching P&P training.

    <u>Answer</u>:

8. Do you consider it "appropriate" for state employees to violate written policies?

    <u>Answer</u>:

9. Do you consider it "appropriate" for supervisors to discriminate, retaliate, or humiliate employees they supervise?

Answer:

10. Do you consider it "appropriate" for a supervisor to ignore an employee's objection to treatment that violates a written state policies?

Answer:

11. List all behaviors you observed of plaintiff you consider to be "obsessive".

Answer:

12. Is it "appropriate" for a cadet to attack an instructor during boxing training after being told not to do so?

    <u>Answer</u>:

13. Is it "appropriate" for an instructor to run a cadet into exhaustion during fitness training?

      <u>Answer</u>:

14. Do you believe it is dangerous or unsafe to run a cadet into exhaustion during fitness training?

     <u>Answer</u>:

15. Is it "inappropriate" for a supervisor to intentionally embarrass, or humiliate a cadet during P&P training?

     Answer:

16. Is it "appropriate" for a female cadet to talk about a thong in class or motion to kick a male cadet in the groin during P&P training?

    <u>Answer</u>:

17. Are you aware of a letter plaintiff sent Defendant Sauls on or about May 16, 2005 indicating he opened an investigation of the Department of Correction?

     Answer

18. Is it "appropriate" not to respond to a formal request made by a current or former employee?

Answer

19. Do you believe its "appropriate" not to give a former employee a timely answer
    regarding why he was terminated?


    Answer

20. Do you believe its "appropriate" for a supervisor to ignore a cadet's explanation for his behavior?

Answer

21. Do you believe that judging "appropriate" and "inappropriate" behavior is subjective?

Answer

21. What training have you had to be the judge of "appropriate" and "inappropriate" behaviors?

    Answer

22. What training did you give cadets in BOTC class #1 in "appropriate" and "inappropriate" behaviors?

Answer

23. Do you believe that when an employee is acting in a supervisory capacity, and he/she is judging "appropriate" and "inappropriate" behaviors using "subjective standards", the supervisory employee and their employer is substantially increasing their risk of liability?

Answer

24. Have you, in the last seven years, complied with all written state policies and executive orders?

Answer

25. Name all persons who assisted you with answering this interrogatory.

   Answer

_____                    _____
Signature of Defendant                          Date

Jack Sminkey, Ph.D.
3402 Edgmont Ave., #333
Brookhaven, PA  19015-2804
Plaintiff, Pro se
(610) 620-3670

Dated: November13, 2007

CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by hand of a third interrogatory to defendant Nichole Shuler.

Marc P. Niedzielski, Esquire
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801

Jack Sminkey, Ph.D.
Plaintiff, Pro Se
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670

Dated: November 13, 2007