# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK E. SMINKEY, Pro se | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-263*** |
| STATE OF DELA WARE, et al., | : |
| Defendants, | : |

**DEFENDANTS' ANNETTE FRANZE, LOUISE LAYTON, ALAN MACHTINGER, RON SAULS, NICOLE SHULER, ALISON STEVENS, STAN TAYLOR AND DONNA WATSON RESPONSES TO PLAINTIFF'S 3rd SET OF INTERROGATORIES**

Objection, the defendants, Annette Franze, Louise Layton, Alan Machtinger, Ron Sauls, Nicole Shuler, Alison Stevens, Stan Taylor and Donna Watson, have already responded to more than 25 interrogatories under Fed.R.Civ.P. 33, more than 50 interrogatories under Local Rule 26.1(b) and are not required to respond to any additional interrogatories.

 

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. #2616
Deputy Attorney General
Carvel State Building
820 N. French St., 6th Flr.
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

DATED: December 20, 2007

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below I served by e-mail a copy of the attached document on the following:

Jack Sminkey
3402 Edgemont Avenue, # 333
Brookhaven, PA  19005
jesminkey@comcast.net

/s/ Marc P. Niedzielski
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801
(302) 577-8324

DATED: December 20, 2007