## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELA WARE

| | | |
|---|---|---|
| JACK E. SMINKEY, Pro se | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 06-263*** |
| v. | : | |
| | : | |
| STATE OF DELA WARE, et aI., | : | |
| | : | |
| Defendants. | : | |

### DEFENDANTS' RESPONSES TO PLAINTIFF'S THIRD REQUEST
### FOR PRODUCTION OF DOCUMENTS

1.) *Provide a listing of the last known home addresses of the below listed present or former employees of the Delaware State Police.*

A. Robert F. Tate
B. David L. Baylor
C. Valerie M. Robinson
D. Ralph H. Davis III
E. Herbert Douglas
F. Christopher D. Foraker G.
G. John A. Dillman III
H. William Bullen
I. Jeffrey Giles
J. Rebecca B. McKnatt
K. Willie E. Smith
L. Gregory A. Warren
M. Barbara L. Conley
N. Diane E. Moss
O. Bradford Powns

**Response:** Objection, this request seeks information that is beyond the scope of Rule 26 and is not reasonably calculated to lead to admissible evidence.

2) *Provide a listing of the last known home addresses of the below listed present or former employees of the Department of Correction.*

A. Thomas G. Baylor

B.  Dominque Brown
C.  Douglas A. Bounds
D.  Cassandra Arnold
E.  Karen Brandewie
F.  Dion Hawkins
G. Karen Hawkins
H. Donei Winder
I. Christina Bates
J. Susie A. Wilson
K. Corrine Padilla
L. Wilbur F. Justice

> **Response:**    Objection, this request seeks information that is beyond the scope of Rule 26 and is not reasonably calculated to lead to admissible evidence.

3) Provide a listing of the last known home addresses of the ten employees terminated by DELDOT in August 2005.

> **Response:**    Objection, this request seeks information that is beyond the scope of Rule 26 and is not reasonably calculated to lead to admissible evidence.

4). Provide a listing of the last known home addresses of the below listed present and former employees of the Delaware Psychiatric Center.

A.  Karen Stoppel
B.  Deborah Hammond
C.  Gloria Harrison
D.  Dr. David T. Springer
E.  Rita Marocco
F.  David Saxton

> **Response:**    Objection, this request seeks information that is beyond the scope of Rule 26 and is not reasonably calculated to lead to admissible evidence.

5). Provide a copy of the "Task Force Report of the Delaware Psychiatric Center",

  **Response:** Objection, this request seeks information that is beyond the scope of Rule 26 and is not reasonably calculated to lead to admissible evidence.


*6). Provide a copy of the law regarding training of Department of Correction Personnel.*

  **Response:** Objection, this request seeks information that is beyond the scope of Rule 26 and is not reasonably calculated to lead to admissible evidence. Without waiving this objection, please refer to 11 Del.C. § 6517 (8) and 29 Del.C. § 8926.


         **STATE OF DELAWARE**
         **DEPARTMENT OF JUSTICE**

         /s/ Marc P. Niedzielski
         Marc P. Niedzielski, I.D. #2616
         Deputy Attorney General
         Carvel State Building
         820 N. French St., 6th Flr.
         Wilmington, DE  19801
         (302) 577-8400
         Attorney for Defendants


DATE: December 20, 2007

- 4 -

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below I served by e-mail a copy of the attached document on the following:

Jack Sminkey
3402 Edgemont Avenue, # 333
Brookhaven, PA  19005
jesminkey@comcast.net

/s/ Marc P. Niedzielski
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801
(302) 577-8324

DATED: December 20, 2007