

### IN THE DISTRICT COURT FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| JACK E. SMINKEY, PRO SE | : | |
| Plaintiff | : | 06-263-GMS |
| | : | |
| V. | : | |
| | : | |
| ALISON STEVENS, | : | |
| Defendant | : | |

### NOTICE OF DEPOSITION

To:   MARC NIEDZIELSKI, ESQUIRE
      DEPARTMENT OF JUSTICE
      820 N. FRENCH STREET, 6TH FL.
      WILMINGTON, DE 19801

    PLEASE TAKE NOTICE that the undersigned litigant will take the deposition of ALISON STEVENS, on March 12, 2008, 4:00 PM at 1201 N. Orange Street, Suite 760, Wilmington, DE 19801. A court reporter will be on hand to record the testimony of the deponent.

*[signature]*
Jack E. Sminkey
Plaintiff, Pro Se
3402 Edgmont Avenue #333
Brookhaven, PA
(610) 620-3670

## Certificate of Service

I, JACK E. SMINKEY, hereby certify that on this 4 day of March, 2008, I hand delivered two copies of the foregoing notice of deposition to the below address with a check in the amount of $50.00 (travel fee) made payable to the deponent.

Marc Niedzielski, Esquire
Department of Justice/Civil Division
820 N. French Street, 6th Floor
Wilmington, De 19801

*[signature: Jack E. Sminkey]*

Jack E. Sminkey, PhD.
Plaintiff, Pro se
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670