ORIGINAL

## IN THE DISTRICT COURT FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| JACK E. SMINKEY, PRO SE | : | |
| Plaintiff | : | 06-263-GMS |
| | : | |
| V. | : | |
| | : | |
| KATHLEEN MICKLE-ASKIN, | : | |
| Defendant | : | |

### NOTICE OF DEPOSITION

To:  MARC NIEDZIELSKI, ESQUIRE
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET, 6TH FL.
WILMINGTON, DE 19801

PLEASE TAKE NOTICE that the undersigned litigant will take the deposition of KATHLEEN MICKLE-ASKIN, on March 17, 2008, 3:00 PM at 1201 N. Orange Street, Suite 760, Wilmington, DE 19801. A court reporter will be on hand to record the testimony of the deponent.

*Jack E. Sminkey* (signature)

Jack E. Sminkey
Plaintiff, Pro Se
3402 Edgmont Avenue #333
Brookhaven, PA
(610) 620-3670

## Certificate of Service

I, JACK E. SMINKEY, hereby certify that on this 4 day of March, 2008, I hand delivered two copies of the foregoing notice of deposition to the below address with a check in the amount of $50.00 (travel fee) made payable to the deponent.

Marc Niedzielski, Esquire
Department of Justice/Civil Division
820 N. French Street, 6th Floor
Wilmington, De 19801

Jack E. Sminkey, PhD.
Plaintiff, Pro se
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670