ORIGINAL

## IN THE DISTRICT COURT FOR THE STATE OF DELAWARE

JACK E. SMINKEY, PRO SE                     :
                        Plaintiff               :               06-263-GMS

                                            :

                V.                          :

                                            :

DONNA WATSON,                               :
                        Defendant           :


## NOTICE OF DEPOSITION


To:     MARC NIEDZIELSKI, ESQUIRE
        DEPARTMENT OF JUSTICE
        820 N. FRENCH STREET, 6TH FL.
        WILMINGTON, DE 19801



        PLEASE TAKE NOTICE that the undersigned litigant will take the deposition of
DONNA WATSON, on March 14, 2008, 10:00 AM at 1201 N. Orange Street, Suite 760,
Wilmington, DE 19801.  A court reporter will be on hand to record the testimony
of the deponent.


                                        Jack E. Sminkey
                                        Plaintiff, Pro Se
                                        3402 Edgmont Avenue #333
                                        Brookhaven, PA
                                        (610) 620-3670

# Certificate of Service

I, JACK E. SMINKEY, hereby certify that on this 4 day of March, 2008, I hand delivered two copies of the foregoing notice of deposition to the below address with a check in the amount of $50.00 (travel fee) made payable to the deponent.

Marc Niedzielski, Esquire
Department of Justice/Civil Division
820 N. French Street, 6th Floor
Wilmington, De 19801

Jack E. Sminkey, PhD.
Plaintiff, Pro se
3402 Edgmont Avenue #333
Brookhaven, PA 19015
(610) 620-3670