# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK E. SMINKEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| | : C.A. No. 06-263-GMS |
| | : |
| STATE OF DELAWARE, et al., | : |
| | : |
| Defendants. | : |

## NOTICE OF DEPOSITION

TO:  Jack Sminkey
 3402 Edgemont Avenue, # 333
 Brookhaven, PA 19005

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Jack E. Sminkey on **Monday, March 24, 2008 at 10:00 a.m**. in the office of the undersigned located at the Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801.  The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths.  The deposition will be recorded stenographically.

/s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. No. 2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400
Attorney for Defendants

Dated: March 7, 2008

cc: Wilcox and Fetzer

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACK E. SMINKEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | C.A. No. 06-263-GMS |
| | : | |
| STATE OF DELAWARE, et al., | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 7, 2008, he caused the attached Notice of Deposition to be filed with the Clerk of Court using CM/ECF and which will be delivered to the following person postage prepaid via e-mail:

>    Jack Sminkey
>    3402 Edgemont Avenue, # 333
>    Brookhaven, PA 19005
>    jesminkey@comcast.net

>    /s/ Marc P. Niedzielski
>    Marc P. Niedzielski, I.D. No. 2616
>    Deputy Attorney General
>    Carvel State Office Building
>    820 N. French Street, 6th Floor
>    Wilmington, DE 19801
>    (302)577-8400
>    Attorney for Defendants