IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY            :

    Plaintiff          :

v.                         : Civil Action No. 06-263 GMS

STATE OF DELAWARE DEPARTMENT :
OF CORRECTIONS, et al.
                                               :

    Defendants
                                               :

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 14th of March 2008, the above-captioned case having been previously referred to Magistrate Judge Mary Pat Thynge on December 15, 2006,

IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Thynge shall:

    Hear and determine all discovery disputes.

                                                      [signature]
                                       CHIEF, UNITED STATES DISTRICT JUDGE

FILED

MAR 1 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE