# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACK E. SMINKEY, | : | |
| Plaintiff, | : : | |
| | : | C.A. No. 06-263-GMS |
| STATE OF DELAWARE, et al., | : : | |
| Defendants. | : : | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned has served the plaintiff Jack E. Sminkey electronically with the following documents on the dates indicated:

1. On April 16, 2008, documents that are bates stamped D002521-2528, D002401-2520.

2. On May 5, 2008, documents that are bates stamped D002401-2520, D002529-2541, D002542-2643 & D002644-2940.

/s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. No. 2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400
Attorney for Defendants

DATED:  May 5, 2008

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JACK E. SMINKEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | C.A. No. 06-263-GMS |
| | : | |
| STATE OF DELAWARE, et al., | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 5, 2008, he caused the attached Notice of Service to be filed with the Clerk of Court using CM/ECF and which will be delivered to the following person via e-mail:

> Jack Sminkey
> 3402 Edgemont Avenue, # 333
> Brookhaven, PA 19005
> jesminkey@comcast.net

/s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. No. 2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Attorney for Defendants