IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACK SMINKEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-263-GMS/MPT |
| | : | |
| STATE OF DELAWARE, DEPARTMENT OF CORRECTION, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **27th** day of **June, 2008.**

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, July 2, 2008 at 9:00 a.m.** with Magistrate Judge Thynge to address a discovery matter. **Defense counsel shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE