## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK E. SMINKEY, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-263-GMS |
| STATE OF DELAWARE, et al., | : |
| Defendants. | : |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT and/or DISMISSAL

Defendants hereby move this honorable Court to enter summary judgment in their favor pursuant to Rule 56, for the reasons set forth their brief. In the alternative, defendants State of Delaware, Department of Correction, Nicole Shuler and Alison Stevens also moved to dismiss the claims against them for a lack of personal jurisdiction.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324
Attorney for Defendants

DATED: June 30, 2008

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK E. SMINKEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-263-GMS |
| STATE OF DELAWARE, et al., | : |
| | : |
| Defendants. | : |

## **O R D E R**

Whereas, the defendants have moved for summary judgment and/or dismissal; and,

Whereas, the Court has reviewed the papers filed in connection with the matter.

**IT IS SO ORDERED This _____ day of _____, 2008**

that defendants' State of Delaware, Department of Correction, Nicole Shuler, and Alison Stevens, motion to DISMISS for a lack of personal jurisdiction is GRANTED; and.

that the defendants' motion for summary judgment is GRANTED and JUDGMENT is entered in their favor and against the plaintiff.

_____
Chief Judge of the U.S. District Court

## **CERTIFICATE OF SERVICE**

I certify that on the date indicated below I served two copies by regular U.S. Mail and by e-mail of the attached document on the following:

Jack Sminkey
3402 Edgemont Avenue, # 333
Brookhaven, PA  19005
jesminkey@comcast.net

/s/ Marc P. Niedzielski
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324

DATED:   June 30, 2008