## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACK E. SMINKEY, Pro se | : | |
| Plaintiff, | : | |
| | : | C.A. No. 06-263-GMS (MPT) |
| STATE OF DELAWARE, et al., | : | |
| Defendants. | : | |

## DEFENDANTS' COMPLIANCE WITH
## MAGISTRATE JUDGE'S ORDER IN DISCOVERY DISPUTE

The Defendants by their attorney respectfully submits the following in compliance with the Magistrate Judge's July 2, 2008 verbal order at a telephone conference.

1. The MMPI test raw results for the plaintiff are being filed with the Court under seal. (D003164 – D003176)

2. A copy of the redacted termination letters sent to fifteen cadets selected by plaintiff filed with the Court under seal and served on plaintiff. (D003137 – D003156)

3. A redacted copy of the most recent training records of the correctional defendants filed with the Court under seal and served on plaintiff. (D003000-3136)

4. Defendant Ron Sauls could not locate any records of training in addition to those being produced in paragraph No. 3.

5. A copy of the BOTC cadet class members, except Robert C. Sniadowski, Jr. whom is not employed with DOC, response to the 2004 version of Voluntary Affirmative Action Statement for purposes of age, gender and race/ethnicity filed under seal with the Court and served on plaintiff. (D003157 – D003163)

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

<u>/s/ Marc P. Niedzielski</u>
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JACK E. SMINKEY, Pro se | : |
| | : |
| Plaintiff, | : |
| | : |
| | : C.A. No. 06-263-GMS (MPT) |
| | : |
| STATE OF DELAWARE, et al., | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I certify that on September 2, 2008 I sent the discovery documents directed by the Court per the attached document via electronic mail to the following:

Jack Sminkey
3402 Edgemont Avenue, # 333
Brookhaven, PA  19005
jesminkey@comcast.net


/s/ Marc P. Niedzielski
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801
(302) 577-8324