IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK SMINKEY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-263-GMS/MPT |
| STATE OF DELAWARE, DEPARTMENT OF CORRECTION, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **4th** day of **September, 2008.**

Plaintiff has filed, inconsistent with the scheduling order, a motion for sanctions received by the Court on September 2, 2008 (D.I. 126).

IT IS ORDERED that defendants shall file a response to the motion, in letter form, on or before **Tuesday, September 9, 2008.** The Court shall decide whether to schedule a teleconference to discuss the matter after the response is filed.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE