IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK E. SMINKEY, Pro se : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 06-263-GMS-MPT |
| STATE OF DELAWARE, et al., : | |
| : | |
| Defendants : | |

## DEFENDANT'S NON-COMPLIANCE WITH MAGISTRATE JUDGE'S ORDER IN DISCOVERY DISPUTE

Plaintiff respectfully advises the court that defense counsel has NOT complied with the courts July 2, 2008 verbal order at a telephone conference.

On September 6, 2008 plaintiff open the e-mail sent by defense counsel's paralegal Jennifer Mitchell on September 2, 2008. Plaintiff responds by item number below.

Defense item number 1

Mr. Niedzielski would have the court believe he is complying with discovery. He states plaintiff received D003164-D003176. The attached e-mail does not indicate plaintiff received these documents in the attachment. See plaintiff's attached e-mail response and a copy of Mr. Niedzielski's compliance letter.

Defense item number 2

Plaintiff did receive fifteen cadet involuntary termination letters, however, plaintiff DID NOT receive the race, gender, and age of then-cadets Ashmore, Bowden, Robinson, and Selby (as directed by the court's order).

Defense item number 5

Mr. Niedzielski agreed to provide the voluntary affirmative action statement forms for purposes of age, gender, and race/ethnicity for ALL cadets. There were a total of nine cadets in the class (including plaintiff).

The voluntary affirmative action form of Julio Sanchez has no date of birth or sex indicated. For Nicole Williams, the last digit of her date of birth is missing.

Mr. Niedzielski failed to provide a voluntary affirmative action statement form for Mr. Bob Sniadowski simply because he left the employ of the Department of Correction.

Mr. Sniadowski appeared to plaintiff to be a Caucasian male under the age of forty. His self-report is very relevant to this case in light of the controversy involving Cadet Jack Reyes sometimes being self-reported White and sometimes Hispanic. This case involves race, age, and gender claims.

Lastly, plaintiff has not received the updated resume of defendant Nichole Shuler. She agreed to provide it at her deposition in March 2008. Plaintiff asked for it again in June 2008. The court agreed defendant Shuler should provide it (on July 2, 2008). As of today, Plaintiff still does not have an updated resume of defendant Shuler.

In closing, in light of Mr. Niedzielski's continued refusal to comply with discovery and the courts order(s), plaintiff respectful requests the court use its inherent power to sanction defense counsel so as to deter him from his continued arrogance, and/or incompetence, or his repeatedly having "fun" at the expense of plaintiff and your Honorable court.

Respectfully,

Jack Sminkey
Plaintiff, Pro se
3402 Edgmont Ave. #333
Brookhaven, PA 19015
(610) 620-3670

By hand: September 8, 2008

CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies by hand of plaintiff's response to defense counsel's non-compliance regarding a discovery dispute.

Marc P. Niedzielski, Esquire
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801

                                                             Jack Sminkey,
                                                             Plaintiff, Pro Se
                                                              3402 Edgmont Avenue #333
                                                             Brookhaven, PA 19015
                                                             (610) 620-3670

Dated: September 8, 2008

comcast.net   **help**

**Send**   **Save as draft**   **Attach files**                                                  **Address List**   **Cancel**

Favorites:   [edit]

**To:**   "Mitchell Jennifer (DOJ)" <Jennifer.Mitchell@state.de.us>
**CC:**   jesminkey@comcast.net        **BCC:**
**Subject:**   Re: Sminkey v. DOC - Discovery Docs

Save a copy to SentMail                                                Send me a copy

spell check   add photo                              Font face   Font size

Hi Jennifer,

I just opened my e-mail this morning. I will hand deliver my response to the court and your office Monday morning.

Thanks,

Jack Sminkey


-------------- Original message --------------
From: "Mitchell Jennifer (DOJ)" <Jennifer.Mitchell@state.de.us>
Mr. Sminkey -

Attached please find the response filed in court today regarding the Judge's July 2, 2008 Order as well as the responsive documents. all of the responsive documents were filed under seal.

**Attached Files:**

Defendants' Response to Court's 7-2-08 Discovery Order.pdf, size unknown

D003000 - D003136 - Training Records.pdf, size unknown

D003137 - D003156 - 15 Termination Letters.pdf, size unknown

D003157 - D003163 - BOTC Cadet AA responses.pdf size unknown

[remove selected files] [attach more files]

**Add Comcast Services**   Digital Cable   Digital Video Recorder   Digital Voice®   High Definition TV
Ask Comcast   What's New   Ideas and Suggestions   Comcast.net
© 2008 Comcast Cable Communications, LLC. All rights reserved.   Privacy Statement   Terms of Service

Where are D003164 - D003176 doc's?

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

JACK E. SMINKEY, Pro se           :
                                  :
    Plaintiff,                    :
                                  :
                                  :    C.A. No. 06-263-GMS (MPT)
                                  :
STATE OF DELAWARE, et al.,        :
                                  :
Defendants.                       :

### DEFENDANTS' COMPLIANCE WITH MAGISTRATE JUDGE'S ORDER IN DISCOVERY DISPUTE

The Defendants by their attorney respectfully submits the following in compliance with the Magistrate Judge's July 2, 2008 verbal order at a telephone conference.

1. The MMPI test raw results for the plaintiff are being filed with the Court under seal. (D003164 – D003176)

2. A copy of the redacted termination letters sent to fifteen cadets selected by plaintiff filed with the Court under seal and served on plaintiff. (D003137 – D003156)

3. A redacted copy of the most recent training records of the correctional defendants filed with the Court under seal and served on plaintiff. (D003000-3136)

4. Defendant Ron Sauls could not locate any records of training in addition to those being produced in paragraph No. 3.

5. A copy of the BOTC cadet class members, except Robert C. Sniadowski, Jr. whom is not employed with DOC, response to the 2004 version of Voluntary Affirmative Action Statement for purposes of age, gender and race/ethnicity filed under seal with the Court and served on plaintiff. (D003157 – D003163)

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

<u>/s/ Marc P. Niedzielski</u>
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACK E. SMINKEY, Pro se | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | C.A. No. 06-263-GMS (MPT) |
| | : | |
| STATE OF DELAWARE, et al., | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I certify that on September 2, 2008 I sent the discovery documents directed by the Court per the attached document via electronic mail to the following:

Jack Sminkey
3402 Edgemont Avenue, # 333
Brookhaven, PA  19005

/s/ Marc P. Niedzielski
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801
(302) 577-8324