**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JACK E. SMINKEY, Pro se | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| | : | C.A. No. 06-263-GMS (MPT) |
| | : | |
| STATE OF DELAWARE, et al., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' COMPLIANCE WITH**
**MAGISTRATE JUDGE'S ORDER IN DISCOVERY DISPUTE**

    The Defendants by their attorney respectfully submit the following in compliance with the Magistrate Judge's July 2, 2008 verbal order at a telephone conference.

    1.    The updated resume of Nicole Shuler is being filed with the Court under seal and served on plaintiff. (D003177 – D003182)

 

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JACK E. SMINKEY, Pro se : | |
| : | |
| Plaintiff, : | |
| : | |
| : | C.A. No. 06-263-GMS (MPT) |
| : | |
| STATE OF DELAWARE, et al., : | |
| : | |
| Defendants. : | |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on September 9, 2008 I sent the discovery documents directed by the Court per the attached document via electronic mail to the following:

Jack Sminkey
3402 Edgemont Avenue, # 333
Brookhaven, PA  19005
jesminkey@comcast.net


<u>/s/ Marc P. Niedzielski</u>
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801
(302) 577-8324